UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET COWAN,<br>ADMINISTRATRIX OF THE ESTATE<br>OF VICTORIA COOPER : | NO.: 3:00 CV 0052 (DJS) |
| v. : | |
| MICHAEL BREEN : | |
| | |
| MARGARET COWAN,<br>ADMINISTRATRIX OF THE ESTATE<br>OF VICTORIA COOPER : | NO.: 3:01 CV 0229 (DJS) |
| v. : | |
| NORTH BRANFORD : | June 8, 2004 |

## MOTION TO BIFURCATE

Pursuant to Fed.R.Civ.P. 42(b) and D.Conn.L.R. 7 and 42, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, hereby move the Court for an order bifurcating the trials of these matters.

In support of this motion, the defendants submit that the interests of justice, avoidance of prejudice and concerns of efficiency require bifurcation of the evidence against Officer Michael Breen from any trial of the Town of North Branford. Therefore, the defendants submit that their Motion for Bifurcation should be granted and the court should proceed first with plaintiff's claims against Officer Breen. If Officer Breen is found to have violated the constitutional rights of the plaintiff, the Court should then proceed with the Monell claims against the Town. See Amato v. City of Saratoga Springs, 972 F. Supp. 120, 124 (N.D.N.Y. 1997); accord, Amato v. City of Saratoga

**ORAL ARGUMENT REQUESTED**

Springs N.Y., 170 F.3d 311, 316 (2nd Cir. 1999).  Otherwise, in the absence of a constitutional violation, this ends the inquiry.  See City of Los Angeles v. Heller, 475 U.S. 796, 799, 106 S.Ct. 1571, 1573, 89 L.Ed.2d 806 (1986); Pitchell v. Callan, 13 F.3d 545, 549 (2d Cir. 1994). Thus, a no-cause verdict against the individual defendant would obviate the necessity of a trial on plaintiff's Monell claim. Amato v. City of Saratoga Springs, 972 F. Supp. 120, 124 (N.D.N.Y. 1997).

If this motion is granted, the defendants further request the court to order the parties to submit separate joint trial memorandum for each trial, to ensure a clear presentation of the separate the issues as to each trial.

The defendants have submitted a Memorandum of Law in support of this Motion.

WHEREFORE, the defendants pray their Motion to Bifurcate is granted.

THE DEFENDANTS,
MICHAEL BREEN and TOWN OF
NORTH BRANFORD

/s/John J. Radshaw, III
Thomas R. Gerarde, ct5640
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

2

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 8th day of June 2004.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

              /s/John J. Radshaw, III
              Thomas R. Gerarde
              John J. Radshaw, III