**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:00 CV 0052 (DJS) |
| : | |
| v. : | |
| : | |
| MICHAEL BREEN : | |

| | |
|---|---|
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:01 CV 0229 (DJS) |
| : | |
| v. : | |
| : | |
| NORTH BRANFORD : | June 9, 2004 |

**JOINT MOTION FOR ENLARGEMENT OF TIME**
**TO FILE JOINT TRIAL MEMORANDUM**

Pursuant to Local Rule 9(b)1(a), the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, hereby move the Court for an enlargement of time of One Hundred Twenty (120) days, up to and including October 31, 2004, in which to file the joint trial memorandum in this case.

The undersigned counsel has contacted counsel for the plaintiff, Attorney David N. Rosen, and Attorney Rosen has no objection to the granting of this motion.

In support of this Motion, the defendants offer as follows:

1. This case has recently returned from being on appeal following a lengthy dispositive motion/appeal process;

2. The last action at the Court of Appeals was the issuance of the mandate on June 3, 2004;

3. The Scheduling Order in this case indicates that the joint trial memorandum shall be due thirty (30) days from the decision on any dispositive motion which necessary implicates the return of jurisdiction to the District Court following an unsuccessful interlocutory appeal;

4. Therefore, based on the current schedule, the joint trial memorandum would be due on July 3, 2004;

5. Both counsel for the defendants are engaged in several state court and federal court jury trials during June and August 2004 which prevent them from devoting the appropriate level of attention to the joint trial memorandum which must be filed in this case;

6. As the court is well aware, there has been significant fact discovery, expert discovery and as a result, the joint trial memorandum will be a significant undertaking for a complex case;

7. Additionally, the defendants have filed a Motion to Bifurcate;

8. In the Motion to Bifurcate, the defendants propose that the trial be divided between the individual police officer defendant and the municipality and if the jury does not find the individual police officer defendant liable, there will be no need to complete the trial as to the municipality;

9. The production of the joint trial memorandum or memoranda, as the case may be, will be dependant on a ruling on said motion and if granted, may cause the court to modify its trial management order or issue supplemental orders to address bifurcation.

10. While this Motion requests additional time in which to complete these tasks, the parties submit that the additional time will lead to the just, inexpensive and efficient administration of justice.

WHEREFORE, the parties request that their Motion for Enlargement of Time, up to and including October 31, 2004, be granted.

>THE DEFENDANTS,
>MICHAEL BREEN and TOWN OF
>NORTH BRANFORD
>
>/s/John J. Radshaw, III
>Thomas R. Gerarde, ct5640
>John J. Radshaw, III, ct19882
>HOWD & LUDORF
>65 Wethersfield Avenue
>Hartford, CT  06114
>(860) 249-1361
>(860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th day of June 2004

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

>/s/John J. Radshaw, III
>Thomas R. Gerarde
>John J. Radshaw, III

3