# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MARGARET COWAN, Administratrix
of the Estate of Victoria Cooper            :
    Plaintiff

       v.                   : CIVIL NO.: 3:00cv52(DJS)
                                    Consolidated w/ 3:01cv229(DJS)

MICHAEL BREEN            :
    Defendant

## ORDER

The Joint Motion for Enlargement of Time to File Joint Trial Memorandum (Doc.

#66) to file their joint trial memorandum is hereby **GRANTED in part to and including**

**October 29, 2004.**  This case shall be trial ready **December, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this ___15th___ day of June, 2004.

                        /s/DJS_____
                        Dominic J. Squatrito
                        United States District Judge