**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:00CV52 (DJS) |
| : | |
| v. : | |
| : | |
| MICHAEL BREEN : | JUNE 16, 2004 |

## **APPEARANCE**

Please enter the appearance of Attorney John J. Radshaw, III, as attorney for the defendant, Michael Breen and Town of North Branford, in addition to the appearances already on file by this firm.

        DEFENDANTS,
        MICHAEL BREEN AND TOWN OF
        NORTH BRANFORD


By/s/John J. Radshaw, III
  John J. Radshaw, III, ct19882
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 fax
  e-mail:  jradshaw@hl-law.com


## CERTIFICATION

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 16th day of June, 2004.

David N. Rosen, Esquire
ROSEN & DOLAN, PC
400 Orange Street
New Haven, CT  06511


        /s/John J. Radshaw, III
        John J. Radshaw, III