**MANDATE**

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 18th day of December, two thousand and three.

Before:  Hon. Wilfred Feinberg,
           Hon. Reena Raggi,
                  *Circuit Judges*
           Hon. Lawrence M. McKenna*,
                  *District Judge*

Docket No. 02-9179

---

MARGARET COWAN, Administratrix of the Estate of Victoria Cooper,

                  Plaintiff-Appellee,

- against -

MICHAEL BREEN,

                  Defendant-Appellant,

TOWN OF NORTH BRANFORD,

                  Consolidated-Defendant-Appellant.

---

Interlocutory appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the order of said district court be and it hereby is AFFIRMED, and the case is REMANDED for proceedings in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

Laura Bass Penn
Motions Staff Attorney

---

* The Honorable Lawrence M. McKenna, of the United States District Court for the Southern District of New York, sitting by designation.