## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
        Plaintiff,

V.                        :      CIVIL NO.: 3:00CV00052(DJS)
                                ALL CASES

MICHAEL BREEN,        :
        Defendant.


MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
        Plaintiff,

V.                        :      CIVIL NO.: 301CV00229 (DJS)

TOWN OF NORTH BRANFORD   :      DECEMBER 16, 2004
        Defendant.

### <u>APPEARANCE</u>

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for plaintiff, Margaret Cowan, as

Administratix of the Estate of Victoria Cooper.


Dated: December 16, 2004

<u>CT.04261</u>                William H. Clendenen, Jr.
BAR NUMBER         Clendenen & Shea, LLC
                        P.O. Box 301
                        New Haven, CT 06502

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on

December 16, 2004 to:

Thomas R. Gerarde, Esquire
John Radshaw, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut  06114

William H. Clendenen, Jr.