**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:00 CV 0052 (DJS) |
| : | |
| v. : | |
| : | |
| MICHAEL BREEN : | |
| | |
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:01 CV 0229 (DJS) |
| : | |
| v. : | |
| : | |
| NORTH BRANFORD : | DECEMBER 21, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**
**TO FILE JOINT TRIAL MEMORANDUM**

The plaintiff, Margaret Cowan, Administratrix of the Estate of Victoria Cooper, and the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, hereby move on consent for an enlargement of time up to and including January 31, 2005 in which to file the joint trial memorandum in the above captioned matter. The parties also move for an order setting the deadline to file motions in limine pertaining to this case to February 28, 2005.

In support of this Motion, the parties offer as follows:

1. This matter was recently the subject of settlement of a settlement conference before Magistrate Judge Thomas P. Smith;

2. While the matter did not resolve, the parties focused their attention on the last items necessary for the adjudication of this matter;

3. The possibility of settlement and the proximity of the holidays prevent the parties from completing the joint trial memorandum as currently ordered to be so by December 30, 2004;

4. This case is extraordinarily complex matter and good cause exists for this extension of time.

WHEREFORE, the parties pray that the Court grant this motion

THE DEFENDANTS,  
MICHAEL BREEN and TOWN OF  
NORTH BRANFORD

/s/John J. Radshaw, III  
John J. Radshaw, III, ct19882  
HOWD & LUDORF  
65 Wethersfield Avenue  
Hartford, CT  06114  
(860) 249-1361  
(860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 21th day of December, 2004

David N. Rosen, Esquire  
Rosen & Dolan, PC  
400 Orange Street  
New Haven, CT  06511

/s/John J. Radshaw, III  
John J. Radshaw, III

2