UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 JAN -4 P 3: 33
U.S. DISTRICT COURT
HARTFORD, CT.

MARGARET COWAN, Administratrix
of the Estate of Victoria Cooper       :
    Plaintiff

v.                                     : CIVIL NO. 3:00cv52(DJS)
                                    Consolidated w/ 3:01cv229(DJS)

MICHAEL BREEN                          :
    Defendant

## ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable ~~Robert N. Chatigny~~ United States District Judge, who sits in ~~Hartford~~ Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in ___Hartford___ and bear the docket number **3:00cv52(RNC)**). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this __4th__ day of January, 2005.

                                                Dominic J. Squatrito
                                                United States District Judge

AO 72A
(Rev.8/82)