UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET COWAN,<br>  as Administratrix of the<br>  Estate of Victoria Cooper,<br>        Plaintiff, | |
| V. | CIVIL NO.: 3:000V00052(DJS)<br>ALL CASES |
| MICHAEL BREEN,<br>        Defendant. | |
| MARGARET COWAN,<br>  as Administratrix of the<br>  Estate of Victoria Cooper,<br>        Plaintiff, | |
| V. | CIVIL NO.: 301CV00229 (DJS) |
| TOWN OF NORTH BRANFORD<br>        Defendant. | JANUARY 28, 2005 |

**JOINT MOTION REGARDING TRIAL SCHEDULE**

    The parties in this case jointly request the Court not to schedule this case for trial in March or April but to schedule it in May if possible, or as soon thereafter as the Court's schedule permits.

    The reason for this motion is that plaintiffs counsel has longstanding plans to be away on vacation for ten days beginning March 8, and defendants' counsel has longstanding plans to be away during April. Because this is a complex case that both sides have worked hard to prepare for trial, and that will require intensive preparation in the run-up to trial, counsel believe that it would be difficult to do the case justice if the trial were held between or shortly after those

vacations. These scheduling issues were discussed with Magistrate Judge Smith at the settlement conference last December but have not been the subject of a motion.

Because this case has just been reassigned, counsel also believe that a status conference with the Court at the Court's convenience would be helpful.

THE PLAINTIFF

By_____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com

THE DEFENDANT

By__ThiAu+'_____
Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361
CT5640
E-mail: tgerarde@hl-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was sent first class mail, postage prepaid on January 28, 2005 to:

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

                                                           David N. Rosen