64

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT    2004 JUN -9 A 11: 45

U.S. DISTRICT COURT
HARTFORD, CT.

MARGARET COWAN,
ADMINISTRATRIX OF THE ESTATE
OF VICTORIA COOPER

v.

MICHAEL BREEN

:
:
:
:
:
:
:
:
:
:
:

NO.:  3:00 CV 0052 (DJS)

MARGARET COWAN,
ADMINISTRATRIX OF THE ESTATE
OF VICTORIA COOPER

v.

NORTH BRANFORD

:
:
:
:
:
:
:
:
:
:

NO.:  3:01 CV 0229 (DJS)

June 8, 2004

## MOTION TO BIFURCATE

Pursuant to Fed.R.Civ.P. 42(b) and D.Conn.L.R. 7 and 42, the defendants,

MICHAEL BREEN and TOWN OF NORTH BRANFORD, hereby move the Court for an

order bifurcating the trials of these matters.

In support of this motion, the defendants submit that the interests of justice,

avoidance of prejudice and concerns of efficiency require bifurcation of the evidence

```
February 3, 2005.    Cowan v. Breen, et al.
                     3:00CV00052

Re:  Motion to Bifurcate (Doc. # 64)

Granted absent objection.  So ordered.
```

FILED
2005 FEB -3 P 3: 08
U.S. DISTRICT COURT
HARTFORD, CT.

Robert N. Chatigny  U.S.D.J.

01CV229eND64