#80

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB -1 A 10: 51

MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                                              :   CIVIL NO.: 3:00CV00052(DJS) RNC

                                                    ALL CASES

MICHAEL BREEN,                                  :
      Defendant.


MARGARET COWAN,                                 :
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                                              :   CIVIL NO.: 301CV00229 (DJS)

TOWN OF NORTH BRANFORD                          :   JANUARY 28, 2005
      Defendant.


## JOINT MOTION REGARDING TRIAL SCHEDULE

The parties in this case jointly request the Court not to schedule this case for trial in

March or April but to schedule it in May if possible, or as soon thereafter as the Court's

```
February 3, 2005.    Cowan v. Breen, et al.
                     3:00CV00052

Re:  Joint Motion Regarding Trial Schedule (Doc. # 80)

Granted.  Jury selection will take place on May 10, 2005.  The parties will
file their joint trial memorandum on or before April 1, 2005.  A final pre-
trial conference will be scheduled prior to jury selection.  If counsel
would like to have a status conference in advance of the final pretrial
conference, they should notify the Court and a status conference will be
scheduled.  So ordered.
```

Robert N. Chatigny, U.S.D.J.