UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET COWAN, | : | NO.: 3:00CV52 (DJS) |
| ADMINISTRATRIX OF THE ESTATE | : | |
| OF VICTORIA COOPER | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL BREEN | : | FEBRUARY 11, 2005 |

## **APPEARANCE**

Please enter the appearance of Jeffrey E. Potter, as attorney for the defendant, Michael Breen, in addition to the appearances already on file by this firm.

                        DEFENDANTS,
                        MICHAEL BREEN AND TOWN OF
                        NORTH BRANFORD


                        By____/s/ Jeffrey E. Potter_____
                          Jeffrey E. Potter
                        ct26356
                        Howd & Ludorf
                        65 Wethersfield Avenue
                        Hartford, CT 06114
                        (860) 249-1361
                        (860) 249-7665 fax
                        e-mail: jpotter@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 11th day of February, 2005.

David N. Rosen, Esquire
ROSEN & DOLAN, PC
400 Orange Street
New Haven, CT  06511


                                           /s/ Jeffrey E. Potter
                                          Jeffrey E. Potter