UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET COWAN,<br>  as Administratrix of the<br>  Estate of Victoria Cooper,<br>           Plaintiff, | |
| V. | CIVIL NO.: 3:000V00052(DJS)<br>ALL CASES |
| MICHAEL BREEN,<br>           Defendant. | |
| MARGARET COWAN,<br>  as Administratrix of the<br>  Estate of Victoria Cooper,<br>           Plaintiff, | |
| V. | CIVIL NO.: 301CV00229 (DJS) |
| TOWN OF NORTH BRANFORD<br>           Defendant. | MARCH 8, 2005 |

**CONSENT MOTION RE TRIAL SCHEDULE**

Plaintiff requests that the evidence in this case be rescheduled to begin on or after June 20, 2005. This case is now scheduled for jury selection May 10, with evidence to begin as soon thereafter as the Court is available. The reason for this request is that counsel for the plaintiff has been notified by plaintiffs expert witness James J. Fyfe that Dr. Fyfe requires surgery and then radiation therapy for cancer and believes he will not be able to testify during this period of treatment. He is beginning treatment with a course of medications later this week. Dr. Fyfe reports that he believes that he will be prepared to testify — by deposition if not in person — by approximately early to mid-June. Counsel for the parties have conferred about scheduling.

1

Counsel for the defendants is unavailable for trial June 14 and June 16 because of commitments to Continuing Legal Education seminars, but counsel for both sides have checked with prospective witnesses and have confirmed their availability for trial beginning June 20.

Dr. Fyfe is an important witness. He is plaintiff's only expert in the area of police practices and has been involved in this case since the year 2000. He is the Deputy Commissioner for Training in the New York City Police Department and has written extensively on issues involving police use of firearms.

Counsel for the defendant consents to this request, provided that jury selection not occur on June 14 or 16.

Wherefore plaintiff requests that the evidence in this case begin June 20, 2005, or as soon thereafter as the Court's schedule permits.

In the event that the Court grants this motion, plaintiff also requests, with the concurrence of counsel for the defendants, that the parties be given two additional weeks to file their Joint Trial Memorandum, which is now due April 1, so that the Memorandum would be due April 15. An extension would facilitate coordination between the parties, especially since plaintiff's counsel will be out of state on vacation until March 18. This request is, however, independent of the request concerning trial scheduling, and the parties understand that postponement of the evidence does not necessarily mean that the due date for the Joint Trial Memorandum will also be postponed.

THE PLAINTIFF

By //CC—
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion was sent first class mail, postage prepaid on March 1, 2,005 to:

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

David N. Rosen

3