UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:00CV52 (RNC) |
| : | |
| v. : | |
| : | |
| MICHAEL BREEN : | |

------------------

| | |
|---|---|
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:01CV229 (RNC) |
| : | |
| v. : | |
| : | |
| TOWN OF NORTH BRANFORD : | APRIL 14, 2005 |

**REQUEST FOR LEAVE TO AMEND RESPONSES TO PLAINTIFF'S FIRST
REQUEST FOR ADMISSIONS DATED APRIL 29, 2002**

The defendants, Michael Breen and the Town of North Branford, pursuant to Fed.R.Civ.P. 26(e)(2) and Fed.R.Civ.P. 36(b), hereby request leave of Court to make two amendments to their responses to plaintiff's first request for admissions dated April 29, 2002. The defendants seek to amend their response in two respects. First, as to defendants' response to Request for Admissions 24, the defendants seek to add language to make the response complete; second, as to Request for Admissions 110, the defendants seek to file a response to the request, given that the copy of responses retained by the defendants contains no response at all to this request for admissions,

and in the event the original response filed by defendants also contains no response to Request for Admissions 110, the defendants wish to supply the missing information.

As set forth in the attached memorandum of law, the granting of this Request for Leave to Amend will facilitate a fair presentation of the merits of this action; it will not prejudice any party; it will allow the defendants to fulfill their obligation pursuant to Fed.R.Civ.P. 26(e)(2) with respect to Request for Admissions 24; and will not, with respect to either Request for Admissions 24 or 110, introduce information contrary to defendants' existing discovery responses.

A copy of the amended responses is attached as **Exhibit A** to this request.

DEFENDANTS,
MICHAEL BREEN AND TOWN OF
NORTH BRANFORD


By   /s/ Thomas R. Gerarde
  Thomas R. Gerarde, ct05640
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 fax
   E-mail:  tgerarde@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of April, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

William H. Clendenen, Jr., Esquire
Clendenen & Shea, LLC
P.O. box 301
New Haven, CT  06502

                                                            /s/ Thomas R. Gerarde
                                                     Thomas R. Gerarde