**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00CV52 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

-------------------

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01CV229 (RNC) |
| v. | : : | |
| TOWN OF NORTH BRANFORD | : | APRIL 14, 2005 |

**DEFENDANTS' AMENDED RESPONSES TO**
**PLAINTIFF'S REQUEST FOR ADMISSIONS 24 AND 110 DATED APRIL 29, 2002**

Pursuant to Fed. R. Civ. P. 26(e)(2) and Fed. R. Civ. P. 36(b) the defendants, Michael Breen and Town of North Branford, hereby file amended responses to plaintiff's First Request for Admissions dated April 29, 2002 as follows:

24. Breen was approximately 50 feet away from the Camaro when he fired his first shot.

**RESPONSE**: The defendants admit that Officer Breen was approximately 50 feet away from the Camaro when he began to pull the trigger on his gun that resulted in the firing of the first shot. However, because the Camaro was traveling toward him at 30 ft/sec. or more, by the time Breen steadied his aim while squeezing the trigger, followed by the firing pin cocking and then striking the bullet and the resultant ejection of the round, the Camaro was much closer to Breen, at a distance Breen estimates to be approximately 20-25 feet.

2

110. Based on training and experience, a reasonable officer in Breen's position at the time he decided to shoot Vicki Cooper would know that there were limits to how abruptly the Camaro could change its direction.

**RESPONSE**: Denied.

DEFENDANTS,
MICHAEL BREEN AND TOWN OF NORTH BRANFORD


By  /s/ Thomas R. Gerarde
  Thomas R. Gerarde, ct05640
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 fax
   E-mail:  tgerarde@hl-law.com

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via certified mail to David N. Rosen, Esquire, Rosen & Dolan, P.C., 400 Orange Street, New Haven, CT 06511 and via U.S. Mail to the following counsel of record this 14th day of April, 2005.

William H. Clendenen, Jr., Esquire
Clendenen & Shea, LLC
P.O. box 301
New Haven, CT 06502

                                                    /s/ Thomas R. Gerarde
                                                Thomas R. Gerarde