Case 3:00-cv-00052-RNC    Document 91    Filed 05/19/2005    Page 1 of 1



87

FILED

2005 APR 15 A 9:45

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | NO.: 3:00CV52 (RNC) |
| v. | |
| MICHAEL BREEN | |

---

| | |
|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | NO.: 3:01CV229 (RNC) |
| v. | |
| TOWN OF NORTH BRANFORD | APRIL 14, 2005 |

### REQUEST FOR LEAVE TO AMEND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS DATED APRIL 29, 2002

May 19, 2005.    Cowan v. Breen, et al.
                 3:00CV00052

Re: Defendants' Request for Leave to Amend Responses to Plaintiff's First Request for Admissions dated April 29, 2002 (Doc. # 87)

Granted by consent as to response to request 110; denied as to response to request 24. Defendants have not shown that the latter response needs to amended to promote a just adjudication on the merits. They state, rather, that the response as it stands is accurate, that they "make no attempt to retreat from it," and that the motion to amend is made "in an abundance of caution to make the response . . . more complete." In addition, plaintiff has shown that permitting the amendment at this late date would be unduly prejudicial. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2005 MAY 19 A 11:28 DISTRICT COURT HARTFORD, CT.