UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:01CV229 (RNC) |
| : | |
| v. : | |
| : | |
| TOWN OF NORTH BRANFORD : | MAY 31, 2005 |

## ANSWER AND AFFIRMATIVE DEFENSES

### INTRODUCTION

1. As to paragraph 1, the defendant admits this is a companion case, but denies a Town policy or practice caused Ms. Cooper's death.

2. As to paragraph 2, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the plaintiff to her burden of proof.

### PARTIES

1. As to paragraphs 3, 4 and 5, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the plaintiff to her burden of proof.

**FACTUAL BACKGROUND**

1. As to paragraphs 5, 6, 7, 9, 10, 12, 14, 17, 18, 19, 20, 22, 24, 25, 27, 31, 32 and 33, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the plaintiff to her burden of proof.

2. That portion of paragraph 8 which states: "Michael Breen, who was on duty as a police officer, followed the Camaro and pulled it over on Route 80" is admitted. As to the remainder of paragraph 8, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the plaintiff to her burden of proof.

3. Paragraphs 11, 15, 23, 34 and 35 are denied.

4. Paragraphs 13 and 16 are admitted,

5. As to paragraph 21, the defendant admits that Officer Breen was trying to disable and/or deter Ms. Cooper, as a means of eliminating the threat posed by the Camaro heading toward him.

6. As to paragraph 26, it is admitted that Ms. Cooper was not struck. As to the remainder of paragraph 26, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the plaintiff to her burden of proof.

7. As to paragraph 28, it is admitted that Breen remained in the right hand lane, and that he fired a second shot one second after firing the first shot.

8. As to paragraph 29, it is admitted that Breen fired a second shot, and

that Breen was in front of the Camaro when he made the decision to fire and began to squeeze the trigger.

      9.      As to paragraph 30, It is admitted that Breen's second shot struck Ms. Cooper, causing her death.

**CONSTITUTIONAL VIOLATIONS BY THE TOWN OF NORTH BRANFORD**

      1.      Paragraphs 36 and 37 are denied.

      2.      That portion of paragraph 38 which states: "As a direct and proximate result of the unconstitutional policies and customs of the defendant" is denied. As to the remainder of paragraph 38, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the plaintiff to her burden of proof.

**FIRST CLAIM - 42 U.S.C. §1983**

      1.      Paragraph 39 is denied.

**SECOND CLAIM - VIOLATION OF THE CONNECTICUCT CONSTITUTION**

      1.      Paragraph 40 is denied.

**THIRD CLAIM - WILLFUL AND WANTON CONDUCT**

      1.      Paragraph 41, is denied.

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense to First Claim**

Plaintiff's complaint fails to state a claim upon which relief may be granted.

### **First Affirmative Defense to Second Claim**

Plaintiff's complaint fails to state a claim upon which relief may be granted.

### **First Affirmative Defense to Third Claim**

Plaintiff's complaint fails to state a claim upon which relief may be granted.

DEFENDANT,
TOWN OF NORTH BRANFORD


By__/s/ Thomas R. Gerarde_____
Thomas R. Gerarde, ct05640
John J. Radshaw, III, ct19882
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 fax

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 31st day of May, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

William H. Clendenen, Jr., Esquire
Clendenen & Shea, LLC
P.O. box 301
New Haven, CT  06502

                                                 ___/s/ Thomas R. Gerarde____
                                                 Thomas R. Gerarde