**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                          :      CIVIL NO.: 3:00CV00052(RNC)
                                ALL CASES

MICHAEL BREEN,            :
      Defendant.


MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                          :      CIVIL NO.: 301CV00229 (RNC)

TOWN OF NORTH BRANFORD    :      June 1, 2005
      Defendant.


PLAINTIFF'S PROPOSED JURY INTERROGATORIES

**A. Civil Assault - Defendant has the burden of proof**

1. At the time Breen fired his first shot was he at risk of being struck by the Camaro?

If your answer to question 1 is no, you will find in favor of the plaintiff.

2. At the time Breen fired his second shot was he at risk of being struck by the Camaro?

If your answer to question 2 is no, you will find in favor of the plaintiff

3. If you find that defendant Breen was at risk of being struck by the Camaro at the time he fired his first shot, did he honestly believe at the time that he fired his first shot that it was necessary to attempt to kill or seriously injure Victoria Cooper by firing the shot at her in order to defend himself from the use or imminent use of deadly force?

If your answer to question 3 is no, you will find in favor of the plaintiff

4. If your answer to question 3 is yes, was defendant Breen's belief that it was necessary to

attempt to kill or seriously injure Victoria Cooper by firing the shot at her in order to defend himself from the use or imminent use of deadly force was a reasonable belief for a trained police officer?

If your answer to question 4 is no, you will find in favor of the plaintiff

5. If you find that defendant Breen was at risk of being struck by the Camaro at the time he fired his second shot, did he honestly believe that it was necessary to attempt to kill or seriously injure Victoria Cooper by firing the shot at her in order to defend himself from the use or imminent use of deadly force?

If your answer to question 5 is no, you will find in favor of the plaintiff

6. If your answer to question 5 is yes, was defendant Breen's belief that it was necessary to attempt to kill or seriously injure Victoria Cooper by firing the second shot at her in order to defend himself from the use or imminent use of deadly force a reasonable belief for a trained police officer?

If your answer to question 6 is no, you will find in favor of the plaintiff.

If your answer to questions 1 through 6 is yes, you will find in favor of the defendant.

**B. Excessive Force - Plaintiff has the burden of proof**

1. At the moment Breen fired his first shot was he at risk of being struck by the Camaro?

If your answer to question 1 is no, you will find in favor of the plaintiff.

2. At the mement Breen fired his second shot was he at risk of being struck by the Camaro?

If your answer to question 2 is no, you will find in favor of the plaintiff

3. If you find that defendant Breen was at risk of being struck by the Camaro at the time he fired his first shot, did he have probable cause to believe that Ms. Cooper posed a significant threat of death or serious physical injury to him at that moment?

If your answer to question 3 is no, you will find in favor of the plaintiff

4. If defendant Breen had probable cause to believe that Ms. Cooper posed a significant threat of death or serious physical injury to him, would a reasonably competent officer believe that it was necessary to attempt to kill or seriously injure Victoria Cooper by firing the shot at her rather than stepping out of the way in order to protect himself from the use or imminent use of deadly force,?

5. If you find that defendant Breen was at risk of being struck by the Camaro at the moment he

fired his second shot, did he have probable cause to believe that Ms. Cooper posed a significant threat of death or serious physical injury to him at that moment?

If your answer to question 5 is no, you will find in favor of the plaintiff

5. If defendant Breen had probable cause to believe that Ms. Cooper posed a significant threat of death or serious physical injury to him at the moment he fired his second shot, would a reasonably competent officer believe that it was necessary to attempt to kill or seriously injure Victoria Cooper by firing the shot at her rather than stepping out of the way in order to protect himself from the use or imminent use of deadly force??

If your answer to question 5 is no, you will find in favor of the plaintiff

If your answer to questions 1 through 5 is yes, you will find in favor of the defendant.

## C. Punitive Damages

7. Was the conduct of officer Breen
    a) a wilful or malicious violation of the constitutional rights of Ms. Cooper?

    b) an intentional act in gross disregard of the rights of Ms. Cooper?

    c) reckless disregard by Breen of whether he was violating Ms. Cooper's rights?

    If your answer to 7(a), (b), or (c) is yes, what amount of punitive damages to do you assess?

## D. Compensatory Damages

    1. What amount of damages is fair just and reasonable to compensate Victoria Cooper for her death?

    2. What amount of damages is fair just and reasonable to compensate Victoria Cooper for her loss of her ability to participate in and enjoy the activities of her life for the remainder of her life?

    3. What amount of damages is fair just and reasonable to compensate Victoria Cooper for her los of capacity to work and earn money?

    4. What amount of damages is fair just and reasonable to compensate Victoria Cooper for her fear, terror, and conscious pain and suffering caused by the actions of the defendant?

## E. Municipal Liability

1. Did the Town of North Branford have a policy that if an officer fired his weapon he should fire it at least twice?
2. Did the Town of North Branford give its officers, including Breen, training in when to shoot

or refrain from shooting at motor vehicle occupants?

3. If you answer question 2 no, was the Town of North Branford's failure to train its officers a deliberate indifference to the constitutional rights of citizens?

4. If you answered question 1 *or* question 3 yes, was the policy or failure to train a substantial factor in causing the shooting and death of Victoria Cooper?