**Cowan v. Breen**

**Plaintiff's Requested Voir Dire**

**June 1, 2005**

Please state your present occupation. If retired or a homemaker, please state occupation before retiring or becoming a homemaker.

Please indicate the amount of formal education you received, and/or military service. (Indicate any degrees of licenses you've obtained. (For example, BA in English, Associates in business, BS in criminal justice, hair dresser, LPN, etc.)

Have you or anyone close to you ever been involved in a lawsuit, or any kind of legal proceeding as a litigant, witness or juror?
- Was it civil or criminal?
- How would you characterize the experience? (Positive, negative, neutral)

Have you or anyone in your close circle of family or friends, have any experience working in the following fields:
- Legal services (lawyers, judges, law school, paralegal school, work in court system, etc.)
- Law enforcement (police officer, FBI, prosecutor's office, sheriff)

Have you or anyone in your close circle of family or friends ever been employed for a town or state police department in this state or any state?

In your work life or personal life, do you ever work with, or interact with police officers?
- How often?
- Describe nature of interactions (work related or social).

When it comes to an eye-witness account of an incident, do you believe that a police officer's testimony is more believable than the testimony of a civilian witness? Why or why not?

On a scale from "very good" to "very poor," what is your general opinion of police officers? Explain the reason for your rating.

What is your opinion of law enforcement in the town where you live?

Have you ever had a particularly good experience with a police officer, where perhaps a police officer came to your aid or in your opinion, when above and beyond the call of duty in helping you?

Have you ever had the opposite experience, where a police officer behaved in a way that fell below your expectations for law enforcement officers?

A civil jury has the power to decide whether or not a police officer has used excessive or unreasonable force when a citizen is injured or killed while the officer is carrying out his/her duties. Do you think it is right or wrong for civil juries to make these kinds of decisions? Why/why not?

Do you think any feelings you have about police officers would cause you to lean in favor, or against police officers in a case where an officer is being sued for allegedly using excessive force?

This case also involves the issue of self-defense. Have you or anyone close to you ever been in a situation where you (or they) had to resort to self-defense?

Have you or anyone close to you ever had to defend yourself by using a firearm?

Have you ever read or heard any news stories concerning a police officer's use of force in order to protect himself/herself from harm? If yes, did you draw any general conclusions about police, or the law, based on what you read/heard?

Have you ever read or heard any news stories concerning a police officer's use of force to prevent a person from fleeing the scene of a crime or evading arrest? If yes, did you draw any general conclusions from what you read/heard?

During the course of his/her duties, do you think a police officer should be held accountable for any unreasonable mistake that he or she makes that causes someone else serious injury or death?

In your own personal or professional life, have you ever handled or used firearms? How often?
- How would you rate your knowledge about fire arms (on a scale from "very good" to "very little")
- What kind of guns have you either owned or operated?

Have you ever used a firearm for any of the following reasons?
- Self-defense
- Hunting
- Target shooting

Have you ever owned a firearm for any of the following reasons?
- Self protection
- Family heirloom
- Collector's piece
- Other

Has drug use ever impacted your life in that a close friend or family member used drugs or was harmed by using drugs?

Some people feel especially strong about certain issues. For example, some people hate drug use and drug users and see red when they hear about it. Other people see red when they hear about violent crimes.
- When it comes to drug use, do you think you are relatively neutral concerning this issue or is this an issue that makes you particularly angry or upset?

There have been new laws in some states (not Connecticut) that cap or limit the amount of monetary damages juries can award in certain kinds of cases.
- Have you read or heard about this issue in the news?
- Have you come to a conclusion as to whether or not this is a good or bad idea?

If a person has been wrongfully killed, a jury can award money damages to that person's estate, to represent that loss of life. Some people think this makes sense. Others think it's wrong because money can't bring a person back.
- What is your opinion about this issue?