TAB 1



# STATE OF CONNECTICUT
### DEPARTMENT OF PUBLIC SAFETY
### STATE POLICE FORENSIC SCIENCE LABORATORY
278 Colony Street
Meriden, CT 06451



DEPOSITION
EXHIBIT
*Lee* 1
10/3/02

## RECONSTRUCTION REPORT

**LABORATORY CASE #:**  **ID-99-002153**

**TOWN OF INCIDENT:**  **North Branford**

**LOCAL CASE #:**  **F99215277**

**DATE OF REQUEST:**  **July 13, 1999**

**DATE OF REPORT:**  **January 19, 2000**

**REPORT TO:**  **State's Attorney Michael Dearington**
**Commanding Officer, Central District MCS**

---

At the request of State's Attorney Michael Dearington on July 13, 1999, Dr. Henry C. Lee, Commissioner of the Department of Public Safety, was called to assist the Central District Major Crime Squad in the investigation of a police-involved shooting incident in North Branford, near the intersection of Route 80 and Country Road.

A.  Scene Examination

1.  Photograph #1 depicts an overall view of the scene on Route 80, taken in an easterly direction.  Four orange and white cones are in the foreground in an area where various items of evidence were located on the roadway.  Two additional cones can be seen near the center yellow lines in the distance.  Beyond the two cones are several vehicles, two of the cars on the left side of the photograph appear

to be police vehicles.  Yellow crime scene tape can be seen around this area of the road.

2.  Photograph #2 is a closer view of the two police vehicles.  A blue-colored piece of material is seen on the side of the road to the left of the police cars. A partial view of a red-colored vehicle can be seen in front of the two police cars.  This car appears to be partially off the roadway.

3.  An overall view taken from the passenger side of the red vehicle is shown in photograph #3.  The red car is a Chevrolet Camero, registration plate 801-KCA. The Camero is on the left side of the road, with the front end of the vehicle over the guardrail.  The location and position of the Camero when viewed from the rear be seen in photograph #4.  The window on the passenger side door is lowered and only a few inches of glass can be seen in the window.  This window appears to be intact.

4.  Photograph #5 depicts the trunk area of the red Camero.  Several items can be seen on top of the trunk lid of this car.  These items include a wallet, several coins, a cigarette lighter, a folding knife, a matchbook, a dollar bill, and a comb.

5.  Photograph #6 is a view of the driver's side of the Camero.  The driver's side window is broken and several glass fragments can be seen remaining in the lower molding of the window.

The decedent is a white female and can be seen in the driver's seat. Her head is back with her neck extended.  She appears to be in the driver's seat at an angle, between the seat and driver's door.

6. Photograph #7 is a view of the decedent from the passenger side showing her position in the vehicle. Her body is in the seat at an angle toward the driver's door. Her head is between the driver's door and the left side of the driver's seat. Pieces of broken glass can be seen on the interior of the door, on the decedent's pants, and on the inside of the vehicle. Her right arm is at her side and her left arm is along the arm rest area of the driver's side door.

7. Photograph #8 depicts the carpet on the floor of the front, passenger side of the Camero. A discharged bullet-like projectile was located on the passenger floor.

8. Photograph #9 shows a view of the front of the Camero. A defect was noticed on the left side of the car hood. This defect is elongated and is consistent with being caused by the impact of a bullet-like projectile.

9. Photograph # 10 depicts the area of the roadway where the two cones were noted in photograph #1. Two yellow markers with the numbers "16" and "17" are visible next to circles containing two small objects in the road identified as discharged cartridge cases. This area has been marked with a yellow line across the road and designated "Q1".

10. Photographs #11 and #12 are close-up photographs showing the cartridge cases. The cartridge case marked "16" was located one hundred seventeen inches (117") from the side of the road and cartridge case at marker "17" was one hundred sixteen inches (116") from the side of the road. These two cartridge cases were located approximately five feet nine inches (5'9") apart.

11. Photograph #13 depicts a section of Route 80 toward the red Camero and the police vehicles. Yellow lines were drawn across the road in this location. Several yellow markers are also seen in this photograph. Glass fragments were located on the road from the area near the cartridge cases ("Q2"). These glass fragments

were deposited  diagonally across the road toward the red Camero on the left side of Route 80.  Some of these glass fragments are visible in this photograph.

12.  Photograph #14 is a view of the section of Route 80 which is the approximate area where the Camero was parked after it had been stopped by the police officer prior to the shooting incident.  The red cones that were placed in the road as shown in photograph #1 have been moved to the side of the road on the grass area.  Number markers 12 through 15 can be seen in the road and on the grass. Photographs # 15 through #18 depict objects located at the scene marked with the yellow numbers shown in photograph #14.

13. Photograph #15 depicts a pair of handcuffs which were located in the road with marker number "12".  These handcuffs were located on the white line at the right side of the road near the area where the Camero was initially stopped.

14. Photograph #16 is a close-up view of a "Miller Lite" beer can found in the grass near marker number "13".

15.  Photograph #17 shows marker number "14" with torn pieces of a motor vehicle registration paper.  This paper was located near the white line at the right side of Route 80, approximately sixteen feet, eight inches (16'8") from the handcuffs. Photograph #18 depicts a view of a second piece of paper found near the white line at marker number "15."

B.  Reconstruction

        On October 21, 1999 at approximately midnight, Dr. Henry Lee, scientists from the Department of Public Safety Forensic Science Laboratory, Central District Major Crime Squad personnel, members of the North Branford Police Department and

4

ID-99-002153
North Branford
Reconstruction Report

representatives from the New Haven State's Attorney's office returned to the scene of the shooting to reconstruct some of the events related to that incident.

1. Photograph #19 is an overall view of the area of Route 80, facing Northeast, taken on the night of October 21, 1999. The police vehicle and the red Camero can be seen at the left of the photograph. Other vehicles in the photograph were used to transport the automobile and personnel to the scene.

2. Based on the documentation and measurements taken by the Central District Major Crime Squad on July 13, 1999, areas on the pavement were marked with white spray paint to designate the original location of items of physical evidence, as shown in photograph #20. The locations of cartridge cases were identified with yellow markers numbered "16" and "17". The locations of the glass fragments noted on the road were also identified. Photograph #21 is a view of the locations of these two cartridge cases and the beginning of the white line denoting the location of the glass fragments.

3. Experiments were conducted under laboratory conditions to determine the ejection pattern of the cartridge cases when discharged from the 9 mm Glock semi-automatic weapon (SN RG325) that was submitted as physical evidence. The cartridge cases were generally ejected to the right. However, the ejection distances depended on the manner in which the weapon was fired. The majority of the cartridge cases ejected to the right of the shooter, between three (3) and five (5) feet. If both hands were used to hold the weapon when it was discharged, however, some of the cartridge cases hit the shooter. The resulting pattern of the ejected cartridge cases changed significantly when they impacted the shooter, and most of those cartridge cases were deposited at a location less than one (1) foot from the shooter. Based on the results of these experiments, the shooter's possible location was estimated. Photograph #22 is a view of the most likely location of the officer at the time of the shooting.

4. After the locations of the physical evidence were marked, the red Camero was brought by flatbed truck to the scene. The approximate location where the vehicle was parked after the initial stop was determined. The Camero was placed back in this location, as shown in photograph #23.

5. A set of tests were conducted to determine the approximate time required to travel the distance from the original location of the Camero when it was stopped in the early hours of July 13, 1999, to the most likely location where the officer fired the shots. This distance was determined to be approximately 177 feet. Four different speeds were used in this experiment. Table 1 shows the results of these tests.

| Speed  in mph (from vehicle speedometer ) | Average Travel Time (in Seconds) |
|---|---|
| 10 | 9.5 |
| 20 | 6.5 |
| 30 | 6.0 |
| 45 | 5.3 |

6. During these driving experiments, items similar to those found on the vehicle on the night of the incident were placed on the top of the trunk of the Camero. Photograph #24 depicts the top of the trunk after one of the tests at 45 mph.   It was found that the dollar bill, comb, coins, wallet and lighter remained on the top of the trunk after each test.

7. The bullet defect in the front hood of the Camero was located and marked, as shown in photograph #25. The trajectory of this bullet that caused the defect was determined by positioning rods and by laser sighting, as shown in photograph #26. The trajectory of the bullet was determined to be from front to back, right to left and downward.  The angle of impact at the hood was approximately ten (10) degrees, as shown in

photograph #27.  Based on the trajectory of the bullet, and the angle of impact,  the most likely location of the police officer at the time of the shooting was established.

8.  Glass fragments which were collected from the road and the inside of the Camero on the night of the incident were examined.  Based on the pattern of fracture marks, some of these glass fragments were reassembled at the laboratory.  A bullet entrance hole was located in this glass. The reassembled portion of the glass window is shown in photograph #28.  A photographic transparency was made of the reconstructed glass window. Photograph #29 depicts this transparency placed in the window opening at the driver's side of the Camero.  The reconstructed hole was approximately five and one half (5.5) inches from the top of the window. The most likely trajectory of the shot into the driver's side window was determined, as shown in photograph #30.

9. Based on the location and position of the window-opening mechanism, it was determined that the driver's window was open to a maximum height (near the center of the window) of approximately six and a quarter (6.25 ) inches at the time of the shooting.

10.  The transparency was placed in the window and the bullet trajectory was re-determined, as shown in photograph #31.  Based on the location and the fracture pattern in the glass of the reconstructed bullet hole, the direction of travel of the bullet was determined to be from right to left and downward at an angle of approximately ten (10 ) degrees.  The bullet most likely impacted the window at an approximate sixty-five (65) degree angle, as shown in photograph #32.

C.  Conclusions

Based on the examination of the incident scene on the night of the shooting, observation and evaluation of the pattern evidence at the scene, the examination of

physical evidence, the documentation provided by the major crime squad, and subsequent experimentation and reconstruction at the scene, the following sequence of events was determined.

1. In the early hours of July 13, 1999, a red Camero with registration number 801-KCA was traveling in the eastbound lane of Route 80 in North Branford, Connecticut.

2. At that time, a North Branford police cruiser followed the Camero and subsequently the officer stopped that vehicle. Both vehicles were parked in a location on the right side of the eastbound lane of Route 80. This location was determined based on the various items of physical evidence located in the road, including a pair of handcuffs and papers. At some point in time after stopping the Camero, the police officer became involved in a foot chase of one of the occupants of the vehicle, who fled from the area of the vehicles into the wooded area on the left side of Route 80.

3. Based on the physical evidence left at the scene, it appears that the police officer was at one point in time on Route 80, near the center of the road and heading west. At that time, the red Camero was driven by the decedent from its original parked location and was traveling eastbound on Route 80.

4. The location of the two spent cartridge cases indicates the police officer was near the center of the road, approximately one hundred seventy-seven (177) feet from the original location of the Camero when he discharged his weapon. Two shots were fired.
   Shot #1 was fired from front to back, right to left, at a downward angle of approximately ten (10) degrees and impacted the hood of the Camero. This bullet apparently ricocheted from the hood and was subsequently recovered in the grassy area along the westbound lane of Route 80.

The vehicle continued to travel in an easterly direction. At that time the officer fired a second shot.

Shot #2 impacted the driver's side window, shattering the glass. The trajectory was from right to left and downward, at an angle of approximately sixty-five degrees. This bullet struck the decedent.

5.  Based on the autopsy report, two bullet holes were found in the decedent's body. The bullet entered her left side. The bullet exited the right chest area through the ninth rib. The trajectory of the bullet through the decedent was from her left side, slightly back to front, and slightly downward. This bullet was subsequently recovered on the inside passenger floor of the Camero.

6.  The bullet from the second shot impacted the driver's door window and caused the fragmentation of the glass. The distribution of the broken glass on the road indicates the Camero continued to travel after the decedent received her wound. Glass fragments were deposited diagonally across Route 80 for a distance of approximately 110 feet. This distribution pattern of glass fragments indicates the vehicle was not stationary, but in motion at the time the bullet impacted the window. Although the exact speed at which the vehicle was traveling cannot be determined at this time, the pattern of distribution of glass across Route 80 suggests the Camero was not moving slowly at the time.

7.  The vehicle continued to travel in a diagonal fashion across Route 80 in a northeasterly direction. The Camero hit the guard rail at the side of the westbound lane of the road. The vehicle was stopped after it impacted the guard rail.

8.  The exact position of the officer at the time of the shooting incident cannot be positively determined at this time. His general location was determined based on

ID-99-002153
North Branford
Reconstruction Report

the location of the two spent cartridge cases, the location of the glass fragments, the trajectory patterns, and the ejection patterns of cartridges fired from the weapon.

9.  The first shot was fired at the Camero when the officer was in front of and slightly to the right of the vehicle. This bullet impacted the hood of the vehicle and ricocheted.

10. The officer fired a second shot as the Camero began to pass him.  This bullet went through the driver's window and entered the decedent's left side.  The bullet continued to travel through the decedent's body and existed through her right chest area.

11. Tests for the presence of gunshot residue on some of the samples taken from the door of the Camero indicated the presence of lead and antimony; one sample yielded the presence of barium.  Based on these results, the officer was relatively close to the vehicle at the time he discharged the second shot.

12. The results of the reconstruction indicate that at the time of the shooting incident the vehicle and the officer were involved in a series of dynamic movements.  These examinations indicate that at the time of the shooting the vehicle was in motion.  The officer was also in motion.  Although the exact speed of the Camero at the time of the shooting is unknown, it is clear that the vehicle was not moving at a speed under ten (10) miles per hour.

13. Based on the shooting scene patterns, the location of the physical evidence and the distribution pattern of glass fragments, it is indicated that the scene is consistent with an active and dynamic scene.

14. Although the speed of the Camero at the time of the shooting is unclear, it is clear from the experimental results that the vehicle was not stationary or traveling at a low

ID-99-002153
North Branford
Reconstruction Report

speed.  Based on the location of the spent cartridge cases and the impact points of the bullets on the Camero, the entire shooting incident took place within seconds.

Henry C. Lee, Ph.D.
Commissioner/Chief Criminalist

Elaine M. Pagliaro, M.S.
Assistant Director



Photograph  #    1



Photograph  #    2



Photograph  #    3



Photograph  #    4



Photograph #   5



Photograph #   6