

Photograph #  7



Photograph #  8



Photograph # 9



Photograph # 10



Photograph # 11



Photograph # 12



Photograph # 13



Photograph # 14



Photograph # 15



Photograph # 16



Photograph #  17



Photograph #  18



Photograph # 19



Photograph # 20



Photograph # 21



Photograph # 22



Photograph # 23



Photograph # 24



Photograph #  25



Photograph #  26