**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JUNE 1, 2005 |

## DEFENDANTS' MOTION IN LIMINE RE LIVE OR DEPOSITON TESTIMONY OF DR. MANNING OR DR. EBERHARDT

The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move in limine for an order prohibiting the introduction of evidence or testimony on the following subjects:

1.  deposition testimony of Dr. Manning and Dr. Eberhardt;

2.  plaintiff's exhibit 82 (Dr. Manning's Report) and all associated photographs as listed as exhibits 96, 97, 98, 99, 100, 101, 102, and 103

In support of this motion, the defendants offer as follows:

1.  the deposition testimony of Dr. Manning and Dr. Eberhardt cannot be used

at trial because they are not available;

2. testimony of Dr. Manning is cumulative; and

3. Dr. Manning's report is inadmissible hearsay.

The defendants have filed herewith a memorandum of law in support of this motion.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion in limine is granted.

> THE DEFENDANTS,
> MICHAEL BREEN and TOWN OF NORTH BRANFORD
>
> /s/John J. Radshaw, III
> Thomas R. Gerarde, ct5640
> John J. Radshaw, III, ct19882
> Jeffery E. Potter, ct26356
> HOWD & LUDORF
> 65 Wethersfield Avenue
> Hartford, CT  06114
> (860) 249-1361
> (860) 249-7665 (fax)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

                                            /s/John J. Radshaw, III
                                            Thomas R. Gerarde
                                            John J. Radshaw, III
                                            Jeffery E. Potter