**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : | NO.: 3:00 CV 0052 (RNC) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : | NO.: 3:01 CV 0229 (RNC) |
| | : | |
| v. | : | |
| | : | |
| NORTH BRANFORD | : | JUNE 1, 2005 |

## DEFENDANTS' MOTION IN LIMINE RE DR. JAMES J. FYFE

The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move

in limine for an order prohibiting the introduction of evidence or testimony on the

following subjects:

1.     The testimony of James J. Fyfe

In support of this motion, the defendants offer as follows:

1.     So much of Dr. Fyfe's opinion that makes credibility determinations or

         relies on the same must be precluded as it invades and usurps the

         province of the jury

2.    So much of Dr. Fyfe's opinion that states Officer Breen's actions were unreasonable, unjustifiable or otherwise couched in a legal standard must be precluded as it invades and usurps the province of the jury

3.    Dr. Fyfe's opinion that Officer Breen's failure to call for backup was a direct and proximate cause of Victoria Cooper's death must be precluded as it wildly speculative, is inconsistent with established law, and amounts to nothing more than junk science.

4.    Dr. Fyfe's opinion on the liability of the Town of North Branford must be precluded because it is conclusory, unsupported by any evidence, is inconsistent with established law, and amounts to nothing more than junk science.

5.    Dr. Fyfe's opinion that Officer Breen's conduct should be evaluated by including all the events preceding the shooting is irrelevant, immaterial and any probative value is outweighed by the prejudicial effect.

6.    Dr. Fyfe's opinion that Officer Breen violated a regulation or policy of the Town of North Branford police department is irrelevant, immaterial and any probative value is outweighed by the prejudicial effect.

The defendants have filed herewith a memorandum of law in support of this motion.

2

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH

BRANFORD, pray that their motion in limine is granted.

THE DEFENDANTS,
MICHAEL BREEN and TOWN OF
NORTH BRANFORD

/s/John J. Radshaw, III
Thomas R. Gerarde, ct5640
John J. Radshaw, III, ct19882
Jeffery E. Potter, ct26356
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

/s/John J. Radshaw, III
Thomas R. Gerarde
John J. Radshaw, III
Jeffery E. Potter