**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JUNE 1, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE: ANIMATION**

      The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move in limine for an order prohibiting the introduction of evidence or testimony on the following subjects:

      1.     All versions of the plaintiff's animation of the shooting incident

      In support of this motion, the defendants offer as follows:

      1.     The animation is based upon the opinions of an unqualified expert

      2.     The animation is the result of unreliable methods;

      3.     The animation is irrelevant;

1

4. The probative value of the animation is substantially outweighed by the danger of unfair prejudice;

5. The plaintiff's latest version of animation based upon the opinions of Kent Schwendy was disclosed approximately one week ago and thereby severely prejudiced the Defendants' ability to analyze the animation and verify that it accurately depicts the opinions and calculations that it purports to portray.

6. The animation is purported to be based upon a reconstruction that does not accurately reflect the actual facts; and,

7. The animation is not based upon accurate facts.

The defendants have filed herewith a memorandum of law in support of this motion.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion in limine is granted.

>THE DEFENDANTS,
>MICHAEL BREEN and TOWN OF
>NORTH BRANFORD
>
>   /s/ John J. Radshaw, III
>Thomas R. Gerarde, ct5640
>John J. Radshaw, III, ct19882
>Jeffery E. Potter, ct26356
>HOWD & LUDORF
>65 Wethersfield Avenue
>Hartford, CT  06114
>(860) 249-1361
>(860) 249-7665 (fax)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005

David N. Rosen, Esquire  
Rosen & Dolan, PC  
400 Orange Street  
New Haven, CT  06511

                                                   /s/ John J. Radshaw, III  
                                               Thomas R. Gerarde  
                                               John J. Radshaw, III  
                                               Jeffery E. Potter