**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JUNE 1, 2005 |

## **DEFENDANTS' MOTION IN LIMINE RE: TESTIMONY AND OPINIONS OF DR. ROUNSAVILLE**

The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move in limine for an order prohibiting the introduction of evidence or testimony on the following subjects:

1. Testimony and opinions of Dr. Rounsaville

In support of this motion, the defendants offer as follows:

1. The opinions of Dr. Rounsaville are not based upon reliable scientific principles;

2. The opinions are not the result of reliable methodology;

1

    3.    The opinions are not based upon sufficient facts or information.

The defendants have filed herewith a memorandum of law in support of this motion.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion in limine is granted.

> THE DEFENDANTS,
> MICHAEL BREEN and TOWN OF
> NORTH BRANFORD
>
>
> ___/s/ John J. Radshaw, III____
> Thomas R. Gerarde, ct5640
> John J. Radshaw, III, ct19882
> Jeffery E. Potter, ct26356
> HOWD & LUDORF
> 65 Wethersfield Avenue
> Hartford, CT  06114
> (860) 249-1361
> (860) 249-7665 (fax)

2

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

                                                        ___/s/ John J. Radshaw, III____
                                                        Thomas R. Gerarde
                                                        John J. Radshaw, III
                                                        Jeffery E. Potter