UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET COWAN,<br>ADMINISTRATRIX OF THE ESTATE<br>OF VICTORIA COOPER | : <br> : <br> : <br> : | <br> NO.:  3:00CV00052 (DJS) |
| v. | : <br> : | |
| MICHAEL BREEN | : | MAY 11, 2000 |

### DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO THE PLAINTIFF

Defendant, Michael Breen, requests that the plaintiff,

Margaret Cowan, Administrator, answer under oath in accordance

with Rule 33 of the Fed. R. Civ. P., the interrogatories

attached hereto, and produce for inspection, copying, testing or

sampling, as the case may be, the documents or tangible things

described hereinafter, pursuant to Rule 34 of the Fed. R. Civ. P.


### INTERROGATORIES


1.   State your residence address, business address, date
and place of birth, height, weight, Social Security Number,
marital status, driver's license number, and present employer.

**ANSWER:**



EXHIBIT A

11.    Copies of the report of the autopsy performed on the decedent and authorizations permitting the undersigned or its representative to examine and obtain copies of the same.

**ANSWER:**

12.    Any other documents which you intend to offer into evidence at the time of trial.

**ANSWER:**

13.    All tangible things which you intend to offer into evidence at the time of trial.

**ANSWER:**

14.    Any documentation of your receipt of any sums of money, or benefits, referred to in your response to the above interrogatories.

**ANSWER:**

15.    Copies of the Federal and State Estate tax returns of the decedent's estate and authorizations permitting the undersigned or its representative to examine and obtain copies of the same.

**ANSWER:**

16.    If loss of earnings or earning capacity is alleged or claimed, copies of the income tax returns of the decedent for the tax year covering the date of accident, the tax year immediately preceding.

16

**ANSWER:**

    17.    Copies of all statements, as that term is defined in Practice Book Rule 13-1, of all parties and non-party declarants concerning the accident or incident alleged in the Complaint.

**ANSWER:**

                    DEFENDANT,
                    MICHAEL BREEN

                    By_____
                    Thomas R. Gerarde
                    Howd & Ludorf
                    65 Wethersfield Avenue
                    Hartford, CT  06114
                    (860) 249-1361
                    ct05640

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 11th day of May, 2000.

David N. Rosen, Esquire
Stephen Pincus, Esquire
Rosan & Dolan, PC
400 Orange Street
New Haven, CT   06511

_____
Thomas R. Gerarde

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN,                          :
ADMINISTRATRIX OF THE ESTATE             :
OF VICTORIA COOPER                       :        NO.: 3:00CV00052 (DJS)
                                         :
v.                                       :
                                         :
MICHAEL BREEN                            :        JUNE 12, 2000

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR PRODUCTION
DIRECTED TO THE PLAINTIFF**

Defendant, Michael Breen, requests that the plaintiff, Margaret Cowan,

Administrator, answer under oath in accordance with Rule 33 of the Fed. R. Civ. P., the

interrogatories attached hereto, and produce for inspection, copying, testing or sampling, as the

case may be, the documents or tangible things described hereinafter, pursuant to Rule 34 of the

Fed. R. Civ. P.

### INTERROGATORIES

1. State your residence address, business address, date and place of birth, height, weight,
Social Security Number, marital status, driver's license number, and present employer.

**ANSWER:**     Margaret Cowan
                Residence Address:  46 Spring Street, Milford, CT 06460.
                Business Address: 28 Woodmont Road, Milford, CT 06460.
                Date and place of birth: Milford, CT, 8/14/38.
                Height and weight: not applicable.
                Social Security Number: 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.
                Marital status: Separated.
                Driver's License Number: CT 201770071.
                Present Employer:  Alinabal, Inc.

11. Copies of the report of the autopsy performed on the decedent and authorizations permitting the undersigned or its representative to examine and obtain copies of the same.

**ANSWER**:     Autopsy report previously forwarded to defendant's counsel.

12. Any other documents which you intend to offer into evidence at the time of trial.

**OBJECTION:** This request is premature and invades the work product of plaintiff's counsel. Disclosure will be made in accordance with the pretrial order.

13. All tangible things which you intend to offer into evidence at the time of trial.

**OBJECTION:** This request is premature and invades the work product of plaintiff's counsel. Disclosure will be made in accordance with the pretrial order.

14. Any documentation of your receipt of any sums of money, or benefits, referred to in your response to the above interrogatories.

**ANSWER**:     Not applicable.

15. Copies of the Federal and State Estate tax returns of the decedent's estate and authorizations permitting the undersigned or its representative to examine and obtain copies of the same.

**ANSWER**:     Not applicable, as federal and state estate tax returns have not yet been filed on the decedent's behalf.

**OBJECTION:** As to authorizations, plaintiff objects. Rules 26 and 34 Fed. R. Civ. P. do not require creation of documents. Additionally, this request is overbroad and seeks irrelevant material.

16. If loss of earnings or earning capacity is alleged or claimed, copies of the income tax returns of the decedent for the tax year covering the date of accident, the tax year immediately preceding.

**ANSWER**:     1999 income tax return attached.  1998 income tax return to be provided.

13

17. Copies of all statements, as that term is defined in Practice Book Rule 13-1, of all parties and non-party declarants concerning the accident or incident alleged in the Complaint.

**OBJECTION:** Plaintiff objects to the extent this request seeks privileged information and material.

THE PLAINTIFF

By_____
David Rosen
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511
(203) 787-3513
Fed. Bar No.: 00196

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid on June, 14, 2000 to:

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

_____
David N. Rosen

14