**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JUNE 1, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE TESTIMONY OF CHRISTOPHER MANNER, LEONARD POPOLIZIO AND MATHHEW CANELLI AND DEPARTMENT POLICIES REGARDING USE OF FORCE AND FIREARMS TRAINING AND SCORES AND VARIOUS EXHIBITS**

The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move in limine for an order prohibiting the introduction of evidence or testimony by Christopher Manner, Leonard Popolizio and Mathew Canelli on the following subjects (exhibits):

1. # 104, N. Branford policy re use of force as of 7/13/99;

2. #105, N. Branford policy re use of force, as changed after shooting;

3. #132, North Branford Police Department-Firearms Training;

4. #133, Firearms Training-Qualifying Scores;

5. #134, North Branford Police Department Firearms Training-Night Shoot;

6. #135, Objection to Disclosure of Records;

7. #124 Connecticut State Police Training Academy-Physical Fitness Assessment;

8. #125, Connecticut State Police-Exit Interview;

9. #126, To Officer Breen from Sgt. Delfino re: Written Warning re: forgetfulness of filling out paperwork;

10. #127, To Officer Breen from Sgt Delfino re: pay vouchers;

11. #128, State of Connecticut-Municipal Police Training Council-Review Training Report;

12. # 129, To Officer Breen from Chief Canelli re: Motor Vehicle Accident;

13. #130, Supplementary Report-Accident;

14. #131, To Officer Breen from Chief Matthew Canelli re: Motion (*sic)* Vehicle Accident (second at fault accident).

15. #120, Divorce Complaint, Breen v. Breen, April 1999;

16. #121 Financial Affidavit-Michael Breen, 6/7/99; and

17.     #123, Agreement 6/7/99.

In support of this motion, the defendants offer as follows:

1.     the above items 1-13 are irrelevant to the unreasonable force claim against Officer Breen and only possibly relevant to the Monell claim, and even if relevant, the probative value is clearly outweighed by the danger of unfair prejudice; and

2.     exhibits, 120, 121 and 123 are irrelevant to the case at bar as they are related to Officer Breen's personal affairs and not the subject matter of this case.

The defendants have filed herewith a memorandum of law in support of this motion.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion in limine is granted.

        THE DEFENDANTS,
MICHAEL BREEN and TOWN OF
NORTH BRANFORD

/s/John J. Radshaw, III
Thomas R. Gerarde, ct5640
John J. Radshaw, III, ct19882
Jeffery E. Potter, ct26356
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

    This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

    /s/John J. Radshaw, III
Thomas R. Gerarde
John J. Radshaw, III
Jeffery E. Potter