**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JUNE 1, 2005 |

### DEFENDANTS' MOTION IN LIMINE RE: PLAINTIFF'S EXHIBITS NUMBER 49, 50, 51, AND 52 (DEPCITING INACCURATE PLACEMENT OF PROTRACTOR)

The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move in limine for an order prohibiting the introduction of evidence or testimony on the following subjects:

1. Plaintiff's exhibits 49, 50, 51, and 52.

In support of this motion, the defendants offer as follows:

1. the exhibits are irrelevant as they in correctly depict the angle of the bullet penetration mark; and

2. the exhibits are highly prejudicial because they depict an inaccurate angle

of bullet penetration.

The defendants have filed herewith a memorandum of law in support of this motion.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion in limine is granted.

>THE DEFENDANTS,
>MICHAEL BREEN and TOWN OF NORTH BRANFORD
>
>/s/John J. Radshaw, III
>Thomas R. Gerarde, ct5640
>John J. Radshaw, III, ct19882
>Jeffery E. Potter, ct26356
>HOWD & LUDORF
>65 Wethersfield Avenue
>Hartford, CT  06114
>(860) 249-1361
>(860) 249-7665 (fax)

2

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

                                            /s/John J. Radshaw, III
                                            Thomas R. Gerarde
                                            John J. Radshaw, III
                                            Jeffery E. Potter