H- (203) 488-2003

SP-633-C Rev. 9/83

**STATE OF CONNECTICUT**
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

Case Number: F99-215277
Date: 08/11/99
Time Started: 1150
Time Ended: 1225

WITNESS STATEMENT OF Stephen R Small

I, Stephen R Small, date of birth 04/20/49, of 2501 Foxon Rd, town/city of North Branford, CT.

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

I Stephen R Small live at 2501 Foxon Rd (Rt 80) in North Branford, CT. I have lived there for 29 years with my wife, Maureen Small.

On Monday, July 18th, 1999, at around 9:15 pm I went up stairs to go to bed. My wife was already in bed. Prior to going to bed, I looked Amos, our dog dog outside in the yard. Early the next morning at around 1:15 am, my wife and I were awakened by Amos, who was barking in the yard. I sat up in bed and saw cruiser flashing lights shinning through our bedroom window. I just thought a police officer pulled somebody over on Route 80. I then lied back down in bed. About one minute later, I heard two shots from outside. I then got up out of bed and began to walk towards the foot of the bed, when I saw a vehicle with its lights on through the window which is located in front of the house. I looked outside from the window and saw a small red vehicle up against the guardrail on Route 80. I also noticed that there was an individual running up behind the vehicle and approached the driver's side of the car. The individual had a flash light and looked into the car. The individual then ran back down Route 80. At this point I was unable to see where he went. I then walked over to the window near the foot of the bed, and saw the individual get into the cruiser and pull up behind the Red Car. I then looked back out

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me, and it is true to the best of my knowledge and belief.

Witness: [signature]   Signature: Stephen R Small

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here:

EXHIBIT A

DPS-630-C-1 REV. 7/95

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number F-99-2150

STATEMENT OF Stephen R Small (Cont.)

the front window and saw the individual get out of the cruiser and again look into the Red Car. The individual then shined his flashlight around the area and at our home. It appeared the individual was looking for somebody. I then left the bedroom and turned on the outside lights. I went down stairs and made sure all the doors were locked. I then went back upstairs and looked back out the front window and observed other police vehicle pulling up behind the first Cruiser. I heard a police officer say to another police officer that "she tried to fucking run me over. I then lied back down in bed as other police vehicles pulled up. About 45 minutes later, I heard a loud commotion outside near the side of the house. I got back up and saw police officers escorting an individual from the wooded area near the side of my home to a police Cruiser. I didn't hear anything else besides what the police officer said to the other police officer.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____  Signature: Stephen R Small

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here: