NYPD - Deputy Commissioner of Training

Fyfe has consulted with law enforcement agencies and civil and human rights organizations across the world. He has testified as a police practices expert in the United States Senate and Congress and in federal and state courts in the District of Columbia, 38 states, and Canada. Landmark cases on which he has worked and/or testified include Tennessee v. Garner, in which the Supreme Court struck as unconstitutional the centuries-old rule authorizing police to shoot all fleeing felony suspects; Thurman v. Torrington, the first federal court ruling that victims of domestic violence were constitutionally entitled to equal protection of law; New Jersey v. Soto, the first case to prove racial profiling; and in successful civil rights litigation involving the Jeffrey Dahmer serial murders; the beating of Rodney King; the MOVE bombing in Philadelphia; and the first several cases brought by the Civil Rights Division of the U.S. Justice Department under the custom and practice provisions of the 1994 Crime Law.

*Go to*
NYPD Home Page | NYC.gov Home Page
Mayor's Office | City Agencies | Services | News and Features | City Life
Contact Us | Search

EXHIBIT A

| Home | FAQs | About NYPD | Contact Us | Site Guide | Credits |

**NYPD "New York's Finest"**

Tuesday, May 31, 2005

- Deputy Commissioners
- Chief of Department
- Bureaus
- Careers
- PO Test Information
- Crime Statistics
- Most Wanted
- Most Violent Felons
- Most Wanted Terrorists
- Missing Persons
- Police Auction
- Memorial Pages
- Top Cops
- Image Gallery
- Helpful Information
- Police Museum
- Kids Corner
- DOT Traffic Info
- Parking Tickets Info

# Deputy Commissioner of Training



Deputy Commissioner
James J. Fyfe, Ph.D

## Training Bureau

James J. Fyfe was appointed as a patrolman in the New York City Police Department on June 26, 1963. He then served on patrol and in training assignments for 16 years, earning seven citations before retiring as a lieutenant in 1979. On May 20, 2002, he returned to the NYPD, appointed as Deputy Commissioner, Training. He holds a B.S. (1971) and an honorary doctorate of laws (1999) from John Jay College of Criminal Justice, City University of New York, and M.A. (1972) and Ph.D. (1978) degrees in criminal justice from the State University of New York at Albany. He has won several awards for his scholarship and for his research and its effects on police policy and practice. These include the American Society of Criminology's 2002 August Vollmer Award.

During his hiatus from the NYPD, Fyfe was a professor at American University (1979-1992) and Temple University (1992-2002), and a senior fellow of the Police Foundation (1979-1988). He was a commissioner of the Commission on Accreditation for Law Enforcement Agencies (1989-1997) and a visiting professor at the School of Police Studies at Charles Sturt University in Australia (2000). Currently, Fyfe is on leave from his position as Distinguished Professor of Law, Police Science and Criminal Justice Administration at John Jay College of Criminal Justice. He has published seven books and more than 100 articles and book chapters. He was the editor of Justice Quarterly, the journal of the Academy of Criminal Justice Sciences, and has served on the editorial boards of four other professional journals. He is completing a National Institute of Justice study of officers dismissed or forced to resign from the New York City Police Department.