**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.:  3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.:  3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JUNE 1, 2005 |

### DEFENDANTS' MOTION IN LIMINE RE: AUTOPSY PHOTOGRAPHS AND PHOTOGRAPHS OF DECEDENT IN VEHICLE

The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move in limine for an order prohibiting the introduction of evidence or testimony on the following subjects:

1. Autopsy photographs (plaintiff's exhibit #76)

2. Photographs of decedent in vehicle (plaintiff's exhibits # 21, 22 and 23)

In support of this motion, the defendants offer as follows:

1. several of the autopsy photographs are irrelevant as they do not depict the decedent's injuries;

2

2. the photographs of the decedent in the vehicle do not depict the injuries and are irrelevant;

3. the autopsy photographs are cumulative;

4. the probative value of the autopsy photographs and photographs of the decedent in the vehicle is substantially outweighed by the danger of unfair prejudice.

Consistent with D.Conn.L.R. 7(a), the defendants have filed herewith a memorandum of law in support of this motion.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion in limine is granted.

THE DEFENDANTS,
MICHAEL BREEN and TOWN OF NORTH BRANFORD

/s/John J. Radshaw, III
Thomas R. Gerarde, ct5640
John J. Radshaw, III, ct19882
Jeffery E. Potter, ct26356
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

/s/John J. Radshaw, III
Thomas R. Gerarde
John J. Radshaw, III
Jeffery E. Potter