





CSP CENTRAL DISTRICT MAJOR CRIME
F99-215277    FARMINGTON
07/13/99    DET. TESTONI
PHOTO # 11

CSP CENTRAL DISTRICT MAJOR CRIME
F99-215277    FARMINGTON
07/13/99    DET. TESTONI
PHOTO # 12

CSP CENTRAL DISTRICT MAJOR CRIME
F99-215-277    FARMINGTON
03/13/99    DET. TESTONI
PHOTO # 9



#13