






# 19



# 20



# 17



# 18