**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JUNE 1, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE TESTIMONY AND EVIDENCE REFERENCING VISION PROBLEMS**

The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move in limine for an order prohibiting the introduction of evidence or testimony on the following subjects:

1. Vicki Cooper's eyesight, corrected and uncorrected;

2. Vicki Cooper's night vision and depth perception and lack of ability to perceive figures in conditions at the scene of the incident.

In support of this motion, the defendants offer as follows:

1. any testimony or evidence regarding Ms. Cooper's eyesight is irrelevant;

2. testimony or evidence concerning any visual difficulties of the decedent must be excluded because it's probative value, if any, is clearly outweighed by the danger of unfair prejudice;

3. Dr. Forkiotis testimony is speculative; and

4. the report submitted to the plaintiff by Dr. Forkiotis is inadmissible hearsay.

The defendants have filed herewith a memorandum of law in support of this motion.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion in limine is granted.

THE DEFENDANTS,
MICHAEL BREEN and TOWN OF NORTH BRANFORD

/s/John J. Radshaw, III
Thomas R. Gerarde, ct5640
John J. Radshaw, III, ct19882
Jeffery E. Potter, ct26356
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

                                               /s/John J. Radshaw, III
                                               Thomas R. Gerarde
                                               John J. Radshaw, III
                                               Jeffery E. Potter