August 30, 1999

Detective Tom Murray
Connecticut State Police
Major Crime Squad
Bldg # 1
294 Colony Street
Meriden, CT 06451

                                        Ref.: Victoria Cooper
                                        182 Richard St
                                        West Haven, CT
                                        Age 34
                                        931-0358

Previous eye exam 4 years prior to most recent eye exam of 7/26/92.
Chief complaint- difficulty in depth perception and distance seeing-viewing.

Depth perception is a critical factor in the operation of a motor vehicle and more severe a factor since it involves increased inefficiency under conditions of varying speeds. Judgments of 'where' 'how far' and 'what' become distorted

Being nearsighted is another critical factor. All nearsighted individuals always complain of night time vision and seeing. They all ask for stronger glasses for night driving. Physical facts denote that we all become more nearsighted under conditions of less light, ( night ), and fog.

Without glasses her right eye and left eye is the same at 20/140 visual acuity.
Visual acuity is correctable to 20/20 with her recent glasses.
Her history indicates she had a hole in her left eye retina-located in the lower lateral quadrant which was surgically repaired in 1992 by Dr. Liggett at Yale University ( Not significant for the present investigation. )

Her history and diagnosis includes strabismus ( reason for the poor depth perception but never referred for treatment-not good ), high blood pressure, and diabetes. Diabetes could be a factor if she is not under good control with diet and/or medication.

The doctor whose name I do not see on the records sent to me, changed the eyeglass prescription making it a little stronger. The prescription strength is not an issue.

EXHIBIT A

The issue for technicalities; she is nearsighted, nearsighted individuals have more difficulty in vision judgments, more so at night, more so in rainy weather at night, more

Secondly- she is aware of her difficulties with depth perception for quite some time. ( Fault of the doctors for not referring her to the appropriate doctors for her strabismus and poor depth perception. ) Being aware of the problem makes her more distractive having to undergo much compensatory judgments attempting to operate a motor vehicle under conditions of any degree of speed and under conditions of eyeball-vision duress.

Very truly yours,

Constantine J. Forkiotis, O.D.

Constantine J. Forkiotis, O.D.
CJF/pg

TOTAL P.01