COOPER
182 RICHARD ST
VEST HAVEN        CT 06516
03/16/1958        08/26/92
203-231-0258

VICTORIA

**YALE RETINA CONSULTANTS / RETURN EXAM**

DATE: 3-22-94

REPORT TO: _____

36 yo w F          c/o No occular Complaints

s/p laser to I.T. hole in LE

MP

**DISTANCE:** (CC)   SC

**V**
RE: 20/40 1PH 20/30
LE: 20/50 1PH 20/30

**W**
RE: _____
LE: _____

**R**
RE: _____
LE: _____

**EYE MEDS:** Ø

PAM: _____

# SLE

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| Conj: |  |  |
| Cornea: | clear | > |
| AC: | D/Q | > |
| Iris: | dil | > |
| Lens: | clear |  |
| Vitreous: | quiet | > |

TENSION  R 15  L 14  TIME: 2:40 PM   DILATION TODAY  mx mou ✓
MP                                    2:40 PM   MED3_14

EXHIBIT B

**FUNDUS**



Flat 360°          Flat

white changes

old laser

**IMPRESSION:** Stable exam, s/p laser for tele.

H.K. lasser

Will Scub.

**RECOMMENDATION:**

RTN-1yr.

**TODAY**

○ PAM    ○ B-Scan    ○ ERG    ○ EOG    ○ VER

○ Photos : Disc & Macula ,  Fundus Series,  Special

**RETURN**    M   T   W   T   F    wks ____ mos ____ yrs _____

**REFER TO:** _____

MED9_9A

# Yale University

Yale Eye Center for Clinical Research
Retina and Vitreous
Boardman Building
P.O. Box 208061
New Haven, Connecticut 06520-8061

Telephone: 203 785-2734
Fax: 203 737-2780

Peter E. Liggett, M.D.
Professor
Director of Retina-Vitreous Service

December 14, 1993

Christopher Snyder, M.D.
88 Noble Street
Milford, CT  06460

Re:    **Victoria Cooper**

Dear Dr. Snyder:

I am seeing Victoria Cooper today.  We had done laser photocoagulation on her for a retinal break in the inferior temporal retina.  At the present time, there has been no new photopsia or floaters.  She has noticed some very well defined, well circumscribed dot-like images in front of her left eye.

Examination today shows visual acuity in the right eye is 20/40 and pinholes to 20/30; left eye is 20/30 and pinholes to 20/25.  Slit lamp examination of the anterior segments of both eyes is quiet with clear ocular media.  Pressures are 22 o.u.

Dilated posterior segment examination of the right eye shows the vitreous cavity is clear and the optic nerve is pink and well demarcated.  The retinal vasculature is of normal caliber and course with a good foveal reflex.  The peripheral retina is without pathology, i.e. holes, tears or detachments.

Dilated posterior segment examination of the left eye again shows the vitreous cavity is clear and the optic nerve is pink and well demarcated.  There is good foveal reflex.  Located in the inferior temporal quadrant at the 4:30 position, anterior to the equator, you can see the small retinal break which is well surrounded by two rows of laser photocoagulation that are well pigmented.  There are no new holes, tears or detachments seen.

Victoria appears stable to me at this time and I plan to see her again in three months.

Sincerely,

Peter E. Liggett, M.D.
Professor

COOPER
180 RICHARD ST          VICTORIA
WEST HAVEN
CT 06516               CT 06516
08/24/93

**YALE RETINA CONSULTANTS / RETURN EXAM**

DATE: _12·14·93_                    Christopher

REPORT TO: _Dr. P. Sardi_
                    88 Noble St.
                    Milford.
                    06416

54 yo W F                    c/o flashing lights LE; pain
                             comes & goes - sees weird
                             circles.

                                        M. Plaski

---

**DISTANCE:** (CC)    SC              **EYE MEDS:** ∅

**V**   RE: 20/40-1  ↑PH 20/30-1
        LE: 20/30    ↑PH 20/25-1

**W**   RE:
        LE:

**R**   RE:
        LE:                          **PAM:**

---

**SLE**         RIGHT EYE        LEFT EYE

Conj:
Cornea:
AC:
Iris:
Lens:
Vitreous:

TENSION  R 22  L 22   TIME: _2:45 PM_   DILATION TODAY _mxm oU 2:45 PM_

MED3_1A

**FUNDUS**



**IMPRESSION:**

**RECOMMENDATION:**

**TODAY**

O PAM    O B-Scan    O ERG    O EOG    O VER

O Photos :  Disc & Macula ,  Fundus Series,  Special

RETURN      M    T    W    T    F    ____wks    ____mos    ____yrs

Ph will keep Appt she has in Mar 94

REFER TO: _____

MED3_5A

12/13/93

↑ Floater OS x 1 mo. OS.
Saw red in shower.

RTC 2 pm tomorrow

## TELEPHONE INQUIRY FORM

____ DR. STOESSEL
_X_ DR. LIGGETT
____ DR. _____          DATE: 12/13/93

PATIENT'S/CALLER'S NAME Cooper, Victoria          REFERRING M.D. _____

____ NEW    Y RET  _____ OTHER

TELEPHONE # 9310358          UNIT # _____

MEDICAL/OCULAR HISTORY _____

PATIENT COMPLAINTS ___ pt. notices more black spots x 1 month

_____

_____

_____

_____

_____

NEXT AVAILABLE _____ APPOINTMENT IS ON: _____
================================================================
PHYSICIAN'S NOTES:
Pt spoke c Dr Skolik / she will come for
appt @ 2pm tomorrow

# Yale University

Yale Eye Center for Clinical Research
Retina and Vitreous
Boardman Building
P.O. Box 208061
New Haven, Connecticut 06520-8061

Telephone: 203 785-2734
Fax: 203 737-2780

Peter E. Liggett, M.D.
Professor
Director of Retina-Vitreous Service

## PATIENT FILE NOTATION

September 21, 1993

Re:    **Victoria Cooper - 1022803**

We have been seeing Victoria Cooper since August, 1992 at which time it was noted that she had a retinal hole, inferior temporally, in her left eye. This was associated with retinoschisis. She did undergo laser photocoagulation and subsequently, has done very well. Victoria is still bothered by intermittent photopsia and floaters.

Examination today shows visual acuity in the right eye is 20/25; left eye is 20/25+2. Slit lamp examination of the anterior segments of both eyes is quiet and unchanged with clear ocular media. Pressures are 15 and 19.

Dilated posterior segment examination of the right eye shows the vitreous cavity is clear. There is a partial posterior vitreous detachment. The optic nerve is pink and well demarcated, and the retinal vasculature of normal caliber and course. The peripheral retina is attached without holes, tears or schisis noted.

Dilated posterior segment examination of the left eye shows the vitreous cavity is clear, although there is a posterior vitreous detachment. You can see, inferior temporally, the retinal break which is well healed with a laser chorio retinal scarring. Superior to this is an area of retinoschisis, and in the superior nasal quadrant, a meridional fold with a tuft of vitreous is noted. The posterior pole is otherwise unremarkable.

I do not see any new pathology here and Victoria should have periodic evaluations due to the fact that she still has symptoms along with the associated retinoschisis in the temporal periphery.

Peter E. Liggett, M.D.

**YALE RETINA CONSULTANTS / RETURN EXAM**

DATE: _9-21-93_

REPORT TO: _Dr. Rothin_

I022803
COOPER
102 RICHARD ST          VICTORIA
WEST HAVEN
                        CT 06516

35 yo w F

c/o sees a flash LE comes
& goes during the day — Last
week she saw yel & white light
moving LE. Seeing ou.

                          M. Flaske

---

**DISTANCE:** (CC)   SC

**V**   RE: _20/25 -2_
        LE: _20/25 +2_

**W**   RE: _____
        LE: _____

**R**   RE: _____
        LE: _____

**EYE MEDS:**
Ø

PAM: _____

---

**SLE**

|            | **RIGHT EYE** | **LEFT EYE** |
|------------|---------------|--------------|
| Conj:      |               |              |
| Cornea:    |               |              |
| AC:        |               |              |
| Iris:      |               |              |
| Lens:      |               |              |
| Vitreous:  |               |              |

---

**TENSION**   R _15_   L _18_   **TIME:** _1:55_   **DILATION TODAY** _mr n ou._

MED3_1A

**FUNDUS**



**IMPRESSION:**

**RECOMMENDATION:**

**TODAY**

O PAM    O B-Scan    O ERG    O EOG    O VER

O Photos :  Disc & Macula ,  Fundus Series,  Special

RETURN    M  T  W  T  F  ___ wks  ___ mos  ___ yrs

REFER TO: ___

**YALE RETINA CONSULTANTS / RETURN EXAM**

DATE: _8-10-93_

REPORT TO: _____

1022803
COOPER          VICTORIA
182 RICHARD ST
WEST HAVEN   CT 06516

3 y/o                    7 mo f/u

s/p Laser to Retinal hole (LE) 8/92

LE a few months
ago noticed lying
down + circles in
LE.
green flashes on + off

**DISTANCE:** (CC)   SC

**V**   RE: 20/25
       LE: 20/20~3

**W**   RE:_____
       LE:_____

**R**   RE:_____
       LE:_____

**EYE MEDS:**

( - )

**PAM:** _____

**SLE**            RIGHT EYE          LEFT EYE

Conj:
Cornea:
AC:
Iris:
Lens:
Vitreous:

**TENSION** R _14_ L _14_   **TIME:** _215_   **DILATION TODAY** _mt N Ou 215_

MED3_IA

**FUNDUS**



**IMPRESSION:** _Stable_

**RECOMMENDATION:** _Symptoms → RV68W2S_

**TODAY**

O PAM    O B-Scan    O ERG    O EOG    O VER

O Photos :  Disc & Macula ,  Fundus Series,  Special

RETURN    M  T  W  T  F  ____wks  ____mos  ____yrs  _____

REFER TO: _____

MED3_2A

**YALE RETINA CONSULTANTS / RETURN EXAM**

DATE: _____ 1-5-93 _____

REPORT TO: _____

1022803
COOPER                    VICTORIA
192 RICHARD ST
WEST HAVEN    CT 06516
01/16/1958        08/21/92

, 34 y.o  F  4 mo. F/U

Sees flashing lights
Floaters p'rn LE

**VISION:** CC 20/SC

RE: _____ 20/20 -2 _____

LE: _____ 20/20 -1 _____

**WEARING:**

RE: _____

LE: _____

**EYE MEDS:**

**REFRACT:**

RE: _____

LE: _____

**SLE**          RIGHT EYE          LEFT EYE

Conj: _____    _____

Cornea: _____    _____

AC: _____    _____

Iris: _____    _____

Lens: _____    _____

Vitreous: _____    _____

**TENSION** R 16  L 18  TIME: 1^35 PM

**DILATION TODAY** NOMV 1^35

**FUNDUS**



**IMPRESSION:** *Doing well*

**RECOMMENDATION:**

**TODAY**

○ PAM    ○ B-Scan    ○ ERG    ○ EOG    ○ VER

○ Photos :  Disc & Macula ,  Fundus Series,  Special

**FLUORESCEIN ANGIOGRAPHY**

☐ PRIMARY EYE  ☐ RE  ☐ LE  ☐ TRANSIT DISC   ☐ TRANSIT MACULA
☐ SECONDARY EYE  ☐ DISC  ☐ MACULA
☐ SWEEP PERIPHERAL RETINA  ☐ RE  ☐ LE  ☐ OU
☐ STAT 1   ☐ STAT 2   ☐ STAT 3

**RETURN**    M   T   W   T   F   ____ wks  ____ mos  ____ yrs

○ Laser                    ○ Cryo
○ Fluorescein STAT 1 2 3   ○ Photos    ○ ERG
○ B-scan                   ○ PAM       ○ EOG      ○ VER

**REFER TO:** _____

1022803
COOPER                    VICTORIA
182 RICHARD ST
WEST HAVEN      CT 06516
05/16/1958      08/26/92
203-931-3358

**YALE RETINA CONSULTANTS / RETURN EXAM**

DATE: _____ 8/31/92 _____

REPORT TO: _____

34 yr old    50 mm flu         S/P Laser to Retinal hole 8/26/92

S/P laser of retinal
hole OS

Still c/o Photopsia
+ "Dryness"

**VISION:**    CC    SC

RE: _____

LE: _____

**WEARING:**

RE: _____

LE: _____ 20/70 _____

**EYE MEDS:**

∅

**REFRACT:**

RE: _____

LE: _____

| SLE | RIGHT EYE | LEFT EYE |
|-----|-----------|----------|
| Conj: | _____ | Quiet |
| Cornea: | _____ | clear |
| AC: | _____ | D&Q |
| Iris: | _____ | D.Idle |
| Lens: | _____ | clear |
| Vitreous: | _____ | T cell |

**TENSION** R_____ L 15 ___  **TIME:** 2²⁰ pm

**DILATION TODAY** _____

**FUNDUS**

 

hole
s/p retinal
scars.

**IMPRESSION:** S/p laser for Retinal Hole
— Stable

**RECOMMENDATION:**

**TODAY**

○ PAM    ○ B-Scan    ○ ERG    ○ EOG    ○ VER

○ Photos : Disc & Macula , Fundus Series, Special

**FLUORESCEIN ANGIOGRAPHY**

☐ PRIMARY EYE   ☐ RE   ☐ LE   ☐ TRANSIT DISC   ☐ TRANSIT MACULA
☐ SECONDARY EYE   ☐ DISC   ☐ MACULA
☐ SWEEP PERIPHERAL RETINA   ☐ RE   ☐ LE   ☐ OU
☐ STAT 1   ☐ STAT 2   ☐ STAT 3

**RETURN**   M  T  W  T  F  ___ wks ___ mos ___ yrs

○ Laser                ○ Cryo
○ Fluorescein STAT 1 2 3   ○ Photos   ○ ERG
○ B-scan               ○ PAM   ○ EOG   ○ VER

**REFER TO:** _____

## YALE RETINA CONSULTANTS / INITIAL EXAM

1022803
COOPER
182 RICHARD ST
WEST HAVEN
CT 06516

VICTORIA
CT 06516
08/26/92

DATE: 8-26-92
REFERRING MD: Lions club
(phone) _____
MEDICAL MD: _____
(phone) _____

34 yr old WF c̄ flashes & floaters x 2 mos.
Saw MD (Brothers) 1 mo. ago who dx retinal hole & recommended cryo. OS

Eye meds: _____

### MEDICAL HISTORY

- ○ Diabetes
- ○ High Blood Pressure
- ○ Lung Disease
- ○ Heart Problem
- ○ Arrhythmia
- ○ Circulation Problem
- ○ Stroke
- ○ Stomach Trouble
- ○ Urinary Tract
- ○ Headaches  ○ Migraine
- ○ Cancer
- ○ Thyroid Disease
- ○ Rheumatoid Arthritis
- ○ Other

OCCUPATION: Teller
ALLERGIES: _____
SMOKING HISTORY: 20 pack/year
ALCOHOL / IVDA: socially, 0
TRAVEL HISTORY: 0
PET Hx: dog & cat

**SYSTEMIC MEDS:**

NSVD × 2
children age 12, 15

Multi vit 0

SURGICAL HISTORY: foot fx.

**FAMILY Hx**
- ○ Retinal Dx
- ○ Glaucoma
- ○ Diabetes
- ○ Other

PAM _____
**DILATION TODAY**

DISTANCE: CC    SC

V  RE: 20/25+3
   LE: 20/20

W  RE: −2.25+0.75 × 20
   LE: −1.75+0.25 × 30

**REFRACT**
RE: _____
LE: _____

|  | **RIGHT** | **LEFT** |
|---|---|---|

**External Exam:**

**Pupils:**
**Visual Fields:**
**Motility:**
**SLE:**

    **Conj:**
    **Cornea:**
    **AC:**
    **Iris:**
    **Lens:**
    **Vitreous:**
    **Tension:** 21    21

W −2.00
 −2.00

**Fundus Exam:**



**IMPRESSION**

**RECOMMENDATION**
**TODAY**

O PAM   O B-Scan   O ERG   O EOG   O VER

O Photos :  Disc & Macula / Fundus series / Special

**FLUORESCEIN ANGIOGRAPHY**

    ☐ PRIMARY EYE  ☐ RE  ☐ LE  ☐ TRANSIT DISC  ☐ TRANSIT MACULA
    ☐ SECONDARY EYE  ☐ DISC  ☐ MACULA
    ☐ SWEEP PERIPHERAL RETINA  ☐ RE  ☐ LE  ☐ OU
    ☐ STAT 1  ☐ STAT 2  ☐ STAT 3

    **RETURN**   M  T  W  T  F  wks___mos___yrs
    **REFER TO:** _____

# ARGON LASER PHOTOCOAGULATION

## OPERATIVE REPORT

VICTORIA

1022903
COFFEE
182 RICHARD ST
WEST HAVEN
01/16/1958          CT 06516
203-931-9750        08/26/92

**NAME:**

**UNIT #:**

**DATE:** 8/26/92

**DIAGNOSIS:**

**VISION:**

**RE:**

**LE:**

**DILATATION ORDERS:**

**RE:**

**LE:**

**OU:**

| SPOTS | SIZE A | INTENSITY (MW) | DURATION (SEC) |
|-------|--------|----------------|----------------|
| 74    | 200M   | 120            | .1~.2          |
|       |        |                |                |
|       |        |                |                |
|       |        |                |                |
|       |        |                |                |
|       |        |                |                |

**COMMENTS:**

RE

LE

**FOLLOW-UP APPT** _____

```
ID228D3
  COOPER
UNIT NO. 187 RICHARD ST        VICTORIA
         WEST HAVEN         CT 06516
NAME     04/16/1950          08/26/92
         203-931-9358
ADDRESS

BIRTH DATE
(If handwritten, record name, unit no., and birth date)
```

**YALE-NEW HAVEN HOSPITAL**

**PERMISSION FOR OPERATION
OR SPECIAL PROCEDURE**

## SECTION "A"

Date: _8/26/_____ 19_92_ Time _1500_ A.M. / P.M.

The general purpose, potential benefits, possible hazards and inconveniences of _____ LASER OF

_RETINAL HOLE LEFT EYE_

Specify Operation or Special Procedure

have been explained to my satisfaction by Dr. ___LIGGETT_____ and alternatives have been discussed.

I hereby consent to the performance of the operation or special procedure named above, under his or her direction with whatever anesthesia, treatment, dressing, medication or transfusion is necessary upon ___VICTORIA COOPER__

myself or name of patient

I also authorize the Hospital to preserve for diagnostic, scientific or teaching purpose or otherwise dispose of the tissue or parts removed as a result of the procedure authorized above.

I further authorize my physician to do whatever may be necessary in the event that any unforseen conditions arise during the course of the operation or procedure.

Signed X _Victoria Cooper_

(Patient or person authorized to consent for patient)

## PHYSICIAN'S NOTE

I have informed _VICTORIA COOPER_____ of the general purpose, potential benefits, possible hazards and

(Patient or Relative or Guardian)

inconveniences of the above procedure to be performed under my direction and alternative methods of treatment have been discussed.

ADDITIONAL PHYSICIAN COMMENTS: _____

_____

_____

_____

_____

_____

F 1695 (Rev. 4/79)

Signature of Responsible Physician

NAME _____ AGE _____ SEX ___

ADDRESS 782 Richard St. W.H.   PHONE 931-0358   DATE 7-21-92

SPONSOR

OCCUPATION CT. Natl. Bank   ADDRESS

COMPLAINTS Routine Exam - Depth perception off   REF BY   ACKN

UNAIDED RV: 20/140   LV: 20/140 DI   PINHOLE RV:   LV: Rx 4+ yrs.

FORMER GLASSES: R: 20/25-2   -1.50 = -0.75 X 110

L: 20/25-2   DI   -1.25 = -0.50 x 95

BIFOCAL ADD R:   =   L:   =

CYCLOPLEGIC OR MANIFEST
R: -1.50 = -0.75 X 105   120   =
L: -1.50 = -0.25 X 120   20/20   -Given OS only =

PHORIAS NEAR:

DIST:

"Never had good depth perception"

HISTORY: AST ✓   VD ✓   TBC ✓   HRNG ✓   STRAB ✓   DIPL ✓   INJ ✓

HDCH ✓   HEMO ✓   URTI ✓   ARTH ✓   BLUR +   itching PAIN + ✓   DISCH +

DIA ✓   MEDS ✓   GL ✓

B P   SURG Foot

ALLGY   F HX Strab - cat. HBP diabetes ast.

EXAMINATION: COLOR   EOM ✓   P eV (Dre)   DILATE   RIGHT

LIDS

CONJ   Tctny E' 20/19   Wy 7/8

CORNEA

AC Dre

FUNDI OV M-al, periphery - as drawn   LEFT

DIAGNOSIS Myopic Astigmatism, Tiny Retinal Hole c Localized RD ↑ 7 08 c; Repaired 'Retinal Hole' ↑↑ 05, K-Sicca

TREATMENT RV- Now- dilate OU

FORM 04336 COLWELL CO., CHAMPAIGN, ILLINOIS

David Brothers, M.D. -Milford

Interval Hx. VA↓                                    Repaires at Yale
Dr. Liggett told her Vitreous OS          by Lions Club
was liquefying                                      Dr. Liggett "92"

EOM: PERL (Br)   SLE-O↓    cataract follow?    -1.50 = -0.75 X 105
R  -2.00 = -1.00 X 105   20/70   W   -1.50 = -0.25 A 130
    -2.00                        (20/S preferred)

A 20/20   + dilate O.U.    lens - clear b.i.t. O
     Schirmer Test   Fundi - DVM - nl.; periphery - sealed hole I7 OS
     5min                                WSP temp, ST & I7 O
9 / 10          Imp: K. Sicca     WSP ST Temp. + I7 OS
                                   Old Sealed Retinal Hole I7 OS

NAME

ADDRESS

| DATE | | SERVICE RENDERED | CHARGE | | PAID | | BALANCE |
|------|--|------------------|--------|--|------|--|---------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |