**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JUNE 1, 2005 |

**DEFENDANTS' MOTION IN LIMINE RE TESTIMONY OF KENT M. SCHWENDY, P.E.**

   The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move in limine for an order prohibiting the introduction of evidence or testimony on the following subjects:

   1. Testimony of Kent Schwendy

   2. Exhibits, reports, tests and associated animation derived from the testing and opinions of Kent Schwendy

In support of this motion, the defendants offer as follows:

   1. Mr. Schwendy is not qualified to offer the opinions expressed in his report,

1

2

        deposition or as disclosed in the joint trial memorandum

2.       Mr. Schwendy's opinions and the related exhibits must be excluded because they are unreliable and are not the product of reliable principles and methods.

The defendants have filed herewith a memorandum of law in support of this motion.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion in limine is granted.

                                   THE DEFENDANTS,
                                   MICHAEL BREEN and TOWN OF
                                   NORTH BRANFORD

                                   __/s/ John J. Radshaw, III____
                                   John J. Radshaw, III, ct19882
                                   HOWD & LUDORF
                                   65 Wethersfield Avenue
                                   Hartford, CT  06114
                                   (860) 249-1361
                                   (860) 249-7665 (fax)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2004

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

                                                                                     /s/ John J. Radshaw, III
                                                                                    John J. Radshaw, III