### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET COWAN, | : | |
| ADMINISTRATRIX OF THE ESTATE | : | |
| OF VICTORIA COOPER | : | NO.: 3:00CV52 (RNC) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL BREEN | : | |

------------------

| | | |
|---|---|---|
| MARGARET COWAN, | : | |
| ADMINISTRATRIX OF THE ESTATE | : | |
| OF VICTORIA COOPER | : | NO.: 3:01CV229 (RNC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NORTH BRANFORD | : | JUNE 1, 2005 |

### **NOTICE OF MANUAL FILING**

Please take notice that the defendants have manually filed the exhibits to the defendants' Motion *In Limine* Re: Testimony of Kent Schwendy, P.E. These exhibits have not been filed electronically because the electronic file size of the documents exceeds 1.5 megabytes.

        DEFENDANTS,
        MICHAEL BREEN AND TOWN OF
        NORTH BRANFORD


By____/s/ John J. Radshaw, III_____
  Thomas R. Gerarde, ct05640
  John J. Radshaw, III, ct19882
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 fax

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

William H. Clendenen, Jr., Esquire
Clendenen & Shea, LLC
P.O. box 301
New Haven, CT  06502

                                                              /s/ John J. Radshaw, III
                                                             John J. Radshaw, III