**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARGARET COWAN,                      : | |
| ADMINISTRATRIX OF THE ESTATE  : | |
| OF VICTORIA COOPER                   : | NO.:  3:00CV52 (RNC) |
| : | |
| v.                                                    : | |
| : | |
| MICHAEL BREEN                          : | |

------------------

| | |
|---|---|
| MARGARET COWAN,                      : | |
| ADMINISTRATRIX OF THE ESTATE  : | |
| OF VICTORIA COOPER                   : | NO.:  3:01CV229 (RNC) |
| : | |
| v.                                                    : | |
| : | |
| TOWN OF NORTH BRANFORD     : | JUNE 3, 2005 |

**OBJECTION TO PLAINTIFF'S PROPOSED JURY INTERROGATORIES**

The defendants object to the plaintiffs proposed jury interrogatories. The Plaintiff's proposal does nothing more that parse into small bits a standard Fourth Amendment excessive force charge that is not complicated, or otherwise difficult for a layperson to understand, given that it is based on an objective reasonableness. The jury is perfectly capable of answering a simple interrogatory such as:

ORAL ARGUMENT IS/IS NOT REQUESTED

1. Has the plaintiff proved that the defendant violated her Fourth Amendment right to be free from unlawful seizure?

   ____YES _____NO

A similarly simple interrogatory can be put with respect the state law-based claim:

2. Has the plaintiff proved that the defendant committed an assault on her, that was not justified by the law of self-defense?

   _____YES ____NO

Damages can be covered by two equally simple interrogatories, as follows:

3. If you answered "Yes" to either question 1 or question 2, please indicate the amount you determine to be fair, just and reasonable compensatory damages.

   $_____

4.  If you have answered "yes" to question 1, please indicate whether you find the defendant to be liable for punitive damages and, if so, in what amount:

Is the defendant liable for punitive damages?

____YES ____NO

If your answer is "yes," indicate the amount of punitive damages awarded.

$_____

Dated_____          Signed_____
                           Foreperson

Please consider this objection to plaintiff's jury interrogatories and a proposal by the Defendant to submit the interrogatories set forth above.

>DEFENDANTS,
>MICHAEL BREEN AND TOWN OF
>NORTH BRANFORD
>
>By/s/Thomas R. Gerarde
>  Thomas R. Gerarde, ct05640
>  John J. Radshaw, III, ct19882
>  Howd & Ludorf, LLC
>  65 Wethersfield Avenue
>  Hartford, CT  06114
>  (860) 249-1361
>  (860) 249-7665 fax

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 3rd day of June 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

William H. Clendenen, Jr., Esquire
Clendenen & Shea, LLC
P.O. box 301
New Haven, CT  06502

>/s/Thomas R. Gerarde
>Thomas R. Gerarde
>John J. Radshaw, III