**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JUNE 3, 2005 |

**MOTION TO AMEND MOTION IN LIMINE AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE RE: TESTIMONY OF CHRISTOPHER MANNER, LEONARD POPOLIZIO AND MATHHEW CANELLI AND DEPARTMENT POLICIES REGARDING USE OF FORCE AND FIREARMS TRAINING AND SCORES AND VARIOUS EXHIBITS**

The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move to amend the above reference motion and memorandum for the following reasons.

1. Plaintiff changed the numbering of her exhibits listed in the joint trial memorandum filed June 1, 2003, late that day.

2. As such, the original motion and memorandum reference the plaintiff's exhibits by the incorrect numbers.

1

The defendants have attached hereto the amended motion and memorandum of law that accurately reference the plaintiff's exhibits by their numbers listed in the joint trial memorandum.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion is granted.

>THE DEFENDANTS,
>MICHAEL BREEN and TOWN OF
>NORTH BRANFORD
>
>
>____/s/ Jeffrey E. Potter_____
>Thomas R. Gerarde, ct5640
>John J. Radshaw, III, ct19882
>Jeffery E. Potter, ct26356
>HOWD & LUDORF
>65 Wethersfield Avenue
>Hartford, CT  06114
>(860) 249-1361
>(860) 249-7665 (fax)

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 3rd day of June, 2005

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

                                                              /s/ Jeffrey E. Potter
                                            Thomas R. Gerarde
                                            John J. Radshaw, III
                                            Jeffery E. Potter