**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARGARET COWAN, | : | |
| ADMINISTRATRIX OF THE ESTATE | : | |
| OF VICTORIA COOPER | : | NO.:  3:00 CV 0052 (RNC) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL BREEN | : | |
| | | |
| | | |
| MARGARET COWAN, | : | |
| ADMINISTRATRIX OF THE ESTATE | : | |
| OF VICTORIA COOPER | : | NO.:  3:01 CV 0229 (RNC) |
| | : | |
| v. | : | |
| | : | |
| NORTH BRANFORD | : | JUNE 17, 2005 |

## DEFENDANTS' MOTION IN LIMINE RE: PRE-MORTEM PHOTOGRAPHS OF DECEDENT AND OTHER EXHIBITS NOT PREVIOUSLY DISCLOSED

The defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, move in limine for an order prohibiting the introduction of evidence or testimony on the following subjects:

1. Family photographs (plaintiff's exhibit #115)

2. Vicki Cooper's college transcript (plaintiff's exhibit #116)

3. Color picture at funeral (plaintiff's exhibit #117)

4. Black and white picture at funeral (plaintiff's exhibit #118)

In support of this motion, the defendants offer as follows:

1.      these exhibit were never previously disclosed;

2.      defendants are prejudiced by the late disclosure;

3.      the photographs of the funeral are irrelevant to any issue in the case;

4.      the funeral photographs, even if relevant are unfairly prejudicial;

5.      the family photographs are cumulative;

6.      the family photographs are prejudicial;

7.      certain of the family photographs are irrelevant;

Consistent with D.Conn.L.R. 7(a), the defendants have filed herewith a memorandum of law in support of this motion.

WHEREFORE, the defendants, MICHAEL BREEN and TOWN OF NORTH BRANFORD, pray that their motion in limine is granted.

THE DEFENDANTS,
MICHAEL BREEN and TOWN OF
NORTH BRANFORD

_____/s/ Jeffrey E. Potter_____
Thomas R. Gerarde, ct5640
John J. Radshaw, III, ct19882
Jeffery E. Potter, ct26356
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 17th day of June, 2005.

David N. Rosen, Esquire
Rosen & Dolan, PC
400 Orange Street
New Haven, CT  06511

_____/s/ Jeffrey E. Potter_____
Thomas R. Gerarde
John J. Radshaw, III
Jeffery E. Potter