


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------x

MARGARET COWAN,                   :

    Plaintiff,                    :  Civil Action No.

       -v-                        :  3:00 CV 00052(DJS)

MICHAEL BREEN,                    :

    Defendant.

MARGARET COWAN,                   :

As Administratrix of the

Estate of Victoria Cooper,        :  Civil Action No.

    Plaintiff,                       3:01 CV 00229(DJS)

       -v-                        :

TOWN OF NORTH BRANFORD,

    Defendant.                    :

------------------------------x

          Deposition of MICHAEL DEARINGTON, taken pursuant to the Federal Rules of Civil Procedure, at the Law Offices of David N. Rosen, 400 Orange Street, New Haven, Connecticut, before James A. Martone, LSR and Notary Public, in and for the State of Connecticut, on May 18, 2005 at a.m. p.m.

```
 1   a State's Attorney, first in Ansonia/Milford, and
 2   for the last 18 years, in New Haven.
 3        Q.   Okay.  What branch of the service were
 4   you in?
 5        A.   Army.
 6        Q.   What was your assignment?
 7        A.   I was -- by assignment, where I was
 8   assigned, or what my MOS was?  I'm not certain.
 9        Q.   You can tell me both.
10        A.   I was an enlisted person.  Went through
11   Fort Dix for basic training and advanced
12   training.
13             After I got out of law school I
14   was a -- trained as a radio operator, and then I
15   was assigned to several assignments in the
16   Washington, DC area.
17        Q.   Were you ever an MP?
18        A.   No.
19        Q.   Have you ever had police training?
20        A.   No.
21        Q.   Have you ever worked as a police
22   officer?
23        A.   No.
24        Q.   Your area of expertise is the law; is
25   that correct?
```

```
 1   prosecutor?
 2        A.    No.
 3        Q.    Okay.  Have you ever trained police in
 4   the legal requirements of their job?
 5        A.    Yes.
 6        Q.    Okay.  Have you ever given police
 7   training in any area other than what the law
 8   requires of them?
 9        A.    No.
10        Q.    Okay.  Do you consider yourself
11   qualified to instruct police officers in any area
12   other than the areas where you have taught police
13   officers?  You look quizzical.  Should I restate
14   the question?
15        A.    Please.
16        Q.    All right.  Other than the area of the
17   legal requirements for police officers, do you
18   consider yourself an expert in any other area of
19   police practice or procedure?
20        A.    If the question deals with other than
21   law that's applicable to police officers, the
22   answer is there would be nothing beyond that.
23        Q.    Okay.  Would it be fair to describe
24   your role in preparing the report that you did
25   arising out of the death of Victoria Cooper, as
```

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___20___ day of ___May___, 20_05_

_____
NOTARY PUBLIC
**JAMES MARTONE**

My Commission Expires:

APRIL 2008