UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET COWAN,<br>ADMINISTRATRIX OF THE ESTATE<br>OF VICTORIA COOPER | : <br> : <br> : <br> : | NO.: 3:00 CV 0052 (RNC) |
| v. | : | |
| MICHAEL BREEN | : | |
| | | |
| MARGARET COWAN,<br>ADMINISTRATRIX OF THE ESTATE<br>OF VICTORIA COOPER | : <br> : <br> : <br> : | NO.: 3:01 CV 0229 (RNC) |
| v. | : | |
| NORTH BRANFORD | : | JUNE 20, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the defendants, MICHAEL BREEN and the TOWN OF NORTH BRANFORD, have manually filed the following document or thing:

Memorandum of Law in Opposition to Plaintiff's Motion in Limine re: Opinions of Dr. Henry Lee.

    X    the document or thing cannot be converted to an electronic format

    X    the electronic file size of the document exceeds 1.5 megabytes.

1

THE DEFENDANTS,
MICHAEL BREEN and TOWN OF
NORTH BRANFORD

/s/ John J. Radshaw, III
Thomas R. Gerarde, ct5640
John J. Radshaw, III, ct19882
Jeffery E. Potter, ct26356
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

    This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 20th day of June 2005.

David N. Rosen, Esquire
400 Orange Street
New Haven, CT  06511

/s/ John J. Radshaw, III
Thomas R. Gerarde
John J. Radshaw, III
Jeffery E. Potter

2