# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

2005 JUN 23 P 1: 57

Cowan

v

Breen
+
North Branford

**APPEARANCE**

CASE NUMBER: 3:00 CV 0052 (RNC)
3:01 CV 0229 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *plaintiff*.

_____6/24/05_____            _Barbara Goren_____
Date                         Signature

ct_____            _Barbara Goren_____
Bar Number                   Print Name

                             _David Rosen + Associates_
                             Firm Name

                             _400 Orange St_____
                             Address

                             _New Haven CT 06511____
                             City       State    Zip Code

                             _203·787-3513_____
                             Phone Number

I hereby certify that copies have been mailed/handed to counsel of
record as listed below, this date  6/24/05

                             _Barbara Goren_____
                             Signature