## CONNECTICUT STATE POLICE
## TRAINING ACADEMY
## PHYSICAL FITNESS ASSESSMENT

11-16-82  11
124

NAME Breen, Michael A.   AGE 20   HEIGHT 65½"   WEIGHT 148

| | WEEK 1 | | WEEK 5 | | WEEK 10 | | WEEK 15 | | WEEK 20 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | SCORE | RATING | SCORE | RATING | SCORE | RATING | SCORE | RATING | SCORE | RATING |
| BODY FAT | 24.0 | Below Ave 2 | | | | | | | | |
| GRIP DYNA. | 50 / 51 / 45 Poor | 1½ | | | | | | | | |
| SIT UPS | 38 | Average 3 | | | | | | | | |
| PUSH UPS | 36 | Good 4 | | | | | | | | |
| AGIL. RUN | 17.0 / 18.5 | Good 4 | | | | | | | | |
| VERT. JUMP | 16½ / 105 / 102 | Avg 3 | | | | | | | | |
| SIT & REACH | 17½ / 17 / 17 | Avg 3 | | | | | | | | |
| 1.5 MI. RUN | 12.27 | Ave 2.87 3 | | | | | | | | |

COMMENTS:   23

125

CONNECTICUT STATE POLICE
ACADEMY

Recruit
SOP #9a

EXIT INTERVIEW

POSITION: Trooper Trainee                          UNIT: _____

Employee's Name: Michael A. Breen                  Date: 29 AUG 82

| Code | Reason for Resignation or Transfer Request | Check One |
|---|---|---|
| #1 | Wages too low | |
| #2 | Dislikes job – job duties | |
| #3 | Have better job offer | |
| #4 | No advancement opportunity | |
| #5 | Moving out of the area | |
| #6 | Returning to school | |
| #7 | Personal/Family Problems | |
| #8 | Personality clash with supervisor/co-worker | |
| #9 | Physically unable to work at job | |
| #10 | Resigned rather than be discharged | ✓ |
| #11 | Other/Explain  FEEL COULD NOT KEEP UP WITH ACADEMIC STANDARDS | ✓ |

Additional Comments: (use other side if needed)

What did you like best about your job?
PHYSICAL STANDARDS

What did you like least about your job?
ACADEMIC STANDARDS

What would you have changed about your job?
Prepared my self by going to College and having prior police experience.

Commanding Officer
State Police Academy
Rev. 9/81

CONNECTICUT STATE POLICE
ACADEMY

125

Recruit
SOP #9b

FINAL EXIT INTERVIEW

TRAINEE   MICHAEL A. BREEN
DATE      29 NOV 82
TIME      1130
INTERVIEWER   Lt. R. Root

## DISCIPLINE

1. Do you feel the training staff placed too much emphasis on regimentat[ion]? If yes, in what way?

    No

2. Do you feel the emphasis on regimentation was too stressful for you? If yes, in what way?

    No

## ACADEMICS

1. Do you feel we asked you to do too much academically? If so, how?

    No - I couldn't handle it.

2. Was course content too difficult? What area(s)?

    Yes for me - Keeping up with laws + studying would be too hard.

125

2. Do you feel you made the right career choice in becoming a police officer?

*Yes*

3. Are you concerned about the danger associated with law enforcement?

*No*

4. Did you receive enough pre-employment information? If not, what information was lacking?

*Yes*

5. Are you still interested in a position in law enforcement, but not as a member of the Connecticut State Police? Why?

*Yes - Less academic training required*

TRAINING CONDITIONS

1. Did being away from your family cause you concern?

*No*

2. Were the housing facilities adequate? If not, explain.

*Very*

125

**PERSONAL**

1. Note any personal reason not covered.

Commanding Officer
State Police Academy
Rev. 9/81