# UNITED STATES DISTRICT COURT

DISTRICT OF _____ CONNECTICUT

**MARGARET COWAN**

V.

**MICHAEL BREEN, ET AL**

Plaintiff's ~~EXHIBIT AND~~ WITNESS LIST

FILED 2005 JUN 23 P 1:57
DISTRICT COURT
[illegible], CT

Case Number: 3:00CV52 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Rosen, Goren | Gerarde, Radshaw |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/22/05 - 6/23/05 | Warner | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/22/05 | | | Elaine Pagliaro, Meriden, CT - sworn |
| | | 6/22/05 | | | Kent Schwendy, Manchester, CT - sworn |
| | | 6/23/05 | | | "          "          " |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages