TAB 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN, as           )
Administratrix               )
of the Estate of             )
Victoria Cooper,             )
        Plaintiff,           )
                             )   CIVIL NO.:  3:00CV00052(DJS)
   vs.                       )   ALL CASES
                             )
MICHAEL BREEN,               )
        Defendant.           )
---------------------------
MARGARET COWAN, as           )
Administratrix               )
of the Estate of             )
Victoria Cooper,             )
        Plaintiff,           )
                             )   CIVIL NO.:  301CV00229(DJS)
   vs.                       )
                             )   MARCH 7, 2002
TOWN OF NORTH BRANFORD,      )
        Defendant.           )
---------------------------

D E P O S I T I O N   O F

C H A R L E S  R.  M A N N I N G,  P H. D.,  P. E.

A P P E A R A N C E S

For the Plaintiff:            Mr. David N. Rosen
 (via videoconference)        Rosen & Dolan
                              400 Orange Street
                              New Haven, Connecticut
                                                   06511

For the Defendants:           Mr. Thomas R. Gerarde
                              Howd & Ludorf
                              65 Wethersfield Avenue
                              Hartford, Connecticut
                                                   06114-1190

In Raleigh, N.C.              Reported by:
May 29, 2002                  Carol M. Smith, CVR

PACE REPORTING SERVICE
P.O. Box 252 Cary, NC 27512
919-859-0000

Deposition of: Charles R. Manning, Ph.D., P.E.

SHEET 6   PAGE 18
Manning          Direct          -18-

1   going through the state police investigation, I
2   determined that the state police made a mistake on
3   the angle of the bullet that they believed that
4   hit--went through the hood, and that Mr. Miller
5   accepted their angle.
6           When I looked at the--one of the--one of
7   the charts that--one picture that I sent you that
8   you said was kind of dark, when I went ahead and I
9   looked down there where they had a protractor on
10  there, and they measured that thirty-nine-degree
11  angle, their protractor was not at the intersection
12  between the angular line and the vertical line on
13  the hood. When you pull it back to where it's
14  supposed to be, that thirty-nine degrees that they
15  found really is twenty-nine degrees.
16 Q  So what--what is your opinion as to the angle at
17     which the first bullet struck the hood?
18 A  Well, their angle's not correct, but they did--had
19     it wrong. The first--the bullet that struck the
20     hood struck the hood at thirteen degrees.
21 Q  Is that anywhere in your--any of your reports?
22 A  If--if you'll look at Exhibit No. 17--
23 Q  Yes.
24 A  --it says down there, "The correction angle is

PAGE 19
Manning          Direct          -19-

1   anywhere from about fourteen to seventeen degrees."
2   It says "thirty-nine minus seventeen," at the
3   bottom, midway down.
4 Q  Yeah.
5 A  If you'll take that now and make that twenty-nine
6     degrees minus seventeen, the angle is twelve or
7     thirteen degrees, the actual angle.
8 Q  Okay. How'd you come up with that?
9 A  How did I come up with that is--well, if you've got
10    that--we don't have the--
11         MR. GERARDE: Yeah, he does.
12 A  Okay. If--if you'll see Exhibit 29?
13 Q  Okay. Just a moment. Okay.
14 A  All right. If you'll look up at the top right
15    corner?
16 Q  I can't read Exhibit 29 because of the--it's a
17    black image. So what I'd like to do is, I'm going
18    to zoom in on you--on you, Doctor.
19 A  Okay.
20 Q  And I'd like you to hold that--keep--keep holding
21    it.
22 A  Okay. I'm going to look over at--
23 Q  All right.
24 A  --this one over here.

PAGE 20
Manning          Direct          -20-

1 Q  All right.
2 A  All right. Now--
3 Q  Now, what I--there's a bit of a problem because I'm
4    going to ask--try to--I need you to hold it just a
5    little bit lower, and you can explain it to me.
6 A  (Complies.)
7 Q  All right.
8 A  I--he--I need for him to hold it, so I can get in
9    front of it.
10 Q  Okay. Let's--let's do that. I appreciate that.
11 A  Let me sit on the table here, where I can get in
12    front of it. All right. Here is the hood. Here
13    is the bullet hole, here, as you can see.
14 Q  Yes.
15 A  All right. They have taken the right side of the
16    bul--of the bullet hole and projected that right
17    side up here at the angle that they believe it
18    was--the bullet was fired.
19 Q  Do you mean the right side from the perspective of
20    someone looking at the photograph?
21 A  No, it's the left side looking at the photograph.
22    Looking--
23 Q  Okay. Right side from the perspective of the
24    driver, if you will?

PAGE 21
Manning          Direct          -21-

1 A  You're looking here. Right. You're looking at the
2    left side, looking straight at the photograph.
3    Now--
4 Q  All right.
5 A  --what we know is that the true angle of that
6    bullet is marked by the opposite side of the
7    bullet, or the right side, because we fired
8    eighteen bullets into a Camaro hood, and we knew we
9    were standing right in front of the hood when we
10   fired them. So we know the angle that it was
11   coming from.
12        So the right--the side over here, the
13   right side of the--of the bullet is the correct
14   angle. And you can see that's where I made a
15   mark, the black mark up here.
16        Now, here is a straight line which is
17   parallel to the line they've got here down the dead
18   center of the hood. And if you measure off of this
19   line here, you'll find that the actual bullet was
20   between--was thirteen degrees.
21        And what they have here, which they
22   thought was thirty-nine, is twenty-nine, because
23   when you look at where the--you look where they
24   have the protractor. They don't have the

SHEET 9   PAGE 30

Manning                           Direct                    -30-

1   the--
2 A That's correct. And you'll notice on Exhibit 17,
3   we took that into account when we looked at the
4   angle.
5 Q All right. So the bullets over--let's see. You
6   marked some of these bullet holes, is that correct?
7 A Yes, sir.
8 Q You marked them with little alphabetical stickies?
9 A Yes.
10 Q And which is the one all the way over on the left?
11 A The one over on the left, far left?
12 Q As you face the--as you face it, as you're looking
13   at the front of the veh--you're looking at it from
14   the front.
15 A Over on here? Geez, I believe that is the--the one
16   that's got a tape on it, I believe that's F.
17 Q Okay. And--
18 A I'm sorry. No, I'm sorry. That's A over on the--
19   on the passenger side. We're looking at the front
20   of the hood. That's A over on the--the far on the
21   left.
22 Q All right. And the--and how far in front of the
23   vehicle was the--was the gun when your colleague,
24   Dr. Eberhardt, was firing it?

PAGE 31

Manning                           Direct                    -31-

1 A He fired it twice, fired it at fifty and twenty-
2   five feet.
3 Q And in each case, did he--however, he was standing
4   directly in front of the center of the hood?
5 A Yes.
6 Q All right. And which ones did you mark and which
7   ones did you not mark with alphabetical labels?
8 A We marked the ones that actually penetrated
9   through, or at least--A was--A and B, C and D, E
10   and F. We marked individually the ones that
11   penetrated. Some of them skipped.
12 Q Now, which way does this bullet spin?
13 A The bullet--bullet spins like this--(indicating)--
14   counterclockwise.
15 Q Okay. So in each--in each instance what you're
16   saying is that the left side, as we look at the
17   vehicle from the front, the left side of the
18   indentation--
19 A I'm sorry, it's--
20 Q --is unreli--
21 A Yeah, counterclockwise. It goes over to the--to
22   the left, looking at it from the front. Each time,
23   every one of these goes to the left, tears.
24 Q So you're saying--tears to the left?

PAGE 32

Manning                           Direct                    -32-

1 A Yeah, it always tears to the left.
2 Q So you're saying that the--that it's unreliable to
3   look at the left side of the indentation for that
4   reason?
5 A Yes, it is.
6 Q All right. But it's reliable to look at the right
7   side of the indentation?
8 A Absolutely.
9 Q Now, I just--I see on the--as I'm looking at
10   Exhibit 9, I see that the one all the way over on
11   the left has the label to its rear, is that
12   correct?
13 A Behind it? Yes.
14 Q Behind it?
15 A Right.
16 Q Right. So now I'm looking at Photograph--Exhibit
17   11. And where does--which way is the tear on
18   that, in that particular picture?
19 A It's--it's tearing over to the left.
20 Q Okay. It's tearing over to the left if you're--if
21   you're holding it so that the A, and letters A and
22   B are right side up, right?
23 A Oh. Oh, I'm sorry. Oh, in No. 11? Oh, okay. No.
24   11, if you look at No. 11, yes, it's tearing to the

PAGE 33

Manning                           Direct                    -33-

1   left if I hold A on the bottom.
2 Q Okay. But in the photograph that's Exhibit 9 and
3   also Exhibit 10, the sticker A is not on the
4   bottom. It's on the top, isn't that right?
5 A Yeah.
6 Q So what's wrong?
7 A Huh?
8 Q So is something wrong there?
9 A No. Uh-uh (no).
10 Q So in order to look at the photograph actually from
11   the front, you have to have the A in Exhibit 11 not
12   be at the--not be at the bottom, but at the top,
13   correct?
14 A No. When I look at the--when I look at the
15   exhibit--Exhibit A, you have--
16 Q Well, there is no Exhibit A.
17 A I'm sorry, what?
18 Q When you look at what, which exhibit?
19 A When you look at Exhibit 11, the bullet is going
20   over to the left.
21 Q Right, if the A--if the A is in front of it, right?
22   If you've got the A in front--
23 A Yes.
24 Q --of the--okay. But you told me that the A was

### SHEET 11  PAGE 38
Manning — Direct — -38-

1  Q  "CTR" is "correction"?
2  A  "CTR" is "correction," and "counterclockwise,"
3     "CW."
4  Q  Well, how did you get from "CTR" to "correction"?
5     It's--
6  A  That's the--that's the angle that we're measuring
7     over on the left.  That's the angle that we
8     measured on the side of the bullet.  And then the
9     correction is over here on the right.  That's the
10    offset from where we are in the center.
11 Q  Okay.  Well, I just want to know what the
12    abbreviation "CTR" means.
13 A  I don't know.
14 Q  Okay.  What does the number twenty-point-seven-four
15    (20.74) represent?
16 A  That's the angle that we measured along--
17 Q  Of what?
18 A  The angle measured along the side, the right side,
19    of the bullet.
20 Q  Okay.  The right side of the bullet made an angle
21    of twenty-point-seven-four (20.74) degrees with
22    some other line, is that correct?
23 A  With the center.  From the center.
24 Q  Okay.  And you measured that with a string and a

### PAGE 39
Manning — Direct — -39-

1     protractor?
2  A  I'm sorry?  With a protractor.
3  Q  Did--did you--
4  A  Yes.
5  Q  Do you know how--you weren't--you didn't make the
6     measurements, right?
7  A  I measured the hood at the office.  We measured it
8     together.  We measured it from the center line,
9     along that right side of the bullet.  And that's--
10    that was twenty-point-seven-four (20.74) degrees on
11    that one over--way over to the--to the passenger
12    side.  The next one was a different angle.  We kept
13    measuring the different angles.
14 Q  All right.  Well, that twenty-point-seven-four
15    (20.74) degrees, that's the angle with the--with
16    the center line of the hood?
17 A  That's correct.
18 Q  And what is the angle of offset?  What does that
19    mean?
20 A  That means that we have to--we have to get a
21    certain--we know--we measure how far over it is,
22    and we subtract that angle off.
23 Q  How far over what is?
24 A  Where the bullet is off the center.

### PAGE 40
Manning — Direct — -40-

1  Q  Sorry, I just didn't understand that.
2     Let me--let me ask you about the next
3     entry.  You say twenty-five feet.  Is that the
4     thing that says, next to "angle of offset" on that
5     same line?
6  A  That was where it was fired from.
7  Q  Now, you fired the bullet--or Dr. Eberhardt fired a
8     bullet from twenty-five feet?
9  A  Yes.
10 Q  And the right--from twenty-five feet, when he was
11    firing all the way over on the passenger side, the
12    right side of the bullet made a twenty-point-seven-
13    four (20.74) degree angle with center line,
14    correct?
15 A  That's correct.
16 Q  And--
17 A  That's the same as you saw in--when we were looking
18    at No. 29.  Exhibit--oh, no.  No, it wasn't.  It
19    was my Exhibit 29, but it was actually Picture No.
20    6.
21 Q  Yes.
22 A  When we took the--when we took a straight line--
23    sorry.  If we took--when we took a straight line
24    along the hood, we then went ahead and measured

### PAGE 41
Manning — Direct — -41-

1     that angle from a straight line over to the right
2     side of the bullet.  And that was thirteen degrees.
3     We also took and measured that angle from
4     the angle that they--that the police had off the
5     right--left side of the bullet, and that was
6     twenty-nine degrees, which they thought was thirty
7     [sic] degrees.
8     So our correction between twenty-nine and
9     thirteen is sixteen degrees, the same cor--that's
10    the correction that we show in Exhibit 17.  This
11    is--this is looking at it directly, right here.
12 Q  Well, they measured--you said that their problem
13    was that the measured with the--from the left side
14    of the--of the bullet mark?
15 A  Yes.  They took--they took the line along the left
16    side, which was incorrect.
17 Q  All right.  And where you--you said that--and you
18    said that the line along the right side was some
19    other number of degrees?
20 A  The line along the right side is the correct angle
21    that you should measure it from.
22 Q  All right.  And you found that--and you measured
23    that--did you measure the angle on the photograph?
24 A  Yeah, I measured the angle on the photograph at--

Deposition of: Charles R. Manning, Ph.D., P.E.

SHEET 12   PAGE 42

Manning        Direct        -42-

1    where if you took the right side, it was thirteen
2    degrees. If you took the left side, it was twenty-
3    nine degrees. But if you put the protractor where
4    they had it, it measured the left side at thirty-
5    nine degrees.
6  Q  So is there some significance to the distinction
7    between thirteen and twenty-nine degrees?
8  A  Yes. That's the--
9  Q  What's the significance?
10 A  That--the significance between the thirteen and the
11   twenty-nine is the correction factor that you have
12   to put in because you measured the left side
13   instead of the right side.
14 Q  So is it your testimony that you can tell by
15   looking at the angle of the left side of the strike
16   what the angle of incidence of the bullet is by
17   taking that angle and subtracting sixteen degrees?
18 A  That's correct. Wait. Wait, I'm sorry. I didn't
19   hear that. If I take the left side, what?
20          MR. ROSEN: Could the--could you read the
21   question, Madame Reporter?
22          (Question Read Back)
23 A  From where they measured it. I don't think that's
24   a good way to do it, because you're not sure, when

PAGE 43

Manning        Direct        -43-

1    that bullet goes in there and it's starting to tear
2    to the left, that it's always going to tear exactly
3    the same. The correct way is to measure the right
4    side, in which you always get the right--the right
5    angle.
6  Q  And did you, in fact, come up with this twenty-two-
7    degree angle by measuring the right side, looking
8    at Exhibit 17?
9  A  Well, we came up with the twenty-two degrees by
10   taking the value that they had, the thirty-nine
11   degrees, and putting the correction factor on,
12   which gave you twenty-two. But--
13 Q  All right.
14 A  --now within the last week, though, when I went
15   back carefully through everything again, I realized
16   that they had made a mistake on the thirty-nine
17   degrees; that it should have been twenty-nine
18   degrees. So when you apply the correction to that,
19   you go back to thirteen degrees.
20 Q  But you said a minute ago, didn't you, Doctor, that
21   the--doing the measurement on the left side and
22   applying the correction factor is not the best way
23   to come up with the actual angle?
24 A  No, because the problem with the--the left side is

PAGE 44

Manning        Direct        -44-

1    that it may not always be--it may not always tear
2    exactly the same way. The right side, you'll
3    always get the correct mark as the bullet comes
4    down the right side.
5  Q  All right. Now, the--let's look at this Label A,
6    and you say you have a twenty-point-seven-four
7    (20.74) degree angle, and then a three point one--
8    eight one (3.81) degree angle of offset, is that
9    correct?
10 A  Yes. And you can look at--right as it comes in,
11   you can look right up there and get the correct
12   angle. But if you take this angle over here,
13   that's that difference, so that's sixteen,
14   seventeen degrees.
15 Q  Okay. So now, is the--you're--you're holding up
16   exhibit number what, Doctor?
17 A  That's Exhibit No. 11.
18 Q  All right. And there's a tape measure in that
19   exhibit in both those pictures, correct?
20 A  A what? A tape measure?
21 Q  A piece of--yes.
22 A  Yes.
23 Q  And now, is that tape measure oriented so that it's
24   parallel to the center line of the vehicle?

PAGE 45

Manning        Direct        -45-

1  A  Yes.
2  Q  Okay. So in order to see the angle a bullet--is
3    that Bullet A that you're talking about there,
4    Doctor?
5  A  Yes.
6  Q  In order to find out the angle of Bullet A, we
7    could look at the photograph and measure the angle
8    between the right side of the bullet tear and the
9    tape measure, is that correct?
10 A  I could--the tape measure is almost parallel with
11   the right side. There's a little bit of an angle,
12   which means that it was--obviously, it's not
13   fired--where the piece is--where the hole is, is
14   not directly in front of the gun. So there's a
15   little angle between there.
16          But if I take the--take the right side
17   and project that, and then I take this left side
18   and project that, I should get an angle in there
19   between them of about--probably about sixteen to
20   seventeen degrees.
21 Q  Okay. Well, actually, Doctor, for Bullet Strike A,
22   there's quite a considerable angle between the
23   shooter and the--and the bullet strike, isn't that
24   right?

Deposition of: Charles R. Manning, Ph.D., P.E.

## SHEET 14 PAGE 50

Manning                    Direct                    -50-

2                    (SIX-MINUTE RECESS)

4  Q    (By Mr. Rosen) All right. Now, Doctor, you
5       mentioned earlier that your opinions were all
6       contained in the report that we've already marked
7       as Exhibit 1, and an additional sheet of paper. Do
8       you now have that sheet of paper in front of you?
9  A    Yes.
10 Q    All right. And it says at the top, "Dr. Charles
11      Manning, Jr., re Breen"?
12 A    Right.
13 Q    All right. Well, we'll mark that as Exhibit 50.
14              (DEPOSITION EXHIBIT NO. 50
15              MARKED FOR IDENTIFICATION)
16 Q    And then I received additional material from Mr.
17      Gerarde in addition to that. And the next one is
18      something that says, "Chapter 3, Trigger Control."
19      Was that--did you provide that to Mr. Gerarde?
20 A    Yes.
21 Q    Well, did you do it or did Dr. Eberhardt do it?
22 A    Well, I sent it up there. I think he found it.
23      He's the gun man.
24              MR. ROSEN: And we'll mark that as

## PAGE 51

Manning                    Direct                    -51-

1       Exhibit 51, "Chapter 3, Trigger Control."
2               (DEPOSITION EXHIBIT NO. 51
3               MARKED FOR IDENTIFICATION)
4  Q    And then there's a sheet that says, "Forty, Smith
5       and Wesson"?
6  A    Yes.
7  Q    We'll mark that as Exhibit 52. Did you send that
8       up after Dr. Eberhardt found it?
9  A    I sent that up. Yes.
10 Q    All right. And Dr. Eberhardt found it?
11 A    Yes.
12              (DEPOSITION EXHIBIT NO. 52
13              MARKED FOR IDENTIFICATION)
14 Q    He's the gun person?
15 A    He's the gun man.
16 Q    Okay. Do you have any training in firearms
17      yourself, personally?
18 A    I was in the service. I've fired carbines. I am
19      not a sportsman that--I have some guns, but I'm not
20      a big sportsman like he is.
21 Q    Okay.
22 A    I do ballistics work.
23 Q    Okay. Have you ever previously done the
24      measurement of bullet strike angles using the marks

## PAGE 52

Manning                    Direct                    -52-

1       from the bullet in any fashion like what you did
2       with this case?
3  A    We have done bullet strike angles on rifles hitting
4       things that people claim that they were shot at
5       some distance.
6  Q    Did you ever do a case involving measurement of the
7       angle of incidence of a bullet into--into an
8       object?
9  A    Not into a hood, no. Well, sure, we've--we've
10      seen--we've got--many times, we've got objects that
11      bullets have struck, and we've looked at the
12      entrance angle.
13 Q    All right. Have you ever done a--you've never done
14      a hood, however, correct?
15 A    No.
16 Q    And have you ever done the type of computations you
17      did here, where you've measured an angle by doing
18      the difference between one side of the bullet
19      strike mark and the other side of the bullet strike
20      mark?
21 A    No, I don't think it's ever come up before. But
22      the thing that I believe is that if you do
23      something scientifically, you should be able to
24      depend on it. And we fired the projectiles. We

## PAGE 53

Manning                    Direct                    -53-

1       knew where they were. We were able to know what
2       the angles should be, and we were able to measure
3       it. And we were able to show clearly that you had
4       to use the--the one side, from a science approach.
5  Q    Now, let me mark finally this traffic accident
6       reconstruction document. Is that something that
7       you sent up to Mr. Gerarde also?
8  A    Yes.
9  Q    All right.
10              MR. ROSEN: We'll mark that as--what
11      exhibit are we up to, Madame Reporter?
12              THE REPORTER: 53.
13              MR. ROSEN: Okay. We'll mark that as
14      Exhibit 53. Thank you.
15              (DEPOSITION EXHIBIT NO. 53
16              MARKED FOR IDENTIFICATION)
17              MR. GERARDE: Dave, with your permission,
18      can we clip those together? There are a number of
19      loose pages.
20              MR. ROSEN: Please.
21              MR. GERARDE: Each exhibit will have its
22      own clip, then.
23              MR. ROSEN: Thank you.
24 Q    (By Mr. Rosen) Now, referring back to Exhibit 17,

**SHEET 15    PAGE 54**

Manning                Direct                -54-

1     Doctor?
2  A  Yes.
3  Q  When you say "angle of offset"--
4  A  Yes.
5  Q  --how did you--how did you measure the angle of
6     offset?
7  A  Well, we measured how far out on the hood the
8     bullet struck. Instead of striking the center
9     line, it struck over so many inches, and we
10    measured over that distance, and we determined what
11    that angle was.
12 Q  All right. So you measured that angle with
13    reference to where Dr. Eberhardt was standing?
14 A  That's correct.
15 Q  And was--you said twenty-five feet. What was
16    twenty-five feet? From--from what?
17 A  From the entrance of the bullet hole.
18 Q  And what was twenty-five feet from the entrance of
19    the bullet hole?
20 A  Where he was shooting at. Well, I'm sorry. He was
21    shooting twenty-five feet from the front of the
22    hood.
23 Q  So he was standing twenty-five feet from the front
24    of the hood?

**PAGE 55**

Manning                Direct                -55-

1  A  Yes.
2  Q  All right. And where--and how far from the front
3     of the hood was the--was the muzzle of the gun?
4  A  Twenty-five feet.
5  Q  All right. So he--his feet were further away than
6     twenty-five feet?
7  A  Oh, yeah. The gun was twenty-five feet from the
8     front of the hood.
9  Q  How wide is the hood of a Camaro?
10        MR. GERARDE: David, you mean a Camaro of
11    this vintage?
12        MR. ROSEN: Correct.
13 A  (Examines paperwritings.)
14 Q  That's Exhibit 20, right, Doctor?
15 A  Yeah. I'm looking at auto stats. I don't think it
16    gives you the hood width. Its width dimensions, it
17    gives you the maximum--the maximum width, which was
18    seventy-three inches.
19 Q  All right.
20 A  And obviously, the hood doesn't cover the full
21    seventy-three inches.
22 Q  So if you look at--well, just tell me if you would,
23    Doctor, because I--I haven't seen this, and you
24    have, approximately how far from the center line of

**PAGE 56**

Manning                Direct                -56-

1     the hood is Bullet Strike Mark A?
2  A  That would--I don't know the exact width of the
3     hood, but it would be about--it's probably about
4     two feet.
5  Q  And just based on geometry, if you go about two
6     feet, whatever it is exactly, over from the center
7     line, and then you go back twenty-five feet from
8     the front of the vehicle, you're going to come up
9     with an angle of whatever the angle is here?
10 A  Whatever the angle is there. You should.
11 Q  Okay. Now, did you measure the angle of the right
12    side of the bullet strike on the hood, itself?
13        MR. GERARDE: You mean in his test shots?
14        MR. ROSEN: Yes.
15 A  Yeah, that--
16 Q  I'm trying to figure out--yeah.
17 A  That's where we would--we would measure from the
18    right side.
19 Q  Okay. But did you measure the angle between the
20    right side of the tear made by the bullet and the
21    center line? Did you measure that angle directly?
22 A  I don't know. Dr. Eberhardt determined that was
23    three-point-eight-one (3.81) degrees for that
24    particular one.

**PAGE 57**

Manning                Direct                -57-

1  Q  Yeah, but my--you told me that he--
2  A  I don't think he can measure that directly, if he's
3     back twenty-five feet.
4  Q  But you said that he--that he came up with three-
5     point-eight-one (3.81) degrees by doing the
6     geometry of the--
7  A  Yes.
8  Q  --distance. Okay. But there's also the tear in
9     the actual bullet--in the actual hood, correct?
10 A  Yes.
11 Q  And the--and you said that that tear, the right
12    side of the tear, accurately reflects the angle of
13    incidence of the bullet, correct?
14 A  Exactly.
15 Q  All right. And did you meas--did you measure the
16    angle of incidence, looking at Exhibit 11, now?
17    Did he or you measure the angle of incidence of--
18    shown on the right side of that tear mark?
19 A  Not to my knowledge, no.
20 Q  Okay. Well, then how did he know that the right
21    side of the tear accurately showed the angle of
22    incidence?
23 A  Well, we know where we shot the bullet from, and we
24    know how the bullet traveled. And every one of the

SHEET 16   PAGE 58
Manning                Direct                -58-

1  bul--every one of the--the marks that did not
2  penetrate followed very carefully. And you could
3  see how we're going straight, and when you--when it
4  tore through, when it tore off to the left, that
5  was not indicative of the way the bullet was
6  coming.
7  Q  But now, if I didn't know, Doctor--looking at
8     Exhibit 11, if I didn't know where the shooter was
9     standing, and I wanted to figure out the angle at
10    which the bullet hit the hood, just looking at the
11    photograph or looking at the actual hood, what
12    would I do?
13 A  Well, you could--you could do just exactly what was
14    done on--what was--was done on our Exhibit 29, that
15    already shows that if you have the--the parallel
16    line as far as the center of the hood goes, that
17    you get the angle between that and the--where the
18    right side is. That gives you the angle that you
19    have with respect to that bullet.
20        And then they measured thirty-nine
21    degrees, which gave you the angle that they
22    believed you were with respect to that--the car.
23    But it wasn't. It's really twenty-nine degrees.
24        So what you--you can project that angle

PAGE 59
Manning                Direct                -59-

1  back from the hood, just like you have a line
2  straight--parallel with the hood. You project that
3  line back out there, and you can project exactly
4  where the shooter is.
5  Q  Well, Doctor, the angle that you said was really
6     twenty-nine, that they thought was thirty-nine,
7     that was the left side of the bullet strike,
8     correct?
9  A  That's correct. That's what they--that's where
10    they took and they projected that back out to where
11    the shooter was, which was not correct.
12 Q  Okay. What you told me before--tell me if I'm
13    wrong--was that the way you want to do it is you
14    want to measure the right side of the bullet
15    strike, correct?
16 A  Absolutely. And here it is. We put this down, and
17    you project this one back out to exactly where the
18    shooter is.
19 Q  All right. And is it your testimony that you or
20    Dr. Eberhardt measured those angles with respect to
21    this Bullet Strike Mark A, measured the angle
22    between the right side of the bullet strike, tear
23    and the center line?
24 A  That's correct.

PAGE 60
Manning                Direct                -60-

1  Q  All right. And now, how do you do that, given that
2     there appears to be some curvature on the right
3     side of the tear?
4  A  I--I'm sorry, I couldn't hear.
5  Q  How do you measure the angle between the right side
6     of the tear and the center line, given that the
7     photograph appears to show some curvature in that
8     line?
9  A  Oh. Well, if you--if you look at No. 11, you will
10    notice that the line is coming very, very straight
11    up there in front of it, and--
12 Q  Let me ask--let me ask you about A, because--okay.
13    Take a look at A, and tell me how I'm going to
14    figure out the angle of incidence by looking at the
15    right side of that bullet tear.
16 A  Just exactly like I've done right there. You
17    take--right before the bullet comes in, you can
18    clearly see--you can clearly see the--the mark
19    coming in.
20 Q  All right. What I'd like you to do, Doctor, I'm
21    going to--I'm going to zoom in. It's going to take
22    a moment for me to zoom in here, because I know you
23    made a mark.
24        And I'd like you to hold that a little

PAGE 61
Manning                Direct                -61-

1  closer to your chest, so I can see it in the image.
2  Hold it right up right--
3  A  (Complies.)
4  Q  Thank you so much. I'm going to get up a little
5     closer; going to get even closer, closer. All
6     right. Now, let me focus. Okay. And what I'm--
7     now, explain what you were saying before.
8  A  All right. All you have to do is--
9        MR. GERARDE: Dave, excuse me. He tri
10    to make a mark with a ballpoint pen on the glossy
11    photograph, and there's no ink on that right now.
12    Would you like him to use my pen that will make a
13    mark and do that?
14       THE WITNESS: So you can see it?
15       MR. ROSEN: Yes, please.
16       MR. GERARDE: All right. Here you go.
17       MR. ROSEN: Yes, please.
18       MR. GERARDE: All right.
19       THE WITNESS: It's not very good.
20       MR. GERARDE: Nothing--nothing seems to
21    be working. Wait a minute.
22       MR. ROSEN: If you have a piece of tape,
23    that would be good. Or you could--you could get a
24    straight edge and/or a piece of white paper, and

**SHEET 17   PAGE 62**
Manning                    Direct                    -62-

1  scotch tape it where you say that the--where the
2  line is.
3           (DISCUSSION OFF RECORD)
4           MR. GERARDE:  I think this will work.
5           THE WITNESS:  I don't think you can still
6  see the mark.
7           MR. ROSEN:  All right.  Well--
8           MR. GERARDE:  If you can get closer, that
9  might help.
10          MR. ROSEN:  All right.  Well, let me--let
11 me try that, to get even closer.
12          THE WITNESS:  Okay.  I think you can see
13 it now.
14          MR. ROSEN:  I'm just going to come as
15 tight as I possibly can, here.  All right.
16 A   All right.  The mark goes right up--right up here,
17     before there's any penetration.  Straight line up
18     here, comes right up to this edge up here, and goes
19     right up to that corner.
20 Q   Okay.  So you've made a mark that's basically--is
21     it fair to say, Doctor--and I--you'll have to
22     correct me, because I'm looking at this on a
23     screen.  Is it fair to say that you basically went
24     on the right side, from the--from the lower corner,

**PAGE 63**
Manning                    Direct                    -63-

1      the front corner, to the rear corner?
2  A   There's a heavy--a creased line going all the way
3      up the right side here.  And if you project it up,
4      it comes right to the edge up here, and then right
5      up to the corner.
6  Q   Okay.  What I'd like to ask you to do, Doctor,
7      then--and we'll take a moment.  I'd like you to
8      mark with a straight edge--you may have done it
9      already--the path of the bullet, so that when I see
10     the hard copy of this image, I'll be able to see
11     the path of the bullet.
12 A   I do have it marked with a straight edge.
13 Q   Okay.  Thank you very much.  And if I looked at it
14     in person, I'd be able to see the--the line that
15     the--
16 A   Oh, there, you could--now you can see it better.
17 Q   All right.
18 A   I tilted it.
19 Q   All right.  Thank you.  And how do you know that
20     that is the right line to use?
21 A   Well, we know that is the right line to use because
22     when we fired--if you look at Exhibit 14--
23 Q   Yes.
24 A   --if you look at the--at the top, up here--

**PAGE 64**
Manning                    Direct                    -64-

1  Q   Yes.
2  A   --these are ones that did not penetrate, and you
3      can see how straight this right side follows
4      through, each one of these that didn't penetrate.
5      The--it goes very--always follows that right side.
6  Q   Okay.
7  A   And you have to remember, we know where we were--we
8      know where we were standing, so we know where the--
9      what angle the bullet was at.  And it matched every
10     time.
11 Q   Now, can you tell me, Doctor, considering that you
12     were--you were trying to determine the angle of
13     something that--that you now say is thirteen
14     degrees?
15 A   That's correct.
16 Q   Why did you only shoot at these angles of a maximum
17     of three-point-eight (3.8) degrees?
18 A   Well, I don't need to go out and shoot at some
19     other angle.  I want to scientifically be able to
20     tell, when I shoot, what I need to measure to
21     determine what the angle that it was--any bullet
22     was fired from.
23          And that's what we did.  We fired at that
24     hood from a known position, and we checked all of

**PAGE 65**
Manning                    Direct                    -65-

1      the--checked all of the--the bullet positions.  And
2      all of them that didn't penetrate followed that
3      line.
4           The ones that did penetrate, if we
5      followed the right side, we had the correct angle.
6      If you tried to take the left side, where the
7      bullet was spinning and tearing out, it was
8      absolutely misleading.
9  Q   And did you, on the photograph--one of the
10     photographs that you said is your No. 29, did you
11     measure the angle on the photograph of the right
12     side of the tear?
13 A   Yes, I did.
14 Q   And what did you come up with?
15 A   I measured the--on the right side, I measured
16     thirteen degrees.
17 Q   Okay.  All right.  Doctor, I'd like to turn to your
18     studies of glass.
19 A   All right.
20 Q   Okay.  And what did you--let's see.  There are some
21     photographs here that appear to be photographs of
22     glass.  And I'm referring to Exhibits 6, 7, and 8.
23 A   Correct.
24 Q   And in addition, the top photograph in Exhibit 9,

Deposition of: Charles R. Manning, Ph.D., P.E.

SHEET 26   PAGE 98
Manning                    Direct                -98-

1       distribution?
2   A   I'm using that, and I'm also using the others. His
3       witness statements can be used also, and I did, and
4       got the same range.
5   Q   All right. Let me ask you about--we're going back,
6       now, to the bullet strike. Exhibit 28, if you can
7       take that for a moment?
8   A   I'm sorry. 28, did you say?
9   Q   Yes. Correct.
10              MR. GERARDE: It's the Camaro hood.
11              THE WITNESS: Huh?
12              MR. GERARDE: The Camaro hood, the bullet
13      strike.
14              Hang on a second. It got put away
15      somewhere.
16              THE WITNESS: 29. Oh, 27. Oh, okay.
17      I'm sorry. I've got 28.
18  Q   Thank you. Could you explain what 28 shows, other
19      than it being a diagram by Mr. Miller, which I'm
20      familiar with?
21  A   Yes. 28, you notice I've drawn two other lines in
22      28?
23  Q   Yes.
24  A   The first line--the line that Mr. Miller's got is

PAGE 99
Manning                    Direct                -99-

1       thirty-nine degrees.
2   Q   Yes.
3   A   But we know that that's not correct because the
4       state police had the--measured it wrong. So I put
5       the second line in, which is twenty-nine degrees.
6       And then I put the thirteen-degree line in where
7       Mr. Miller's cone should have been.
8   Q   Okay. So one of those lines--can you move that
9       image a little closer here?
10  A   Oh, I'm sorry. (Complies.)
11  Q   Thank you very much.
12  A   Can you see that? I--
13  Q   It's a little hard to see. Let me--let me try to
14      get in a little tighter.
15  A   Do you want me to put a black line? Oh, okay. You
16      can--
17  Q   Okay. All right. Now, there's--the line that you
18      say is the actual line is where?
19  A   The actual line is over here (indicating).
20  Q   Okay. You think that's the angle at which the
21      bullet actually hit the hood?
22  A   Thirteen degrees, yes. This--the next line is the
23      line that the police and Miller should have had for
24      what they were doing, which is twenty-nine degrees.

PAGE 100
Manning                    Direct                -100-

1       And where it is, is thirty-nine degrees.
2   Q   All right. And is it your opinion to a reasonable
3       degree of scientific certainty that the first
4       bullet struck the hood at an angle from the center
5       line of thirteen degrees?
6   A   Yes.
7   Q   All right. Thank you. All right. Now, referring
8       you back to comments you made before that the--that
9       after someone is shot, they're not going to turn
10      the vehicle or steer the vehicle--
11  A   Yes.
12  Q   --do you know at what angle--question withdrawn.
13              Is it--do I understand you to be saying
14      that after Ms. Cooper was shot, her vehicle
15      continued--continued to travel in the direction it
16      was traveling at the moment she was shot?
17  A   If you take the--(looks through paperwritings).
18      If--if you take the police diagram, No. 27, if you
19      look at the--if--
20  Q   Can you hold that closer to yourself, to your body,
21  A   I'm sorry. (Complies.)
22  Q   I'll get a better shot. Thank you.
23  A   If--if you look at--at the point down here, you
24      look at the distribution pattern of the glass, and

PAGE 101
Manning                    Direct                -101-

1       then you look at the continuation, it's essentially
2       a straight line up to the point where it goes up on
3       the rail, which is an indication that she had the
4       car going to the--to the left all the time, and it
5       continued in that direction.
6   Q   All right. And is it your opinion to a reasonable
7       degree of scientific certainty that at the time Ms.
8       Cooper was shot, her vehicle was pointed along that
9       line that you've just traced with your finger from
10      the beginning of the glass pattern to the resting
11      point of the vehicle?
12  A   Yes.
13  Q   All right. And do you know what the angle of that
14      is to the center line of the roadway at the point
15      where she was shot?
16  A   No, I did not measure that.
17  Q   Okay. Now, in making the statement that you made
18      about the angle of the vehicle, did you consider
19      the possibility that the vehicle, because of its
20      alignment or for some other reason, had a tendency
21      to drift either to the left or to the right?
22  A   Yes, I considered that. I considered Officer
23      Breen's testimony that when he--when he fired, that
24      the car was coming at him, and that in that one

SHEET 30 PAGE 114
Manning                              Direct                     -114-

1  a reasonable degree of scientific certainty, the
2  vehicle traveled forty-two feet?
3  A   Yes. Yes.
4  Q   And during the time he was--between when he started
5      to squeeze the trigger until when it discharged,
6      how far did the vehicle travel, to a reasonable
7      degree of scientific certainty?
8  A   Between ten and eleven feet.
9  Q   Doctor, during our deposition today, have you told
10     me all the opinions you expect to express at trial?
11 A   I believe I have, unless some further information
12     would come up that would cause me to reevaluate
13     something.
14 Q   In your report, Doctor, on Page 3--
15 A   Yes.
16 Q   --you indicate, the last sentence of Paragraph 5,
17     you say, "During the one- to two-second interval,
18     Officer Breen could move only up to several feet in
19     attempting to move out of the path of the oncoming
20     Camaro," is that correct?
21 A   Yes, sir. I put one second. He can only move a
22     certain amount.
23 Q   Approximately what amount?
24 A   I--I didn't calculate it, but trying to move

PAGE 115
Manning                              Direct                     -115-

1      sideways and--and hold a gun, I wouldn't think he
2      could move very far. I didn't try to calculate it,
3      but it's not far.
4  Q   Okay. And I need to have some understanding of
5      what you mean by "not far," so tell me the best you
6      can.
7  A   Just a few feet.
8  Q   Okay. "A few" meaning--what would be the--the
9      upper end?
10 A   Well, it could be calculated because I know the
11     angle. I know where he fired it. I know where it
12     ended up the second time. I didn't--I did not
13     determine how far he moved, but I would believe
14     that it wouldn't be more than five feet.
15 Q   Okay. Would it be approximately--well, actually, I
16     need to understand--because I don't understand--how
17     you arrived at that five-foot number.
18 A   Well, I didn't arrive at a five-foot number. All I
19     just said was that he would move only a certain
20     distance. And when you have your hand on the gun
21     and you're pulling the trigger, and you've got one
22     second, and you're moving over sideways, I don't
23     believe you could move a very far distance.
24             And like I just told you, I think it

PAGE 116
Manning                              Direct                     -116-

1      probably would be not more than five feet, but I
2      have not calculated it. I think it's calculatable.
3  Q   Okay. How would you calculate it?
4  A   Well, I would take the--I would take the angle that
5      I have with the bullet off the center of the car,
6      and project it back forty-three or forty-four feet.
7              Then, the second time, I know that at the
8      second--when the second bullet was discharged, from
9      the powder pattern, he was within two feet or less,
10     less than two feet, the side of his body, from the
11     car.
12             And I could project that, and I think I
13     could--I could determine exactly how much he moved
14     over, if you--if it was necessary to do something
15     like that. I did not do it.
16 Q   Okay. In order to figure out--and let me just see
17     if I follow the steps that you were taking. And
18     I'm not going to ask you to do the calculation
19     right here. I don't think that would be fair.
20             But what you're saying is you could
21     determine where the officer was with reference to
22     the vehicle at the time he fired the first shot, is
23     that correct?
24 A   Yes.

PAGE 117
Manning                              Direct                     -117-

1  Q   And you do that by taking your angle, which you
2      told me was thirteen degrees, and then taking it
3      out forty-two or forty-three feet, is that correct?
4  A   Yes.
5  Q   And is that forty-two or forty-three feet from the
6      bullet strike or from the front of the vehicle, or
7      from where?
8  A   That would be--would be from the front of the
9      vehicle.
10 Q   And then the--you said that you know where he was
11     in relation to the vehicle on the second shot
12     because he was within, did you say, a couple of
13     feet of the vehicle?
14 A   Less than two feet.
15 Q   Less than two feet?
16 A   Yeah.
17 Q   The weapon would--certainly would be less than two
18     feet, according to your testimony?
19 A   Yeah. I think that he was most likely less than--
20     the side of him, less than two feet.
21 Q   Okay. And did you also say, in terms of his
22     mobility, it would be--and his ability to move
23     rapidly would be reduced if he was holding a weapon
24     and shooting?

SHEET 32   PAGE 122
Manning          Direct          -122-

1  Q   By the hood of the hot water heater?
2  A   Yes, the exhaust on the hood.
3  Q   Oh, I see. And was--it didn't involve a hot water
4      heater flammable vapor fire claim--
5  A   Yes.
6  Q   --or did it? It did?
7  A   Yes.
8  Q   Well, I understand that all these involve
9      reconstructions, but something involving a hot
10     water heater, I would say, is not closely related
11     to this case. I wonder if you can identify any
12     matters that--where the work you did was more
13     closely related than with a hot water heater?
14 A   Well, there aren't--I doubt if there's any of them
15     in here that deal with a shooting of a car.
16 Q   Do any of them deal with either a shooting or a
17     car?
18 A   Well, they all--well, many of them deal with cars.
19 Q   Is that right?
20 A   Oh, sure. That's--we reconstruct airplane crashes,
21     train and boat accidents, motor vehicle accidents
22     all over the United States.
23 Q   Now, do you do this primarily for defendants versus
24     plaintiffs?

PAGE 123
Manning          Direct          -123-

1  A   No, we do a--do a fair amount of plaintiff's work.
2      Probably our two biggest clients are plaintiff's
3      law firms.
4  Q   Which firms are those?
5  A   It's Twiggs, Abrams, Trehy and Strickland, in
6      Raleigh, Howard Twiggs. And the other one is
7      called Kirby and Holt. It used to be Edwards and
8      Kirby, the United States Senator from North
9      Carolina, now.
10 Q   Yeah. All right.
11 A   We probably do more for them--and Mr. Abrams just
12     left the firm, one firm, and he's probably--we do
13     more for him than anybody.
14 Q   Overall, how does your--how does it break down,
15     plaintiff versus defendant?
16 A   Overall, we do probably about--I would say seventy
17     percent defense work and thirty percent plaintiff's
18     work.
19 Q   Now, are you the person who testifies all the time,
20     or just--does Mr.--
21 A   Everybody test--everybody testifies. I've got
22     seventeen engineers. They all testify.
23 Q   All right. One moment, here. (Pause.)
24         Doctor, could you calculate how far off

PAGE 124
Manning          Direct          -124-

1      to the side of the vehicle the officer was at the
2      time he fired the first shot if you knew the angle
3      with the center line of thirteen degrees and the
4      distance from the front of the car of forty-three
5      feet?
6  A   Yes.
7  Q   Have you done that?
8  A   No. No.
9  Q   How would--how would you do that? Is that a--just
10     simple geometry?
11 A   Just a geometry problem.
12 Q   You could find out how far off to the side he was,
13     is that right?
14 A   Yes.
15 Q   And you could determine that with a reasonable
16     degree of scientific certainty?
17 A   Yes.
18 Q   And do we have the numbers right? The thirteen
19     degrees with the center line is the angle that, to
20     a reasonable degree of scientific certainty, you
21     believe the bullet was fired from?
22 A   Yes.
23 Q   And the distance from the front of the vehicle to
24     where the officer's gun was was approximately--did

PAGE 125
Manning          Direct          -125-

1      you say forty-three feet, is that correct?
2  A   I think I said--I think forty-three to forty-five
3      feet. Yes.
4  Q   Okay. And that's also to a reasonable degree of
5      scientific certainty, is that correct?
6  A   Yes.
7  Q   I'm looking at Exhibit 28, Doctor.
8  A   What--what is 28?
9  Q   That's Mr. Miller's diagram, where you've made
10     other lines.
11 A   Oh, okay. I have it.
12 Q   All right. Now, if I--if we assume that that is a
13     scale diagram, Doctor--and without asking you to
14     verify somebody else's diagram, does it appear to
15     you to be a scale diagram?
16 A   Well, he has some measurements in there. Yes.
17 Q   Okay. And--and in any--
18 A   Well--
19 Q   Go ahead.
20 A   (Examines paperwriting.) Yeah, I think it's fairly
21     close.
22 Q   Okay. And the ang--the line that you drew that has
23     the narrowest angle to the center line is the--is
24     the line that's at a thirteen-degree angle, is that

Deposition of: Charles R. Manning, Ph.D., P.E.

SHEET 33  PAGE 126

Manning                Direct                -126-

1   correct?
2  A   That's a thirteen-degree angle. Right.
3  Q   Okay. And that is the actual angle that the--that
4      the bullet traveled at from the officer's gun to
5      the hood of the car, is that correct?
6  A   I believe that's the angle.
7  Q   All right.
8           MR. ROSEN: Well, I have no further
9      questions.
10          MR. GERARDE: I have no questions. Thank
11     you.
12          MR. ROSEN: All right. Thank you,
13     Doctor, very much.
14              (WITNESS EXCUSED)
15
16  (WHEREUPON, THE DEPOSITION WAS CONCLUDED AT 2:51 P.M.)
17

SIGNED THIS THE        DAY OF              , 2002.
                    (Charles R. Manning, Ph.D., P.E.)
STATE OF NORTH CAROLINA
COUNTY OF
SWORN TO AND SUBSCRIBED BEFORE ME THIS
     DAY OF              , 2002.
   Commission Expires         NOTARY PUBLIC
CMS 5/29/02

PAGE 127

STATE OF NORTH CAROLINA                        -127-
COUNTY OF WAKE

             C E R T I F I C A T E

     I, Carol M. Smith, CVR, a Notary Public in and for
the State of North Carolina, duly commissioned and
authorized to administer oaths and to take and certify
depositions, do hereby certify that on May 29, 2002,
CHARLES R. MANNING, PH.D., P.E., being by me duly sworn to
tell the truth, thereupon testified as above set forth as
found in the preceding 126 pages, his examination being
reported by me verbatim and then reduced to typewritten
form under my direct supervision; that the foregoing is a
true and correct transcript of said proceedings to the best
of my ability and understanding; that I am not related to
any of the parties to this action; that I am not interested
in the outcome of this case; that I am not of counsel nor
in the employ of any of the parties to this action.
     IN WITNESS WHEREOF, I have hereto set my hand and
affixed my official notarial seal, this the      day of
June, 2002.


                          Notary Public
My Commission Expires 11/30/04

Carol M. Smith, CVR
PACE REPORTING SERVICE
P. O. Box 252
Cary, North Carolina 27512
Telephone:  919/859-0000 (Raleigh)
            910/433-2926 (Fayetteville)
            910/790-5599 (Wilmington)

PAGE 128

Manning                                         -i-

            E X H I B I T   I N D E X

EXHIBIT                         PAGE MARKED

Plaintiff's 1-49                    3
Plaintiff's 50                     50
Plaintiff's 51                     51
Plaintiff's 52                     51
Plaintiff's 53                     53

                * * * * * * * *

     (Reporter's Note: All exhibits were
         retained by Mr. Gerarde.)


PAGE 129

              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

MARGARET COWAN, as        )
Administratrix            )
of the Estate of          )
Victoria Cooper,          )
          Plaintiff,      )
                          )   CIVIL NO.:  3:00CV00052(DJS)
     vs.                  )   ALL CASES
                          )
MICHAEL BREEN,            )
          Defendant.      )
--------------------------
MARGARET COWAN, as        )
Administratrix            )
of the Estate of          )
Victoria Cooper,          )
          Plaintiff,      )
                          )   CIVIL NO.:  301CV00229(DJS)
     vs.                  )
                          )   MARCH 7, 2002
TOWN OF NORTH BRANFORD,   )
          Defendant.      )
--------------------------

     A D D E N D U M   T O   D E P O S I T I O N   O F
     C H A R L E S   R.  M A N N I N G,   P H. D.,  P. E.

PAGE    LINE          SHOULD READ       REASON FOR CHANGE








Signed this the        day of              , 2002.

CMS 5/29/02            (Charles R. Manning, Ph.D., P.E.)

PACE REPORTING SERVICE
P.O. Box 252 Cary, NC 27512
919-859-0000