UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
        Plaintiff,

V.    :    CIVIL NO.: 3:00CV00052(RNC)
        ALL CASES

MICHAEL BREEN,  :
        Defendant.


MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
        Plaintiff,

V.    :    CIVIL NO.: 301CV00229 (RNC)

TOWN OF NORTH BRANFORD  :    JUNE 20, 2005
        Defendant.

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION IN LIMINE RE TESTIMONY BY OR RELATING TO JACK KELLY**

    Defendant Breen testified at his deposition that before filing his police report he met "once or twice" with his attorney, Mr. Kelly. It has long been established that this fact is not privileged, *United States v. Pape*, 144 F.2d 778, 783 (2d Cir. 1944). Plaintiff's testimony that he had one or two meetings "but no more" with Mr. Kelly would be a waiver in any case. *See* Deposition of Michael Breen, July 12, 2000, 54-56 (attached at tab 1).

    The only issue is relevance, and the testimony is relevant to show that Breen had a full opportunity to prepare his report with scrupulous care, including access to any resources – such as counsel – that he deemed appropriate. Because his report is the central document in the case,

1

plaintiff should be given an opportunity to develop fully the fact that Breen had all the resources he might wish for available to him as he was preparing it.

                THE PLAINTIFF

                By /s/ David N. Rosen
                David N. Rosen
                400 Orange Street
                New Haven, Connecticut 06511
                (203) 787-3513
                CT00196
                E-mail: drosen@davidrosenlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing Memorandum was sent first class mail, postage prepaid on June 20, 2005 to:

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut  06114

                /s/ David N. Rosen
                David N. Rosen