# TAB 4

Case 3:00-cv-00052-BNC   Document 144-3   Filed 06/20/2005   Page 2 of 16
Deposition of: Charles R. Manning, Ph.D         p. 2
SHEET 1   PAGE 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN, as )
Administratrix )
of the Estate of )
Victoria Cooper, )
      Plaintiff, )
) CIVIL NO.:  3:00CV00052(DJS)
vs. ) ALL CASES
)
MICHAEL BREEN, )
      Defendant. )
-------------------------

MARGARET COWAN, as )
Administratrix )
of the Estate of )
Victoria Cooper, )
      Plaintiff, )
) CIVIL NO.:  301CV00229(DJS)
vs. )
) MARCH 7, 2002
TOWN OF NORTH BRANFORD, )
      Defendant. )
-------------------------

DEPOSITION OF

CHARLES R. MANNING, PH.D., P.E.

APPEARANCES

For the Plaintiff:              Mr. David N. Rosen
  (via videoconference)         Rosen & Dolan
                                400 Orange Street
                                New Haven, Connecticut
                                                    06511

For the Defendants:             Mr. Thomas R. Gerarde
                                Howd & Ludorf
                                65 Wethersfield Avenue
                                Hartford, Connecticut
                                                    06114-1190

In Raleigh, N.C.                Reported by:
May 29, 2002                    Carol M. Smith, CVR

PACE REPORTING SERVICE
P.O. Box 252 Cary, NC 27512
919-859-0000

SHEET 2   PAGE 2
Stipulations                                                       -2-

### STIPULATIONS

It is hereby stipulated and agreed between the parties to this action, through their respective counsel of record:

(1) That the deposition of CHARLES R. MANNING, Ph.D., P.E., may be taken on May 29, 2002, beginning at 11:44 A.M. in the offices of Kinko's, located at 6820 Glenwood Avenue in Raleigh, North Carolina, before Carol M. Smith, CVR, a Notary Public.

(2) That the deposition shall be taken and used as permitted by the applicable Federal Rules of Civil Procedure.

(3) That any objections of any party hereto as to notice of the taking of said deposition or as to the time or place thereof, or as to the competency of the person before whom the same shall be taken, are deemed to have been met.

(4) Objections to questions and motions to strike answers need not be made during the taking of this deposition, but may be made for the first time during the progress of the trial of this case, or at any pretrial hearing held before any judge of competent jurisdiction for the purpose of ruling thereon, or at any other hearing of said case at which said deposition might be used, except

PAGE 3
Stipulations                                                       -3-

that an objection as to the form of a question must be made at the time such question is asked, or objection is waived as to the form of the question.

(5) That the witness reserves the right to read and sign the deposition prior to filing.

(6) That the sealed original transcript of this deposition shall be mailed first-class postage or hand-delivered to the party taking the deposition for preservation and delivery to the Court, if and when necessary.

* * * * *

(DEPOSITION EXHIBITS NOS. 1-49
MARKED FOR IDENTIFICATION PRIOR TO TESTIMONY)
Whereupon,

        CHARLES R. MANNING, Ph.D., P.E.,
        having been first duly sworn,
        was examined and testified
        as follows:

PAGE 4
Manning              Direct                              -4-

1   DIRECT EXAMINATION BY MR. ROSEN:
2   Q   Doctor, before we started your deposition, we
3       marked many documents. And in fact, we have forty-
4       nine separate exhibits. Did you bring with you
5       your entire file of this matter?
6   A   Yes.
7   Q   All right. And one of the exhibits, No. 35, was
8       the notice of deposition?
9   A   Yes.
10  Q   And do you have each and every document that
11      complies with the documents requested in that
12      notice?
13  A   I think so. I'm--I'm not sure I read the notice in
14      detail, but I brought my file and everything that I
15      had.
16  Q   And is there--is there anything that was--that was
17      ever in your file that was removed from the file?
18  A   No.
19  Q   Was there--were there any drafts that are not in
20      the file?
21  A   No.
22  Q   Okay. Is there anything that was created on a
23      computer, that may be in the computer that there's
24      not a hard copy of it in the file?

PAGE 5
Manning              Direct                              -5-

1   A   No. I think the only thing that had to do with a
2       computer was stuff we sent you, pictures on a disk.
3   Q   Okay. And are there any--there are no notes of any
4       kind that were ever created that are not in the
5       file?
6   A   No.
7   Q   Okay. Were there any interoffice communications
8       between you and any of your colleagues that might
9       have been created that are not in the file?
10  A   No.
11  Q   Are there any records of time kept that are not in
12      the file?
13  A   No.
14  Q   All right. Looking at Exhibits 24, 25, and 26--
15  A   Yes, sir.
16  Q   You have those exhibits in front of you?
17  A   Yes, sir.
18  Q   Okay. And those are statements for the time that
19      you spent on this matter, is that correct?
20  A   Yes, sir.
21  Q   And the most recent statement appears to be March
22      31, '02, for time going through March--question
23      withdrawn.
24          The most recent statement is dated April

SHEET 3   PAGE 6
Manning                    Direct                    -6-

1    26, 2002, and that's Exhibit 26?
2  A  Yes. Yes.
3  Q  And do these statements reflect all the time that
4     you and your colleagues spent on this matter from
5     the time that you began working on it up to April
6     26, 2002?
7  A  Yes.
8  Q  And who's Allen Eberhardt?
9  A  He's one of--he's one of my engineers.
10 Q  Okay. And do these accurately reflect the--
11    question withdrawn.
12          I see one of these invoices, Exhibit 25,
13    reflects charges of forty-nine hours by Mr.
14    Eberhardt, is that correct?
15 A  Well, that covers both our hours. Yes.
16 Q  Okay. And how did--how was that time logged? How
17    do you know it was forty-nine hours?
18 A  Because we added the whole time up between us. He
19    would have about twenty-nine hours, and I've had
20    about twenty hours.
21 Q  All right. And did--is that noted anywhere as you
22    went along, the time that you were keeping?
23 A  I'm sorry?
24 Q  Did you--as you went along, did you keep track of

PAGE 7
Manning                    Direct                    -7-

1     the time?
2  A  Oh, yes. That's where we get the total hours, from
3     keeping track of the time.
4  Q  Okay. And did you make a record of the amount of
5     time you or he would spend on a given day on this
6     matter?
7  A  We would have it before we would fix a bill up,
8     yes.
9  Q  Okay. And what happened to the records showing the
10    time that you spent and the days that you spent?
11 A  We don't keep the daily record after we send a
12    bill.
13 Q  Okay. So you don't have a record now of how
14    much--of how much time you spent on any given day?
15 A  No.
16 Q  Okay. You've discarded that?
17 A  I'm sorry?
18 Q  You've discarded that?
19 A  Yeah, we don't keep that.
20 Q  What do you do with it?
21 A  Just--I keep a little--I keep a little list of the
22    hours that I worked, and put it on--mark it for a
23    bill. And we send the bill out, and then discard
24    the piece of paper.

PAGE 8
Manning                    Direct                    -8-

1  Q  And what do you charge per hour--
2  A  I charge--
3  Q  --for your time?
4  A  My time is the same as Dr. Eberhardt's. He's a
5     hundred and ninety-five, and I'm two hundred.
6  Q  Okay. Now, this bill, Exhibit 25, shows all the
7     time at a hundred and ninety-five dollars per hour.
8  A  Yes. It's easier just to let Dr. Eberhardt take
9     care of the billing while I work on it.
10 Q  Do you--how do you know that you spent twenty
11    hours?
12 A  Because I kept little notes when I'd work on it
13    through--through December and January.
14 Q  Okay. And you don't have those notes anymore?
15 A  No.
16 Q  And did you--did Mr. Gerarde ask you about the--
17    about the division of the bill with forty-nine
18    hours, and why it is that it seems as though it was
19    all Mr. Eberhardt?
20 A  No.
21 Q  He never asked you about that?
22 A  No.
23 Q  Okay. Up until this minute since--have you seen
24    the bill between when it was sent out in January of

PAGE 9
Manning                    Direct                    -9-

1     this year and today?
2  A  I'm sorry, what?
3  Q  Before today, have you seen the bill since it was
4     sent out?
5  A  Not since we sent the bill out, no.
6  Q  Okay. Have you had occasion to think about the
7     amount of time that you spent on this matter since
8     you sent that bill out?
9  A  Sure. I knew I spent twenty hours.
10 Q  Okay. You remembered it?
11 A  Yes.
12 Q  All right. But you haven't--had you thought about
13    the--had you noticed the fact that there was no
14    time logged in there for you on this bill?
15 A  Sure. I knew that from the beginning. It was
16    easier for him to bill. I've got--I've got twenty-
17    five people to worry about, and when I work on a
18    case, it's just as easy if I work--have an engineer
19    working with me, is to have him bill it out. If
20    somebody else billed it out, they'd bill out our
21    time separately because the other engineers don't
22    bill out at the rate that Dr. Eberhardt and I do.
23 Q  Okay. Okay. Although your rate is actually a bit
24    higher than this?

SHEET 6   PAGE 18

Manning                Direct                -18-

1      going through the state police investigation, I
2      determined that the state police made a mistake on
3      the angle of the bullet that they believed that
4      hit--went through the hood, and that Mr. Miller
5      accepted their angle.
6          When I looked at the--one of the--one of
7      the charts that--one picture that I sent you that
8      you said was kind of dark, when I went ahead and I
9      looked down there where they had a protractor on
10     there, and they measured that thirty-nine-degree
11     angle, their protractor was not at the intersection
12     between the angular line and the vertical line on
13     the hood. When you pull it back to where it's
14     supposed to be, that thirty-nine degrees that they
15     found really is twenty-nine degrees.
16 Q    So what--what is your opinion as to the angle at
17     which the first bullet struck the hood?
18 A    Well, their angle's not correct, but they did--had
19     it wrong. The first--the bullet that struck the
20     hood struck the hood at thirteen degrees.
21 Q    Is that anywhere in your--any of your reports?
22 A    If--if you'll look at Exhibit No. 17--
23 Q    Yes.
24 A    --it says down there, "The correction angle is

PAGE 19

Manning                Direct                -19-

1      anywhere from about fourteen to seventeen degrees."
2      It says "thirty-nine minus seventeen," at the
3      bottom, midway down.
4 Q    Yeah.
5 A    If you'll take that now and make that twenty-nine
6     degrees minus seventeen, the angle is twelve or
7     thirteen degrees, the actual angle.
8 Q    Okay. How'd you come up with that?
9 A    How did I come up with that is--well, if you've got
10    that--we don't have the--
11        MR. GERARDE: Yeah, he does.
12 A    Okay. If--if you'll see Exhibit 29?
13 Q    Okay. Just a moment. Okay.
14 A    All right. If you'll look up at the top right
15     corner?
16 Q    I can't read Exhibit 29 because of the--it's a
17     black image. So what I'd like to do is, I'm going
18     to zoom in on you--on you, Doctor.
19 A    Okay.
20 Q    And I'd like you to hold that--keep--keep holding
21     it.
22 A    Okay. I'm going to look over at--
23 Q    All right.
24 A    --this one over here.

PAGE 20

Manning                Direct                -20-

1 Q    All right.
2 A    All right. Now--
3 Q    Now, what I--there's a bit of a problem because I'm
4     going to ask--try to--I need you to hold it just a
5     little bit lower, and you can explain it to me.
6 A    (Complies.)
7 Q    All right.
8 A    I--he--I need for him to hold it, so I can get in
9     front of it.
10 Q    Okay. Let's--let's do that. I appreciate that.
11 A    Let me sit on the table here, where I can get in
12     front of it. All right. Here is the hood. Here
13     is the bullet hole, here, as you can see.
14 Q    Yes.
15 A    All right. They have taken the right side of the
16     bul--of the bullet hole and projected that right
17     side up here at the angle that they believe it
18     was--the bullet was fired.
19 Q    Do you mean the right side from the perspective of
20     someone looking at the photograph?
21 A    No, it's the left side looking at the photograph.
22     Looking--
23 Q    Okay. Right side from the perspective of the
24     driver, if you will?

PAGE 21

Manning                Direct                -21-

1 A    You're looking here. Right. You're looking at the
2     left side, looking straight at the photograph.
3     Now--
4 Q    All right.
5 A    --what we know is that the true angle of that
6     bullet is marked by the opposite side of the
7     bullet, or the right side, because we fired
8     eighteen bullets into a Camaro hood, and we knew we
9     were standing right in front of the hood when we
10    fired them. So we know the angle that it was
11    coming from.
12        So the right--the side over here, the
13    right side of the--of the bullet is the correct
14    angle. And you can see that's where I made a
15    mark, the black mark up here.
16        Now, here is a straight line which is
17    parallel to the line they've got here down the dead
18    center of the hood. And if you measure off of this
19    line here, you'll find that the actual bullet was
20    between--was thirteen degrees.
21        And what they have here, which they
22    thought was thirty-nine, is twenty-nine, because
23    when you look at where the--you look where they
24    have the protractor. They don't have the

SHEET 8 PAGE 26

Manning     Direct     -26-

1 A  No. We have never seen it.
2 Q  So you're working off of photos exclusively, is
3    that correct?
4 A  That's correct. The photos and--both the police
5    photos and Mr. Miller's photos.
6 Q  Okay. And is it your--is it your testimony that
7    the--as someone looks at the--looks at the bullet
8    strike mark from the front of the vehicle, that
9    these--that the line on the right side, or the
10   outside of the vehicle accurately shows the angle
11   of the bullet?
12 A That's correct, because we shot eighteen bullets
13   into a Camaro hood. And when we did that, we were
14   able to det--we knew where we were standing. We
15   were standing right in front of the center of the
16   hood. So we knew exactly which one of them--what
17   happens that causes you to read that wrong on the
18   other one, this bullet's spinning around.
19        And as that bullet comes in, it tears the
20   metal over to the left. And when it tears the
21   metal, it shows an angle that way, and that's why
22   you think--if you read that, you get--you read the
23   wrong one.
24 Q Okay. So just to get the answer to my question,

PAGE 27

Manning     Direct     -27-

1    you're saying that the line on the right, or the
2    outside of the vehicle in this particular case,
3    is--it's your testimony that accurately shows the
4    path of the bullet?
5 A  That's correct.
6 Q  All right. And you said that you know that from
7    firing bullets at a Camaro hood, is that right?
8 A  That's correct.
9 Q  And the--you took photographs of those bullet
10   strikes, is that right?
11 A Yes, sir.
12 Q Okay. And those--those photographs are marked
13   beginning with Exhibit 9, is that correct?
14 A That's correct. 9, 10, 11, 12, 13, 14, 15, 16.
15 Q All right. Now, let's start with 9. First of all,
16   you said this is the--actually is the hood of a
17   Camaro?
18 A Yes, we have a--we have a--we bought a Camaro hood,
19   and that is a Camaro hood.
20 Q All right. I'm going to--just a moment.
21 A Oh. Do you want me to hold it up?
22 Q No, that's okay. Just--I'm just adjusting my view
23   of you. Okay.
24 A Oh, okay.

PAGE 28

Manning     Direct     -28-

1 Q  All right. That's great. All right. So the
2    bottom of Exhibit 9 is the hood of a Camaro,
3    correct?
4 A  Yes.
5 Q  Is it--do you know--happen to know the year?
6 A  I'm sorry?
7 Q  Do you happen to know the year of that--that that
8    hood is?
9 A  It was between--it was the same model. I don't
10   know if it was an '85 or an '86, but it was the
11   same model.
12 Q Okay. So the--this hood is identical to the hood
13   on the Camaro that's involved in this case?
14 A It is, except that the Camaro hood on the--on this
15   case has got two black pieces on the center of it.
16   But as far as the hood goes, the shape of the hood
17   and the size of the hood and everything, yes.
18 Q All right. Now, you don't know what particular
19   year this is from?
20 A I believe it's an '85. It might have been an '8f
21 Q All right. And you fired eighteen bullets into it.
22 A Yes.
23 Q What kind of bullet?
24 A They were Glock 22, hundred and eighty grain, just

PAGE 29

Manning     Direct     -29-

1    like the officer was using.
2 Q  Okay. And what--
3 A  Hollow point.
4 Q  What kind of a firearm did you use?
5 A  Glock. Same type.
6 Q  Excuse me?
7 A  The same as he was using, a Glock 22.
8 Q  Okay. Is a Glock 22 the same as a Glock 9
9    millimeter?
10 A No. A Glock 22 is a--is a 40 millimeter. A 9
11   millimeter is slightly smaller than that.
12 Q So if you said a Glock 22 or a Glock 40 millimeter,
13   you'd be talking about the same weapon?
14 A Yes. It's a Model 22. It's 40 caliber.
15 Q And did you fire--first of all, who actually fired
16   the bullets?
17 A Dr. Eberhardt fired the bullets. He's the
18   marksman.
19 Q All right. And did he fire the bullets from a
20   fixed--the same location for all eighteen bullets?
21 A Yes.
22 Q So is it fair to say, then, the bullets on the
23   outsides of the hood were fired at an angle, and
24   the bullets in the center were fired straight into

Deposition of: Charles R. Manning, Ph.D., P.E.

SHEET 9   PAGE 30
Manning           Direct                -30-

1           the--
2  A    That's correct. And you'll notice on Exhibit 17,
3       we took that into account when we looked at the
4       angle.
5  Q.   All right. So the bullets over--let's see. You
6       marked some of these bullet holes, is that correct?
7  A    Yes, sir.
8  Q    You marked them with little alphabetical stickies?
9  A    Yes.
10 Q    And which is the one all the way over on the left?
11 A    The one over on the left, far left?
12 Q    As you face the--as you face it, as you're looking
13      at the front of the veh--you're looking at it from
14      the front.
15 A    Over on here? Geez, I believe that is the--the one
16      that's got a tape on it, I believe that's F.
17 Q    Okay. And--
18 A    I'm sorry. No, I'm sorry. That's A over on the--
19      on the passenger side. We're looking at the front
20      of the hood. That's A over on the--the far on the
21      left.
22 Q    All right. And the--and how far in front of the
23      vehicle was the--was the gun when your colleague,
24      Dr. Eberhardt, was firing it?

PAGE 31
Manning           Direct                -31-

1  A    He fired it twice, fired it at fifty and twenty-
2       five feet.
3  Q    And in each case, did he--however, he was standing
4       directly in front of the center of the hood?
5  A    Yes.
6  Q    All right. And which ones did you mark and which
7       ones did you not mark with alphabetical labels?
8  A    We marked the ones that actually penetrated
9       through, or at least--A was--A and B, C and D, E
10      and F. We marked individually the ones that
11      penetrated. Some of them skipped.
12 Q    Now, which way does this bullet spin?
13 A    The bullet--bullet spins like this--(indicating)--
14      counterclockwise.
15 Q    Okay. So in each--in each instance what you're
16      saying is that the left side, as we look at the
17      vehicle from the front, the left side of the
18      indentation--
19 A    I'm sorry, it's--
20 Q    --is unreli--
21 A    Yeah, counterclockwise. It goes over to the--to
22      the left, looking at it from the front. Each time,
23      every one of these goes to the left, tears.
24 Q    So you're saying--tears to the left?

PAGE 32
Manning           Direct                -32-

1  A    Yeah, it always tears to the left.
2  Q    So you're saying that the--that it's unreliable to
3       look at the left side of the indentation for that
4       reason?
5  A    Yes, it is.
6  Q    All right. But it's reliable to look at the right
7       side of the indentation?
8  A    Absolutely.
9  Q    Now, I just--I see on the--as I'm looking at
10      Exhibit 9, I see that the one all the way over on
11      the left has the label to its rear, is that
12      correct?
13 A    Behind it? Yes.
14 Q    Behind it?
15 A    Right.
16 Q    Right. So now I'm looking at Photograph--Exhibit
17      11. And where does--which way is the tear on
18      that, in that particular picture?
19 A    It's--it's tearing over to the left.
20 Q    Okay. It's tearing over to the left if you're--if
21      you're holding it so that the A, and letters A and
22      B are right side up, right?
23 A    Oh. Oh, I'm sorry. Oh, in No. 11? Oh, okay. No.
24      11, if you look at No. 11, yes, it's tearing to the

PAGE 33
Manning           Direct                -33-

1       left if I hold A on the bottom.
2  Q    Okay. But in the photograph that's Exhibit 9 and
3       also Exhibit 10, the sticker A is not on the
4       bottom. It's on the top, isn't that right?
5  A    Yeah.
6  Q    So what's wrong?
7  A    Huh?
8  Q    So is something wrong there?
9  A    No. Uh-uh (no).
10 Q    So in order to look at the photograph actually from
11      the front, you have to have the A in Exhibit 11 not
12      be at the--not be at the bottom, but at the top,
13      correct?
14 A    No. When I look at the--when I look at the
15      exhibit--Exhibit A, you have--
16 Q    Well, there is no Exhibit A.
17 A    I'm sorry, what?
18 Q    When you look at what, which exhibit?
19 A    When you look at Exhibit 11, the bullet is going
20      over to the left.
21 Q    Right, if the A--if the A is in front of it, right?
22      If you've got the A in front--
23 A    Yes.
24 Q    --of the--okay. But you told me that the A was

SHEET 11  PAGE 38
Manning                Direct           -38-

1  Q   "CTR" is "correction"?
2  A   "CTR" is "correction," and "counterclockwise,"
3      "CW."
4  Q   Well, how did you get from "CTR" to "correction"?
5      It's--
6  A   That's the--that's the angle that we're measuring
7      over on the left. That's the angle that we
8      measured on the side of the bullet. And then the
9      correction is over here on the right. That's the
10     offset from where we are in the center.
11 Q   Okay. Well, I just want to know what the
12     abbreviation "CTR" means.
13 A   I don't know.
14 Q   Okay. What does the number twenty-point-seven-four
15     (20.74) represent?
16 A   That's the angle that we measured along--
17 Q   Of what?
18 A   The angle measured along the side, the right side,
19     of the bullet.
20 Q   Okay. The right side of the bullet made an angle
21     of twenty-point-seven-four (20.74) degrees with
22     some other line, is that correct?
23 A   With the center. From the center.
24 Q   Okay. And you measured that with a string and a

PAGE 39
Manning                Direct           -39-

1      protractor?
2  A   I'm sorry? With a protractor.
3  Q   Did--did you--
4  A   Yes.
5  Q   Do you know how--you weren't--you didn't make the
6      measurements, right?
7  A   I measured the hood at the office. We measured it
8      together. We measured it from the center line,
9      along that right side of the bullet. And that's--
10     that was twenty-point-seven-four (20.74) degrees on
11     that one over--way over to the--to the passenger
12     side. The next one was a different angle. We kept
13     measuring the different angles.
14 Q   All right. Well, that twenty-point-seven-four
15     (20.74) degrees, that's the angle with the--with
16     the center line of the hood?
17 A   That's correct.
18 Q   And what is the angle of offset? What does that
19     mean?
20 A   That means that we have to--we have to get a
21     certain--we know--we measure how far over it is,
22     and we subtract that angle off.
23 Q   How far over what is?
24 A   Where the bullet is off the center.

PAGE 40
Manning                Direct           -40-

1  Q   Sorry, I just didn't understand that.
2          Let me--let me ask you about the next
3      entry. You say twenty-five feet. Is that the
4      thing that says, next to "angle of offset" on that
5      same line?
6  A   That was where it was fired from.
7  Q   Now, you fired the bullet--or Dr. Eberhardt fired a
8      bullet from twenty-five feet?
9  A   Yes.
10 Q   And the right--from twenty-five feet, when he was
11     firing all the way over on the passenger side, the
12     right side of the bullet made a twenty-point-seven-
13     four (20.74) degree angle with center line,
14     correct?
15 A   That's correct.
16 Q   And--
17 A   That's the same as you saw in--when we were looking
18     at No. 29. Exhibit--oh, no. No, it wasn't. It
19     was my Exhibit 29, but it was actually Picture No.
20     6.
21 Q   Yes.
22 A   When we took the--when we took a straight line--
23     sorry. If we took--when we took a straight line
24     along the hood, we then went ahead and measured

PAGE 41
Manning                Direct           -41-

1      that angle from a straight line over to the right
2      side of the bullet. And that was thirteen degrees.
3          We also took and measured that angle from
4      the angle that they--that the police had off the
5      right--left side of the bullet, and that was
6      twenty-nine degrees, which they thought was thirty
7      [sic] degrees.
8          So our correction between twenty-nine and
9      thirteen is sixteen degrees, the same cor--that's
10     the correction that we show in Exhibit 17. This
11     is--this is looking at it directly, right here.
12 Q   Well, they measured--you said that their problem
13     was that the measured with the--from the left side
14     of the--of the bullet mark?
15 A   Yes. They took--they took the line along the left
16     side, which was incorrect.
17 Q   All right. And where you--you said that--and you
18     said that the line along the right side was some
19     other number of degrees?
20 A   The line along the right side is the correct angle
21     that you should measure it from.
22 Q   All right. And you found that--and you measured
23     that--did you measure the angle on the photograph?
24 A   Yeah, I measured the angle on the photograph at--

Deposition of: Charles R. Manning, Ph.D., P.E.

SHEET 12   PAGE 42

Manning                Direct                -42-

1           where if you took the right side, it was thirteen
2           degrees. If you took the left side, it was twenty-
3           nine degrees. But if you put the protractor where
4           they had it, it measured the left side at thirty-
5           nine degrees.
6    Q      So is there some significance to the distinction
7           between thirteen and twenty-nine degrees?
8    A      Yes. That's the--
9    Q      What's the significance?
10   A      That--the significance between the thirteen and the
11          twenty-nine is the correction factor that you have
12          to put in because you measured the left side
13          instead of the right side.
14   Q      So is it your testimony that you can tell by
15          looking at the angle of the left side of the strike
16          what the angle of incidence of the bullet is by
17          taking that angle and subtracting sixteen degrees?
18   A      That's correct. Wait. Wait, I'm sorry. I didn't
19          hear that. If I take the left side, what?
20              MR. ROSEN: Could the--could you read the
21          question, Madame Reporter?
22              (Question Read Back)
23   A      From where they measured it. I don't think that's
24          a good way to do it, because you're not sure, when

PAGE 43

Manning                Direct                -43-

1           that bullet goes in there and it's starting to tear
2           to the left, that it's always going to tear exactly
3           the same. The correct way is to measure the right
4           side, in which you always get the right--the right
5           angle.
6    Q      And did you, in fact, come up with this twenty-two-
7           degree angle by measuring the right side, looking
8           at Exhibit 17?
9    A      Well, we came up with the twenty-two degrees by
10          taking the value that they had, the thirty-nine
11          degrees, and putting the correction factor on,
12          which gave you twenty-two. But--
13   Q      All right.
14   A      --now within the last week, though, when I went
15          back carefully through everything again, I realized
16          that they had made a mistake on the thirty-nine
17          degrees; that it should have been twenty-nine
18          degrees. So when you apply the correction to that,
19          you go back to thirteen degrees.
20   Q      But you said a minute ago, didn't you, Doctor, that
21          the--doing the measurement on the left side and
22          applying the correction factor is not the best way
23          to come up with the actual angle?
24   A      No, because the problem with the--the left side is

PAGE 44

Manning                Direct                -44-

1           that it may not always be--it may not always tear
2           exactly the same way. The right side, you'll
3           always get the correct mark as the bullet comes
4           down the right side.
5    Q      All right. Now, the--let's look at this Label A,
6           and you say you have a twenty-point-seven-four
7           (20.74) degree angle, and then a three point one--
8           eight one (3.81) degree angle of offset, is that
9           correct?
10   A      Yes. And you can look at--right as it comes in,
11          you can look right up there and get the correct
12          angle. But if you take this angle over here,
13          that's that difference, so that's sixteen,
14          seventeen degrees.
15   Q      Okay. So now, is the--you're--you're holding up
16          exhibit number what, Doctor?
17   A      That's Exhibit No. 11.
18   Q      All right. And there's a tape measure in that
19          exhibit in both those pictures, correct?
20   A      A what? A tape measure?
21   Q      A piece of--yes.
22   A      Yes.
23   Q      And now, is that tape measure oriented so that it's
24          parallel to the center line of the vehicle?

PAGE 45

Manning                Direct                -45-

1    A      Yes.
2    Q      Okay. So in order to see the angle a bullet--is
3           that Bullet A that you're talking about there,
4           Doctor?
5    A      Yes.
6    Q      In order to find out the angle of Bullet A, we
7           could look at the photograph and measure the angle
8           between the right side of the bullet tear and the
9           tape measure, is that correct?
10   A      I could--the tape measure is almost parallel with
11          the right side. There's a little bit of an angle,
12          which means that it was--obviously, it's not
13          fired--where the piece is--where the hole is, is
14          not directly in front of the gun. So there's a
15          little angle between there.
16              But if I take the--take the right side
17          and project that, and then I take this left side
18          and project that, I should get an angle in there
19          between them of about--probably about sixteen to
20          seventeen degrees.
21   Q      Okay. Well, actually, Doctor, for Bullet Strike A,
22          there's quite a considerable angle between the
23          shooter and the--and the bullet strike, isn't that
24          right?

SHEET 14   PAGE 50
Manning          Direct                    -50-

1
2                    (SIX-MINUTE RECESS)
3
4   Q   (By Mr. Rosen) All right. Now, Doctor, you
5       mentioned earlier that your opinions were all
6       contained in the report that we've already marked
7       as Exhibit 1, and an additional sheet of paper. Do
8       you now have that sheet of paper in front of you?
9   A   Yes.
10  Q   All right. And it says at the top, "Dr. Charles
11      Manning, Jr., re Breen"?
12  A   Right.
13  Q   All right. Well, we'll mark that as Exhibit 50.
14              (DEPOSITION EXHIBIT NO. 50
15              MARKED FOR IDENTIFICATION)
16  Q   And then I received additional material from Mr.
17      Gerarde in addition to that. And the next one is
18      something that says, "Chapter 3, Trigger Control."
19      Was that--did you provide that to Mr. Gerarde?
20  A   Yes.
21  Q   Well, did you do it or did Dr. Eberhardt do it?
22  A   Well, I sent it up there. I think he found it.
23      He's the gun man.
24              MR. ROSEN: And we'll mark that as

PAGE 51
Manning          Direct                    -51-

1       Exhibit 51, "Chapter 3, Trigger Control."
2               (DEPOSITION EXHIBIT NO. 51
3               MARKED FOR IDENTIFICATION)
4   Q   And then there's a sheet that says, "Forty, Smith
5       and Wesson"?
6   A   Yes.
7   Q   We'll mark that as Exhibit 52. Did you send that
8       up after Dr. Eberhardt found it?
9   A   I sent that up. Yes.
10  Q   All right. And Dr. Eberhardt found it?
11  A   Yes.
12              (DEPOSITION EXHIBIT NO. 52
13              MARKED FOR IDENTIFICATION)
14  Q   He's the gun person?
15  A   He's the gun man.
16  Q   Okay. Do you have any training in firearms
17      yourself, personally?
18  A   I was in the service. I've fired carbines. I am
19      not a sportsman that--I have some guns, but I'm not
20      a big sportsman like he is.
21  Q   Okay.
22  A   I do ballistics work.
23  Q   Okay. Have you ever previously done the
24      measurement of bullet strike angles using the marks

PAGE 52
Manning          Direct                    -52-

1       from the bullet in any fashion like what you did
2       with this case?
3   A   We have done bullet strike angles on rifles hitting
4       things that people claim that they were shot at
5       some distance.
6   Q   Did you ever do a case involving measurement of the
7       angle of incidence of a bullet into--into an
8       object?
9   A   Not into a hood, no. Well, sure, we've--we've
10      seen--we've got--many times, we've got objects that
11      bullets have struck, and we've looked at the
12      entrance angle.
13  Q   All right. Have you ever done a--you've never done
14      a hood, however, correct?
15  A   No.
16  Q   And have you ever done the type of computations you
17      did here, where you've measured an angle by doing
18      the difference between one side of the bullet
19      strike mark and the other side of the bullet strike
20      mark?
21  A   No, I don't think it's ever come up before. But
22      the thing that I believe is that if you do
23      something scientifically, you should be able to
24      depend on it. And we fired the projectiles. We

PAGE 53
Manning          Direct                    -53-

1       knew where they were. We were able to know what
2       the angles should be, and we were able to measure
3       it. And we were able to show clearly that you had
4       to use the--the one side, from a science approach.
5   Q   Now, let me mark finally this traffic accident
6       reconstruction document. Is that something that
7       you sent up to Mr. Gerarde also?
8   A   Yes.
9   Q   All right.
10              MR. ROSEN: We'll mark that as--what
11      exhibit are we up to, Madame Reporter?
12              THE REPORTER: 53.
13              MR. ROSEN: Okay. We'll mark that as
14      Exhibit 53. Thank you.
15              (DEPOSITION EXHIBIT NO. 53
16              MARKED FOR IDENTIFICATION)
17              MR. GERARDE: Dave, with your permission,
18      can we clip those together? There are a number of
19      loose pages.
20              MR. ROSEN: Please.
21              MR. GERARDE: Each exhibit will have its
22      own clip, then.
23              MR. ROSEN: Thank you.
24  Q   (By Mr. Rosen) Now, referring back to Exhibit 17,

Deposition of: Charles R. Manning, Ph.D., P.E.

## SHEET 15  PAGE 54

Manning — Direct — -54-

1  Doctor?
2  A  Yes.
3  Q  When you say "angle of offset"--
4  A  Yes.
5  Q  --how did you--how did you measure the angle of
6     offset?
7  A  Well, we measured how far out on the hood the
8     bullet struck. Instead of striking the center
9     line, it struck over so many inches, and we
10    measured over that distance, and we determined what
11    that angle was.
12 Q  All right. So you measured that angle with
13    reference to where Dr. Eberhardt was standing?
14 A  That's correct.
15 Q  And was--you said twenty-five feet. What was
16    twenty-five feet? From--from what?
17 A  From the entrance of the bullet hole.
18 Q  And what was twenty-five feet from the entrance of
19    the bullet hole?
20 A  Where he was shooting at. Well, I'm sorry. He was
21    shooting twenty-five feet from the front of the
22    hood.
23 Q  So he was standing twenty-five feet from the front
24    of the hood?

## PAGE 55

Manning — Direct — -55-

1  A  Yes.
2  Q  All right. And where--and how far from the front
3     of the hood was the--was the muzzle of the gun?
4  A  Twenty-five feet.
5  Q  All right. So he--his feet were further away than
6     twenty-five feet?
7  A  Oh, yeah. The gun was twenty-five feet from the
8     front of the hood.
9  Q  How wide is the hood of a Camaro?
10          MR. GERARDE: David, you mean a Camaro of
11     this vintage?
12          MR. ROSEN: Correct.
13 A  (Examines paperwritings.)
14 Q  That's Exhibit 20, right, Doctor?
15 A  Yeah. I'm looking at auto stats. I don't think it
16    gives you the hood width. Its width dimensions, it
17    gives you the maximum--the maximum width, which was
18    seventy-three inches.
19 Q  All right.
20 A  And obviously, the hood doesn't cover the full
21    seventy-three inches.
22 Q  So if you look at--well, just tell me if you would,
23    Doctor, because I--I haven't seen this, and you
24    have, approximately how far from the center line of

## PAGE 56

Manning — Direct — -56-

1     the hood is Bullet Strike Mark A?
2  A  That would--I don't know the exact width of the
3     hood, but it would be about--it's probably about
4     two feet.
5  Q  And just based on geometry, if you go about two
6     feet, whatever it is exactly, over from the center
7     line, and then you go back twenty-five feet from
8     the front of the vehicle, you're going to come up
9     with an angle of whatever the angle is here?
10 A  Whatever the angle is there. You should.
11 Q  Okay. Now, did you measure the angle of the right
12    side of the bullet strike on the hood, itself?
13         MR. GERARDE: You mean in his test shots?
14         MR. ROSEN: Yes.
15 A  Yeah, that--
16 Q  I'm trying to figure out--yeah.
17 A  That's where we would--we would measure from the
18    right side.
19 Q  Okay. But did you measure the angle between the
20    right side of the tear made by the bullet and the
21    center line? Did you measure that angle directly?
22 A  I don't know. Dr. Eberhardt determined that was
23    three-point-eight-one (3.81) degrees for that
24    particular one.

## PAGE 57

Manning — Direct — -57-

1  Q  Yeah, but my--you told me that he--
2  A  I don't think he can measure that directly, if he's
3     back twenty-five feet.
4  Q  But you said that he--that he came up with three-
5     point-eight-one (3.81) degrees by doing the
6     geometry of the--
7  A  Yes.
8  Q  --distance. Okay. But there's also the tear in
9     the actual bullet--in the actual hood, correct?
10 A  Yes.
11 Q  And the--and you said that that tear, the right
12    side of the tear, accurately reflects the angle of
13    incidence of the bullet, correct?
14 A  Exactly.
15 Q  All right. And did you meas--did you measure the
16    angle of incidence, looking at Exhibit 11, now?
17    Did he or you measure the angle of incidence of--
18    shown on the right side of that tear mark?
19 A  Not to my knowledge, no.
20 Q  Okay. Well, then how did he know that the right
21    side of the tear accurately showed the angle of
22    incidence?
23 A  Well, we know where we shot the bullet from, and we
24    know how the bullet traveled. And every one of the

SHEET 16   PAGE 58
Manning          Direct          -58-

1  bul--every one of the--the marks that did not
2  penetrate followed very carefully. And you could
3  see how we're going straight, and when you--when it
4  tore through, when it tore off to the left, that
5  was not indicative of the way the bullet was
6  coming.
7  Q  But now, if I didn't know, Doctor--looking at
8     Exhibit 11, if I didn't know where the shooter was
9     standing, and I wanted to figure out the angle at
10    which the bullet hit the hood, just looking at the
11    photograph or looking at the actual hood, what
12    would I do?
13 A  Well, you could--you could do just exactly what was
14    done on--what was--was done on our Exhibit 29, that
15    already shows that if you have the--the parallel
16    line as far as the center of the hood goes, that
17    you get the angle between that and the--where the
18    right side is. That gives you the angle that you
19    have with respect to that bullet.
20         And then they measured thirty-nine
21    degrees, which gave you the angle that they
22    believed you were with respect to that--the car.
23    But it wasn't. It's really twenty-nine degrees.
24         So what you--you can project that angle

PAGE 59
Manning          Direct          -59-

1  back from the hood, just like you have a line
2  straight--parallel with the hood. You project that
3  line back out there, and you can project exactly
4  where the shooter is.
5  Q  Well, Doctor, the angle that you said was really
6     twenty-nine, that they thought was thirty-nine,
7     that was the left side of the bullet strike,
8     correct?
9  A  That's correct. That's what they--that's where
10    they took and they projected that back out to where
11    the shooter was, which was not correct.
12 Q  Okay. What you told me before--tell me if I'm
13    wrong--was that the way you want to do it is you
14    want to measure the right side of the bullet
15    strike, correct?
16 A  Absolutely. And here it is. We put this down, and
17    you project this one back out to exactly where the
18    shooter is.
19 Q  All right. And is it your testimony that you or
20    Dr. Eberhardt measured those angles with respect to
21    this Bullet Strike Mark A, measured the angle
22    between the right side of the bullet strike, tear
23    and the center line?
24 A  That's correct.

PAGE 60
Manning          Direct          -60-

1  Q  All right. And now, how do you do that, given that
2     there appears to be some curvature on the right
3     side of the tear?
4  A  I--I'm sorry, I couldn't hear.
5  Q  How do you measure the angle between the right side
6     of the tear and the center line, given that the
7     photograph appears to show some curvature in that
8     line?
9  A  Oh. Well, if you--if you look at No. 11, you will
10    notice that the line is coming very, very straight
11    up there in front of it, and--
12 Q  Let me ask--let me ask you about A, because--okay.
13    Take a look at A, and tell me how I'm going to
14    figure out the angle of incidence by looking at the
15    right side of that bullet tear.
16 A  Just exactly like I've done right there. You
17    take--right before the bullet comes in, you can
18    clearly see--you can clearly see the--the mark
19    coming in.
20 Q  All right. What I'd like you to do, Doctor, I'
21    going to--I'm going to zoom in. It's going to take
22    a moment for me to zoom in here, because I know you
23    made a mark.
24         And I'd like you to hold that a little

PAGE 61
Manning          Direct          -61-

1  closer to your chest, so I can see it in the image.
2  Hold it right up right--
3  A  (Complies.)
4  Q  Thank you so much. I'm going to get up a little
5     closer; going to get even closer, closer. All
6     right. Now, let me focus. Okay. And what I'm--
7     now, explain what you were saying before.
8  A  All right. All you have to do is--
9        MR. GERARDE: Dave, excuse me. He tr:
10   to make a mark with a ballpoint pen on the glossy
11   photograph, and there's no ink on that right now.
12   Would you like him to use my pen that will make a
13   mark and do that?
14       THE WITNESS: So you can see it?
15       MR. ROSEN: Yes, please.
16       MR. GERARDE: All right. Here you go.
17       MR. ROSEN: Yes, please.
18       MR. GERARDE: All right.
19       THE WITNESS: It's not very good.
20       MR. GERARDE: Nothing--nothing seems to
21   be working. Wait a minute.
22       MR. ROSEN: If you have a piece of tape,
23   that would be good. Or you could--you could get a
24   straight edge and/or a piece of white paper, and

SHEET 17   PAGE 62
Manning                    Direct                    -62-

1   scotch tape it where you say that the--where the
2   line is.
3           (DISCUSSION OFF RECORD)
4           MR. GERARDE: I think this will work.
5           THE WITNESS: I don't think you can still
6   see the mark.
7           MR. ROSEN: All right. Well--
8           MR. GERARDE: If you can get closer, that
9   might help.
10          MR. ROSEN: All right. Well, let me--let
11  me try that, to get even closer.
12          THE WITNESS: Okay. I think you can see
13  it now.
14          MR. ROSEN: I'm just going to come as
15  tight as I possibly can, here. All right.
16 A  All right. The mark goes right up--right up here,
17    before there's any penetration. Straight line up
18    here, comes right up to this edge up here, and goes
19    right up to that corner.
20 Q  Okay. So you've made a mark that's basically--is
21    it fair to say, Doctor--and I--you'll have to
22    correct me, because I'm looking at this on a
23    screen. Is it fair to say that you basically went
24    on the right side, from the--from the lower corner,

PAGE 63
Manning                    Direct                    -63-

1     the front corner, to the rear corner?
2  A  There's a heavy--a creased line going all the way
3     up the right side here. And if you project it up,
4     it comes right to the edge up here, and then right
5     up to the corner.
6  Q  Okay. What I'd like to ask you to do, Doctor,
7     then--and we'll take a moment. I'd like you to
8     mark with a straight edge--you may have done it
9     already--the path of the bullet, so that when I see
10    the hard copy of this image, I'll be able to see
11    the path of the bullet.
12 A  I do have it marked with a straight edge.
13 Q  Okay. Thank you very much. And if I looked at it
14    in person, I'd be able to see the--the line that
15    the--
16 A  Oh, there, you could--now you can see it better.
17 Q  All right.
18 A  I tilted it.
19 Q  All right. Thank you. And how do you know that
20    that is the right line to use?
21 A  Well, we know that is the right line to use because
22    when we fired--if you look at Exhibit 14--
23 Q  Yes.
24 A  --if you look at the--at the top, up here--

PAGE 64
Manning                    Direct                    -64-

1  Q  Yes.
2  A  --these are ones that did not penetrate, and you
3     can see how straight this right side follows
4     through, each one of these that didn't penetrate.
5     The--it goes very--always follows that right side.
6  Q  Okay.
7  A  And you have to remember, we know where we were--we
8     know where we were standing, so we know where the--
9     what angle the bullet was at. And it matched every
10    time.
11 Q  Now, can you tell me, Doctor, considering that you
12    were--you were trying to determine the angle of
13    something that--that you now say is thirteen
14    degrees?
15 A  That's correct.
16 Q  Why did you only shoot at these angles of a maximum
17    of three-point-eight (3.8) degrees?
18 A  Well, I don't need to go out and shoot at some
19    other angle. I want to scientifically be able to
20    tell, when I shoot, what I need to measure to
21    determine what the angle that it was--any bullet
22    was fired from.
23         And that's what we did. We fired at that
24    hood from a known position, and we checked all of

PAGE 65
Manning                    Direct                    -65-

1     the--checked all of the--the bullet positions. And
2     all of them that didn't penetrate followed that
3     line.
4          The ones that did penetrate, if we
5     followed the right side, we had the correct angle.
6     If you tried to take the left side, where the
7     bullet was spinning and tearing out, it was
8     absolutely misleading.
9  Q  And did you, on the photograph--one of the
10    photographs that you said is your No. 29, did you
11    measure the angle on the photograph of the right
12    side of the tear?
13 A  Yes, I did.
14 Q  And what did you come up with?
15 A  I measured the--on the right side, I measured
16    thirteen degrees.
17 Q  Okay. All right. Doctor, I'd like to turn to your
18    studies of glass.
19 A  All right.
20 Q  Okay. And what did you--let's see. There are some
21    photographs here that appear to be photographs of
22    glass. And I'm referring to Exhibits 6, 7, and 8.
23 A  Correct.
24 Q  And in addition, the top photograph in Exhibit 9,

Deposition of: Charles R. Manning, Ph.D., P.E.

SHEET 29   PAGE 110
Manning                Direct                -110-

1  Q    All right. And in terms of determining the angle,
2       how do you determine the angle?
3  A    How do you determine the angle? Well, it's obvious
4       as far as--you could--you could get the angle. We
5       know that if you take the first bullet fired at
6       forty-three feet or forty-four feet, we know the
7       height of the hood on the Camaro.
8           We know that it penetrated it, so we can
9       determine what the angle is. I didn't determine
10      the angle, because when--when we shot it, we shot
11      it at fifty-seven inches, and we went through the
12      hood of the Camaro, and we could see that it was a
13      shallow angle. The one thing that--
14 Q    You mentioned--
15 A    I'm sorry. May I finish?
16 Q    Go ahead.
17 A    When you--the police stuck a rod down there.
18      Miller stuck a rod down there, and they took a
19      laser. Well, it's pretty obvious after we put
20      eight holes through there, that you cannot--that
21      you're talking seven-point-two-three (7.23)
22      degrees. There isn't any way with that bullet
23      tearing that up like that that you can--you can
24      measure what that angle is in any kind of accuracy.

PAGE 111
Manning                Direct                -111-

1       We know that--we know what the--we know
2       what the angle is coming in, because we can measure
3       the side of the hole.
4           And we know what the angle is, if you
5       want to know it, by knowing if you fire at a
6       certain level and at a distance, you can measure--
7       you can determine it. But sticking that stick in
8       there--and we did that--it's just not that
9       accurate. And it wasn't--I'm sorry.
10 Q    When did you stick a stick in there?
11 A    When we had the hood, I stuck a stick in there two
12      or three times. We've got--we've got some quarter-
13      inch dowel pins, and some three-eighths-inch dowel
14      pins that we'd stick in there.
15 Q    And what were you able to determine using the dowel
16      pins?
17 A    I determined that, in the first place, it wasn't--
18      it wasn't meaningful to me. I know how fast the
19      vehicle's going. I know what the bullet does. I
20      was able to reconstruct this very carefully. I can
21      put the dowel pin in there, though, and I can get--
22      I can get a pretty vari--wide variation in numbers
23      when I put the dowel pin in there, because of the
24      way that bullet, when it's spinning, tears that

PAGE 112
Manning                Direct                -112-

1       hole up.
2  Q    Do you get a wide variation in the angle to the
3       center line from the way the bullet tears the metal
4       up?
5  A    Oh, no. You don't get any variation in center line
6       where you're shooting, because we're able to
7       measure very carefully that line in front of it in
8       the right side. But going down in, no.
9  Q    All right. I'm looking at your report. And you
10      state here in Paragraph 2 of your report--this is
11      back to Exhibit 1, Doctor.
12 A    Okay.
13 Q    It says, "The Camaro was moving twenty-five to
14      thirty miles an hour, was moving forward at thirty-
15      six to forty-four feet per second," is that right?
16 A    Yes.
17 Q    Okay. And then you say, "The time between the two
18      shots of Officer Breen has been reported as one to
19      two seconds"?
20 A    Yes.
21 Q    And you continue--and you continue, "Thus, during
22      that time, the Camaro moved forward by between
23      thirty-six and eighty-eight feet," is that right?
24 A    Yes.

PAGE 113
Manning                Direct                -113-

1  Q    Okay. Is that your opinion to a reasonable degree
2       of scientific certainty, that during the time
3       referenced in this paragraph, the Camaro moved
4       forward between thirty-six and eighty-eight feet?
5  A    My opinion very--absolutely is that the--that the
6       Camaro moved forward about forty-two feet in that
7       time.
8  Q    And "that time" being what?
9  A    The time from the time he discharged the first
10      'til--fired the first time, until he was starting
11      to squeeze the trigger on the second one. One
12      second.
13 Q    Okay. And--okay. So one second represents your
14      determination of the time between the first shot
15      and when he started to squeeze the trigger on the
16      second shot, is that right?
17 A    One second by the time you--when he first shot the
18      second shot.
19 Q    Okay. When you say "shot," do you mean when the
20      bullet was discharged, or when he started to
21      squeeze?
22 A    From the time he fired the first one until he
23      started to squeeze the second one.
24 Q    And during that time, your opinion is that the--to

SHEET 32    PAGE 122
Manning        Direct        -122-
1  Q  By the hood of the hot water heater?
2  A  Yes, the exhaust on the hood.
3  Q  Oh, I see. And was--it didn't involve a hot water
4     heater flammable vapor fire claim--
5  A  Yes.
6  Q  --or did it? It did?
7  A  Yes.
8  Q  Well, I understand that all these involve
9     reconstructions, but something involving a hot
10    water heater, I would say, is not closely related
11    to this case. I wonder if you can identify any
12    matters that--where the work you did was more
13    closely related than with a hot water heater?
14 A  Well, there aren't--I doubt if there's any of them
15    in here that deal with a shooting of a car.
16 Q  Do any of them deal with either a shooting or a
17    car?
18 A  Well, they all--well, many of them deal with cars.
19 Q  Is that right?
20 A  Oh, sure. That's--we reconstruct airplane crashes,
21    train and boat accidents, motor vehicle accidents
22    all over the United States.
23 Q  Now, do you do this primarily for defendants versus
24    plaintiffs?

PAGE 123
Manning        Direct        -123-
1  A  No, we do a--do a fair amount of plaintiff's work.
2     Probably our two biggest clients are plaintiff's
3     law firms.
4  Q  Which firms are those?
5  A  It's Twiggs, Abrams, Trehy and Strickland, in
6     Raleigh, Howard Twiggs. And the other one is
7     called Kirby and Holt. It used to be Edwards and
8     Kirby, the United States Senator from North
9     Carolina, now.
10 Q  Yeah. All right.
11 A  We probably do more for them--and Mr. Abrams just
12    left the firm, one firm, and he's probably--we do
13    more for him than anybody.
14 Q  Overall, how does your--how does it break down,
15    plaintiff versus defendant?
16 A  Overall, we do probably about--I would say seventy
17    percent defense work and thirty percent plaintiff's
18    work.
19 Q  Now, are you the person who testifies all the time,
20    or just--does Mr.--
21 A  Everybody test--everybody testifies. I've got
22    seventeen engineers. They all testify.
23 Q  All right. One moment, here. (Pause.)
24            Doctor, could you calculate how far off

PAGE 124
Manning        Direct        -124-
1     to the side of the vehicle the officer was at the
2     time he fired the first shot if you knew the angle
3     with the center line of thirteen degrees and the
4     distance from the front of the car of forty-three
5     feet?
6  A  Yes.
7  Q  Have you done that?
8  A  No. No.
9  Q  How would--how would you do that? Is that a--just
10    simple geometry?
11 A  Just a geometry problem.
12 Q  You could find out how far off to the side he was,
13    is that right?
14 A  Yes.
15 Q  And you could determine that with a reasonable
16    degree of scientific certainty?
17 A  Yes.
18 Q  And do we have the numbers right? The thirteen
19    degrees with the center line is the angle that, to
20    a reasonable degree of scientific certainty, you
21    believe the bullet was fired from?
22 A  Yes.
23 Q  And the distance from the front of the vehicle to
24    where the officer's gun was was approximately--did

PAGE 125
Manning        Direct        -125-
1     you say forty-three feet, is that correct?
2  A  I think I said--I think forty-three to forty-five
3     feet. Yes.
4  Q  Okay. And that's also to a reasonable degree of
5     scientific certainty, is that correct?
6  A  Yes.
7  Q  I'm looking at Exhibit 28, Doctor.
8  A  What--what is 28?
9  Q  That's Mr. Miller's diagram, where you've made
10    other lines.
11 A  Oh, okay. I have it.
12 Q  All right. Now, if I--if we assume that that is a
13    scale diagram, Doctor--and without asking you to
14    verify somebody else's diagram, does it appear to
15    you to be a scale diagram?
16 A  Well, he has some measurements in there. Yes.
17 Q  Okay. And--and in any--
18 A  Well--
19 Q  Go ahead.
20 A  (Examines paperwriting.) Yeah, I think it's fairly
21    close.
22 Q  Okay. And the ang--the line that you drew that has
23    the narrowest angle to the center line is the--is
24    the line that's at a thirteen-degree angle, is that

SHEET 33 PAGE 126
Manning          Direct                -126-

1  correct?
2  A  That's a thirteen-degree angle. Right.
3  Q  Okay. And that is the actual angle that the--that
4     the bullet traveled at from the officer's gun to
5     the hood of the car, is that correct?
6  A  I believe that's the angle.
7  Q  All right.
8           MR. ROSEN: Well, I have no further
9     questions.
10          MR. GERARDE: I have no questions. Thank
11    you.
12          MR. ROSEN: All right. Thank you,
13    Doctor, very much.
14          (WITNESS EXCUSED)
15
16 (WHEREUPON, THE DEPOSITION WAS CONCLUDED AT 2:51 P.M.)
17

SIGNED THIS THE      DAY OF            , 2002.
                  (Charles R. Manning, Ph.D., P.E.)
STATE OF NORTH CAROLINA
COUNTY OF
SWORN TO AND SUBSCRIBED BEFORE ME THIS
   DAY OF           , 2002.
   Commission Expires        NOTARY PUBLIC
CMS 5/29/02

PAGE 127
STATE OF NORTH CAROLINA            -127-
COUNTY OF WAKE

            CERTIFICATE

     I, Carol M. Smith, CVR, a Notary Public in and for
the State of North Carolina, duly commissioned and
authorized to administer oaths and to take and certify
depositions, do hereby certify that on May 29, 2002,
CHARLES R. MANNING, PH.D., P.E., being by me duly sworn to
tell the truth, thereupon testified as above set forth as
found in the preceding 126 pages, his examination being
reported by me verbatim and then reduced to typewritten
form under my direct supervision; that the foregoing is a
true and correct transcript of said proceedings to the best
of my ability and understanding; that I am not related to
any of the parties to this action; that I am not interested
in the outcome of this case; that I am not of counsel nor
in the employ of any of the parties to this action.
     IN WITNESS WHEREOF, I have hereto set my hand and
affixed my official notarial seal, this the    day of
June, 2002.


                              Notary Public
My Commission Expires 11/30/04

Carol M. Smith, CVR
PACE REPORTING SERVICE
P. O. Box 252
Cary, North Carolina 27512
Telephone: 919/859-0000 (Raleigh)
           910/433-2926 (Fayetteville)
           910/790-5599 (Wilmington)

PAGE 128
Manning                              -i-

              EXHIBIT INDEX

EXHIBIT              PAGE MARKED
Plaintiff's 1-49          3
Plaintiff's 50           50
Plaintiff's 51           51
Plaintiff's 52           51
Plaintiff's 53           53

              * * * * * * * *

   (Reporter's Note: All exhibits were
        retained by Mr. Gerarde.)

PAGE 129
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

MARGARET COWAN, as        )
Administratrix            )
of the Estate of          )
Victoria Cooper,          )
           Plaintiff,     )
                          )   CIVIL NO.: 3:00CV00052(DJS)
     vs.                  )   ALL CASES
                          )
MICHAEL BREEN,            )
           Defendant.     )
--------------------------
MARGARET COWAN, as        )
Administratrix            )
of the Estate of          )
Victoria Cooper,          )
           Plaintiff,     )
                          )   CIVIL NO.: 301CV00229(DJS)
     vs.                  )
                          )   MARCH 7, 2002
TOWN OF NORTH BRANFORD,   )
           Defendant.     )
--------------------------

     A D D E N D U M   T O   D E P O S I T I O N   O F
     C H A R L E S   R.  M A N N I N G,  P H. D.,  P. E.

PAGE   LINE         SHOULD READ         REASON FOR CHANGE






Signed this the      day of            , 2002.
CMS 5/29/02            (Charles R. Manning, Ph.D., P.E.)