# TAB 1

# COWAN -V- BREEN/NORTH BRANFORD - BRUCE J. ROUNSAVILLE, M.D. - 5/9/02

## Page 1 to Page 75

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY: NIZIANKIEWICZ & MILLER

*NIZIANKIEWICZ & MILLER*
*972 Tolland St.*
*East Hartford, CT    06108-1533*
*Phone:   860-291-9191*
*FAX:    860-528-1972*

Page 49

1    A.   No. You can just infer how much has been
2 ingested, I mean how much has been taken in.
3    Q.   Now, drawing your attention to your report
4 marked as Defendant's Exhibit 5, the second page,
5 second paragraph, first sentence, the first sentence
6 says, "The long-term course and consequences of cocaine
7 use and abuse have been largely unstudied, and
8 statistics documenting the impact on life expectancy
9 are not available" –
10    A.   Right.
11    Q.   – "the way that such evidence is available
12 regarding cigarette use or high blood pressure."
13    A.   Right.
14    Q.   Now, if there are no studies concerning the
15 long-term course and consequences of cocaine use and
16 abuse, and there are no statistics available
17 documenting the impact of such use and abuse of cocaine
18 on life expectancy, how can you draw the conclusions
19 you have here in this report with regard to Victoria
20 Cooper?
21    A.   Well, the way I've couched the findings is
22 really in terms of what evidence is available, you
23 know, so I sort of am saying that there's no evidence
24 to suggest that her life expectancy should be impacted
25 in any precise way by her use of cocaine. The fact is

Page 50

1 that if a study were done, it's possible it would show
2 that there's some impact. But so far, there aren't
3 that kind of data available, and it would be very
4 difficult to do those kind of studies because of the
5 clandestine nature of cocaine use.
6    Q.   Let's talk about that study. Now, have you
7 – let's back up for a second.
8 Have you ever performed a study pertaining
9 to the long-term course and consequences of cocaine use
10 and abuse and that impact on life expectancy?
11    A.   We have done follow-up studies of cocaine
12 users in our treatment, but I wouldn't say they were
13 long-term. We usually follow them for a year or so
14 after an initial follow-up. But I have reviewed
15 literature and included a reference to a couple of such
16 studies that have been done.
17    Q.   But have you studied life expectancy and
18 cocaine use?
19    A.   I have. I have not conducted a study
20 myself. I have read articles on this study, on this
21 work, pertinent to this issue.
22    Q.   Okay. Now, you say in this first paragraph
23 that the consequences are largely unstudied. Which of
24 the references in your report relate to something that
25 is or was studied?

Page 51

1    A.   Okay, the Chen and Kandel article, and the
2 Murphy, et al article.
3    Q.   Okay. Now, the next part of your opinion
4 here draws some conclusions about Miss Cooper's
5 relatively late onset of cocaine use.
6    A.   Yes.
7    Q.   Now, earlier when we were going over the
8 factual basis of your opinions, you indicated that
9 there was no evidence for use prior to 1996 or 1997 by
10 Victoria Cooper, is that correct?
11    A.   Right.
12    Q.   While there's no evidence you reviewed,
13 it's equally likely that there might be some evidence
14 out there?
15    MR. ROSEN:   Object to the form of the
16 question.
17    A.   Of course more evidence could come forward,
18 but I wouldn't say it's equally likely.
19    Q.   Okay. Can you rule out that Victoria
20 Cooper –
21    A.   Cannot rule out. Sorry.
22    Q.   That's okay, I'm going to ask my question
23 again. Can you rule out that Victoria Cooper was or
24 was not using cocaine in 1995?
25    A.   Can't rule it out.

Page 52

1    Q.   Can you rule it out that she was using or
2 not using in 1994?
3    A.   Can't rule it out.
4    Q.   Can you rule it out that she was using or
5 not using in 1993?
6    A.   No evidence.
7    Q.   Okay. Now, you indicate here, "Numerous
8 studies indicate that initiation of illicit substance
9 use most typically occurs in the teens and early
10 twenties and that an early age of onset is one of the
11 best predictors of chronic course."
12    A.   Right.
13    Q.   What studies are those?
14    A.   Well, Dr. Kandel's and Chin's article is an
15 example of those studies, and it includes numerous
16 references to other studies that have been done.
17 Generally these are done as panel studies of, say, high
18 school students or junior high school students, and
19 then they'll take a thousand or a couple thousand
20 students and follow them over a 10-, 20-, 30-year
21 course and look and see who's used drugs when and how
22 long they stay and so forth and so on.
23    Q.   So it would be your opinion that it's
24 unusual for an individual to begin using crack cocaine
25 late in life?

Page 53

1   A.   Yes. But when it does happen, it generally
2  is an indicator that it's, you know, that that has a
3  pretty benign course, you know, that people who start
4  late in life, it's often circumstantial, like getting
5  involved with a cocaine-using boyfriend, or something
6  along those lines.
7   Q.   Now, you identify that Cooper never
8  experienced legal consequences related to drugs there
9  in that same paragraph.
10   A.   Right.
11   Q.   What do you mean by "legal consequences"?
12   A.   Well, I mean at least prior to what was
13  probably going to be an arrest for possession, prior to
14  that there is nothing that I reviewed that indicated
15  that she had any kind of a record that related that she
16  had a history of arrests or legal problems related to
17  her drug use.
18   Q.   Now, you're aware that Victoria Cooper
19  didn't have a bank account, is that correct?
20   A.   I wasn't aware of that, or it didn't
21  register particularly, but –
22   Q.   Were you aware that she didn't have any
23  credit cards?
24   A.   No. It probably was in the testimony,
25  but –

Page 54

1   Q.   Now, we just discussed that your report
2  indicates the long-term course and consequences of
3  cocaine use and abuse have been largely unstudied, and
4  the statistics documenting the impact of such behavior
5  on life expectancy are not available. And you even
6  indicated to me that you yourself have not conducted
7  such a study?
8   A.   Right.
9   Q.   If you were to conduct such a study, how
10  would you do it?
11   A.   Well, that's one of the reasons why it
12  hasn't been done. It would be very difficult to do.
13   Q.   Okay. So –
14   MR. ROSEN:   Wait, wait. You have to
15  let him finish his answer.
16   A.   The reason why one can do research on
17  long-term consequences of cigarette smoking, or
18  long-term consequences of this or that amount of
19  alcohol use is that those are relatively common events,
20  and there is no problem in getting relatively accurate
21  reporting about how many cigarettes that a person uses
22  and so forth and so on. Whereas cocaine use, regular
23  cocaine use, is still comparatively uncommon in the
24  population in any given moment, and the reporting of
25  that is bound to be a bit on the inaccurate side.

Page 55

1  But the way that these kind of things
2  usually are done is that large general population
3  groups of people are studied over long periods of time,
4  and their various habits are correlated with how long
5  they live.
6   Q.   Before we get more into that, when you say
7  "regular cocaine use," what does "regular cocaine use"
8  mean?
9   A.   Well, I would say that if you're using at
10  least once a month.
11   Q.   So if I'm understanding this correctly, one
12  of the primary difficulties in conducting a study of
13  the impact of cocaine use and abuse on life expectancy
14  is reporting inaccuracies, is that correct?
15   A.   Yeah.
16   Q.   What other kinds of problems might you
17  have?
18   A.   Well, the small, as I said, the relatively
19  small rates of people who are using, particularly later
20  in life, at any given time. In this Kandel study, in
21  this sample of people that were teenagers in the early
22  '70s and were then followed up until 1990, quite a few
23  of the women had used cocaine. Something like 37
24  percent or something of the sample had used cocaine at
25  one time or another.

Page 56

1  So using cocaine is not a rare, it's not a
2  problematic, you know, there are plenty of people that
3  have used cocaine at one time or another. But of
4  those, only around I think 13 percent of the women that
5  had used cocaine at any given time were now using it in
6  the past year. So it indicates that people go through
7  periods of cocaine use and then stop.
8   Q.   I'm not sure that beginning cocaine use,
9  having a course of cocaine behavior and then stopping
10  use is relevant to my question.
11   A.   Okay.
12   Q.   My question was life expectancy and cocaine
13  use. And you'd indicated that reporting inaccuracies
14  about the frequency, use and amount of cocaine use is
15  one of the primary difficulties with establishing an
16  accurate study of life expectancy. And it seems to me
17  that your last answer was that because people stop
18  using it over time, that is also a factor. Is that an
19  accurate characterization of your testimony?
20   MR. ROSEN:   Object to the form of the
21  question. You can answer.
22   A.   Well, I actually got sidetracked into
23  another issue.
24   Q.   I understand that, and we're going to move
25  to that one in a second, but –

Page 57

1  A.  But what I was starting to say was with the
2  absolute rates of people who are using cocaine being
3  low, things that happen infrequently in a population,
4  it's more difficult to study the impact of that. It's
5  just a statistical matter. So that if something is
6  done by 20 percent of the people or something, it's a
7  lot easier to tell its impact over time than if
8  something is done by 2 percent of the people.
9      Q.  And I think if I understand you correctly,
10 not only about the percentage of the overall
11 population, but if I smoked two or three cigarettes on
12 a monthly basis for a year or two in high school and
13 never do it again, it would be very difficult to draw
14 any conclusions of that on my life expectancy?
15     MR. ROSEN:  Object to the form of the
16 question.
17 A.  Right. Another issue is the, well, that
18 does get done. You can look at the correlation. But
19 right, I mean understanding what the correlation means
20 is often difficult if there's a huge time gap between,
21 you know, the end point and the thing that happened.
22     Q.  So the two principle problems you
23 identified in conducting studies in cocaine use and
24 abuse in life expectancy were reporting inaccuracies
25 and the overall small amount of the population that is

Page 58

1  in fact a regular cocaine user and thus a candidate for
2  the study?
3  A.  Right.
4      Q.  Let's talk about those reporting
5  inaccuracies. What kind of reporting inaccuracies
6  would you have?
7  A.  Well, particularly in nontreatment kind of
8  situations, telling people that you're using something
9  that can only be obtained illegally.
10     Q.  People are not likely to volunteer that
11 they're using cocaine if they know it's illegal?
12 A.  Well, it's interesting. Actually, you
13 know, a remarkably large number of people do. I mean
14 given these studies of cocaine use, you know, they
15 didn't follow these panels until a large number of them
16 had died, and so, you know, the expense, presumably.
17 That could have been studied. And a large number in
18 that Kandel article and then the articles referred to
19 by Kandel, as I said, over 30 percent of the women in
20 that sample admitted to having used cocaine at some
21 time, and something like 60 percent of the men. A very
22 high percentage of the men admitted to it. So I guess
23 the reporting accuracy isn't as bad as I suggested,
24 unless it's even higher than that.
25     Q.  Towards the end of your report you say

Page 59

1  here, "Regarding the most likely trajectory of her
2  cocaine use," referring to Cooper, "the most common
3  course for nontreatment-seeking regular cocaine users
4  is one of episodic use followed by natural recovery
5  with use tapering off."
6  A.  Yes.
7      Q.  So why do we have the war on drugs?
8  A.  Well, the most common course is that. But
9  the fact is that a proportion, around 10 to 20 percent
10 of people have more severe problems and that it doesn't
11 just taper off. But again, if what you're asking for
12 is what's the most probable thing, if you sort of say
13 Victoria Cooper is in this set of people who are
14 cocaine users, you know, and you're asked to sort of
15 say, if you had to bet how is she going to be doing,
16 you would bet that she'd be doing how most of the
17 people are doing as opposed to betting that she'd be
18 doing how the worst part was doing.
19 So drug use is something that can have
20 terrible consequences and ruin people's lives, but
21 fortunately, it's only the minority for which this is
22 the case.
23     MR. ROSEN:  We have a war on cancer,
24 too, you know, John, and not everybody gets
25 cancer.

Page 60

1  A.  It's a nice question.
2      Q.  You know, I read your report, and it made
3  me think that I could go out and start smoking crack; I
4  mean I'm taking a bet that I'm not one of that 10 or 20
5  percent.
6  A.  Well, you know, that is the issue, is that
7  most -- that's one of the reasons why it's so hard to
8  get people not to use is that most people who are
9  turned on by drugs are turned on by people who have not
10 had problems, aren't having problems with them at the
11 time. And so everybody that they see around them is
12 not, you know, at the time that they're initiated,
13 they're usually initiated by other people who are using
14 recreationally. And then once you go on to become a
15 really heavy problematic user, you often get out of
16 pool of people who would be initiating other people.
17 The exception, though, is that a lot of
18 times women get started in using cocaine because they
19 get involved with -- or hard drugs -- they get involved
20 with a drug-using man who may be having a lot of
21 problems with the drugs.
22     Q.  Right. That could be like Steven Guerette?
23 A.  Like Steven Guerette, or whatever the
24 previous guy, Andy.
25     Q.  Right. And Steven Guerette's admitted

Page 73

1  STATE OF CONNECTICUT )
   ) ss.
2  COUNTY OF NEW HAVEN )
3
4   I, Peggy McKie, a notary public for the State
5  of Connecticut, do hereby certify that the deposition
6  of BRUCE J. ROUNSAVILLE, M.D., was taken before me
7  pursuant to the Federal Rules of Civil Procedure at the
8  law offices of Rosen & Dolan, P.C., 400 Orange Street,
9  New Haven Connecticut, commencing at 8:59 a.m. on
10 Thursday, May 9, 2002.
11  I further certify that the witness was first
12 sworn by me to tell the truth, the whole truth, and
13 nothing but the truth, and was examined by counsel, and
14 his testimony was stenographically reported by me and
15 subsequently transcribed as hereinbefore appears.
16  I further certify that I am not related to
17 the parties hereto or their counsel, and that I am not
18 in any way interested in the event of said cause.
19  Dated at Madison, Connecticut, this
20 day of , 2002.
21
22
23 Peggy McKie
   Notary Public
24
25 My commission expires November 30, 2003.

Page 74

1  I N D E X
2
3  WITNESS                                       PAGE
4  BRUCE J. ROUNSAVILLE, M.D.
5  Direct examination by Mr. Radshaw             3
6
7  DEFENDANT'S EXHIBITS
       (For identification)
8
   EXHIBIT                                       PAGE
9
   1 Notice of Deposition                        4
10
   2 Request for Production of Documents at      5
11 Deposition
12 3 Disclosure of Experts                       10
13 4 Curriculum vitae                            14
14 5 Letter dated 2-12-02 to David Rosen from    9
   Dr. Rounsaville
15
   6 Dr. Rounsaville's file                     7
16
       (Original exhibits retained by Mr. Radshaw.)
17
18
19
20
21
22
23
24
25

Page 75

1  CERTIFICATE OF DEPONENT
2
3   I, BRUCE J. ROUNSAVILLE, M.D., have read the
4  foregoing transcript of the testimony given at the
5  deposition on Thursday, May 9, 2002, and it is true and
6  accurate to the best of my knowledge and/or with the
7  changes as noted in the attached errata sheet.
8
9
10
11 Bruce J. Rounsaville, M.D.
12
13  Subscribed and sworn to before me this
14 day of , 2002.
15
16
17 Notary Public
18
   My commission expires:
19
20
21 NO. 3:00 CV 052 (DJS)
   MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF
22 VICTORIA COOPER, VS. MICHAEL BREEN
23 NO. 3:01 CV 229 (DJS)
   MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF
24 VICTORIA COOPER, VS. NORTH BRANFORD
25 BRUCE J. ROUNSAVILLE, M.D. (pmc) MAY 9, 2002