UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET COWAN,<br>  as Administratrix of the<br>  Estate of Victoria Cooper,<br>    Plaintiff, | | |
| V. | : | CIVIL NO.: 3:00CV00052(RNC) |
| MICHAEL BREEN,<br>    Defendant. | : | |
| MARGARET COWAN,<br>  as Administratrix of the<br>  Estate of Victoria Cooper,<br>    Plaintiff, | | |
| V. | : | CIVIL NO.: 301CV00229(RNC) |
| TOWN OF NORTH BRANFORD<br>    Defendant. | : | JUNE 20, 2005 |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION IN LIMINE RE EXHIBITS 49, 50, 51 AND 52**

These motions concern four photographs of the hood of the Camaro. They also contain string along the line of the bullet mark and a protractor. Defendants argue that because their expert Charles Manning has "pointed out" that the angle indicated on the protractor is not the correct angle, the exhibits should be excluded. Assuming that Dr. Manning testifies to the same effect at trial, plaintiff will not offer photos 51 and 52 and will claim exhibit 49 only for the overall view of the hood and penetration mark, without claiming the angle shown on the protractor (the protractor and angle are barely visible in the photo anyway). Plaintiff has already withdrawn exhibit 50.

The motion should therefore be denied as moot.

                          THE PLAINTIFF

                          By /s/ David N. Rosen
                          David N. Rosen
                          400 Orange Street
                          New Haven, Connecticut 06511
                          (203) 787-3513
                          CT00196
                          E-mail: drosen@davidrosenlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing Memorandum was sent first class mail, postage prepaid on June 20, 2005 to:

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut  06114

                          /s/ David N. Rosen
                          David N. Rosen