UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                                    :        CIVIL NO.: 3:00CV00052(RNC)
                                            ALL CASES

MICHAEL BREEN,                :
      Defendant.


MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                                      :        CIVIL NO.: 301CV00229 (RNC)

TOWN OF NORTH BRANFORD    :        JUNE 20, 2005
      Defendant.

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION IN LIMINE RE BLOODY CLOTHES**

     Plaintiff will offer one item of clothing that Vicki Cooper was wearing when she was shot – her blue polo shirt. Defendants claim that this item has no evidentiary value and is prejudicial, but they are wrong on both counts.

     The shirt is bright, light blue, and the jury may find that it was visible to defendant Breen as he prepared to shoot his first, or at least his second, bullet. If so, that would confirm the identity of the driver (the defense has intimated that Breen may not have known who was driving the car), and it would make it more likely that Breen *knew* that he was shooting Vicki Cooper in

the back. Moreover, the shirt has two bullet holes, corresponding to the entry and exit wounds. It is relevant in order to determine where the bullets entered and exited and whether the victim's shirt was lifted up, indicating she was trying to twist out of Breen's way, not trying to drive the car into him. Third, the amount of blood on the left side of the shirt is a clue to where the blood on the window glass came from, which in turn may be helpful in understanding the reconstruction of the window.

There is no prejudice. It's just a shirt. True, it has stains of what the jury will know are blood, and it may make Breen's conduct more palpable. But that's not unfair, and it is certainly not "undue" prejudice. The motion should be denied.

THE PLAINTIFF

By /s/ David N. Rosen
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing Memorandum was sent first class mail, postage prepaid on June 20, 2005 to:


Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut  06114


        /s/ David N. Rosen
David N. Rosen