UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                              :       CIVIL NO.: 3:00CV00052(RNC)
                                     ALL CASES

MICHAEL BREEN,            :
      Defendant.


MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                              :       CIVIL NO.: 301CV00229 (RNC)

TOWN OF NORTH BRANFORD   :       JUNE 20, 2005
      Defendant.

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION IN LIMINE RE WRITTEN STATEMENT OF STEPHEN SMALLS**

     This motion concerns the written statement of a neighborhood resident who witnessed some of the events surrounding the shooting, though not the shooting itself. Plaintiff may offer this statement as recorded recollection pursuant to Fed. R. Evid. 803(5) but does not at this time anticipate offering it as a full exhibit. The motion should be denied as moot.

THE PLAINTIFF

By /s/ David N. Rosen
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com

CERTIFICATION

I hereby certify that a copy of the foregoing Memorandum was sent first class mail, postage prepaid on June 20, 2005 to:

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut  06114

/s/ David N. Rosen
David N. Rosen