UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET COWAN,<br>  as Administratrix of the<br>  Estate of Victoria Cooper,<br>      Plaintiff, | | |
| V. | : | CIVIL NO.: 3:00CV00052(RNC)<br>ALL CASES |
| MICHAEL BREEN,<br>      Defendant. | : | |
| | | |
| MARGARET COWAN,<br>  as Administratrix of the<br>  Estate of Victoria Cooper,<br>      Plaintiff, | | |
| V. | : | CIVIL NO.: 301CV00229 (RNC) |
| TOWN OF NORTH BRANFORD<br>      Defendant. | : | JUNE 20, 2005 |

**PLAINTIFF'S MEMORANDUM RE DEFENDANTS'**
**MOTION IN LIMINE RE CV OF FYFE AND ROUNSAVILLE**

    Plaintiff will not offer these cv's, except that if Dr. Fyfe is unable either to come to court or to give a deposition, plaintiff will seek to have his credentials put before the jury, whether by introduction of his cv, by stipulation, or by such other means as the Court approves.

1

                THE PLAINTIFF

                By <u>/s/ David N. Rosen</u>
                David N. Rosen
                400 Orange Street
                New Haven, Connecticut 06511
                (203) 787-3513
                CT00196
                E-mail: drosen@davidrosenlaw.com
                Her Attorney

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing Memorandum was sent first class mail, postage prepaid on June 20, 2005 to:

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut  06114

                <u>/s/ David N. Rosen</u>
                David N. Rosen