# UNITED STATES DISTRICT COURT

DISTRICT OF _____CONNECTICUT_____

MARGARET COWAN

V.

MICHAEL BREEN, ET AL

**EXHIBIT ~~AND WITNESS~~ LIST**

Case Number: 3:00CV52 (RNC)

| PRESIDING JUDGE Chatigny | PLAINTIFF'S ATTORNEY Rosen | DEFENDANT'S ATTORNEY Geraide, Radshaw |
|---|---|---|
| TRIAL DATE(S) 6/24/05 - | COURT REPORTER Warner | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/24/05 | ✓ | ✓ | Drawing of Angle re: Schwendy Gun Testing |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages