UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN,
  as Administratrix of the
    Estate of Victoria Cooper,
      Plaintiff,

V.                                 :      CIVIL NO.: 3:00CV00052(RNC)

MICHAEL BREEN,                  :
    Defendant.


MARGARET COWAN,
  as Administratrix of the
    Estate of Victoria Cooper,
      Plaintiff,

V.                                 :      CIVIL NO.: 301CV00229(RNC)

TOWN OF NORTH BRANFORD      :      JULY 1, 2005
    Defendant.

## MOTION TO GIVE EFFECT TO ADMISSION

      Defendants have admitted that Officer Breen was "approximately 50 feet away from the Camaro when he began to pull the trigger on his gun that resulted in the firing of the first shot." In order to head off any problems, plaintiff moves pursuant to Fed. R. Civ. P. 36 for an order giving this admission effect. Caselaw sharply restricts parties' freedom to define "approximately" to include any interval they choose; according to the cases, "approximations" include only *immaterial* variations. As set forth in the attached memorandum, plaintiff requests the Court to require the parties to accept the approximation as "conclusively established" and as excluding any material variation from the approximated distance of 50 feet.

1

                 THE PLAINTIFF

                 By /s/Barbara Goren
                 David N. Rosen
                 Barbara Goren
                 400 Orange Street
                 New Haven, Connecticut 06511
                 (203) 787-3513
                 CT00196
                 E-mail: drosen@davidrosenlaw.com
                 E-mail: barbara.goren@aya.yale.edu

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing Motion was sent first class mail, postage prepaid on July 1, 2005 to:

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut  06114

                 /s/Barbara Goren
_____ Barbara Goren