# TAB 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN, as )
Administratrix )
of the Estate of )
Victoria Cooper, )
    Plaintiff, )
             ) CIVIL NO.: 3:00CV00052(DJS)
vs.     ) ALL CASES
             )
MICHAEL BREEN, )
    Defendant. )
-----------------------

MARGARET COWAN, as )
Administratrix )
of the Estate of )
Victoria Cooper, )
    Plaintiff, )
             ) CIVIL NO.: 301CV00229(DJS)
vs.     )
             ) MARCH 7, 2002
TOWN OF NORTH BRANFORD, )
    Defendant. )
-----------------------

DEPOSITION OF
CHARLES R. MANNING, PH.D., P.E.

APPEARANCES

For the Plaintiff:    Mr. David N. Rosen
(via videoconference)    Rosen & Dolan
                400 Orange Street
                New Haven, Connecticut
                    06511

For the Defendants:    Mr. Thomas R. Gerarde
                Howd & Ludorf
                65 Wethersfield Avenue
                Hartford, Connecticut
                    06114-1190

In Raleigh, N.C.    Reported by:
May 29, 2002       Carol M. Smith, CVR

Manning             Direct                -124-

```
 1         to the side of the vehicle the officer was at the
 2         time he fired the first shot if you knew the angle
 3         with the center line of thirteen degrees and the
 4         distance from the front of the car of forty-three
 5         feet?
 6    A    Yes.
 7    Q    Have you done that?
 8    A    No.  No.
 9    Q    How would--how would you do that?  Is that a--just
10         simple geometry?
11    A    Just a geometry problem.
12    Q    You could find out how far off to the side he was,
13         is that right?
14    A    Yes.
15    Q    And you could determine that with a reasonable
16         degree of scientific certainty?
17    A    Yes.
18    Q    And do we have the numbers right?  The thirteen
19         degrees with the center line is the angle that, to
20         a reasonable degree of scientific certainty, you
21         believe the bullet was fired from?
22    A    Yes.
23    Q    And the distance from the front of the vehicle to
24         where the officer's gun was was approximately--did
```

```
     Manning              Direct              -125-
1        you say forty-three feet, is that correct?
2   A    I think I said--I think forty-three to forty-five
3        feet. Yes.
4   Q    Okay. And that's also to a reasonable degree of
5        scientific certainty, is that correct?
6   A    Yes.
7   Q    I'm looking at Exhibit 28, Doctor.
8   A    What--what is 28?
9   Q    That's Mr. Miller's diagram, where you've made
10       other lines.
11  A    Oh, okay. I have it.
12  Q    All right. Now, if I--if we assume that that is a
13       scale diagram, Doctor--and without asking you to
14       verify somebody else's diagram, does it appear to
15       you to be a scale diagram?
16  A    Well, he has some measurements in there. Yes.
17  Q    Okay. And--and in any--
18  A    Well--
19  Q    Go ahead.
20  A    (Examines paperwriting.) Yeah, I think it's fairly
21       close.
22  Q    Okay. And the ang--the line that you drew that has
23       the narrowest angle to the center line is the--is
24       the line that's at a thirteen-degree angle, is that
```

STATE OF NORTH CAROLINA                  -127-
COUNTY OF WAKE

        C E R T I F I C A T E

    I, Carol M. Smith, CVR, a Notary Public in and for the State of North Carolina, duly commissioned and authorized to administer oaths and to take and certify depositions, do hereby certify that on May 29, 2002, CHARLES R. MANNING, PH.D., P.E., being by me duly sworn to tell the truth, thereupon testified as above set forth as found in the preceding 126 pages, his examination being reported by me verbatim and then reduced to typewritten form under my direct supervision; that the foregoing is a true and correct transcript of said proceedings to the best of my ability and understanding; that I am not related to any of the parties to this action; that I am not interested in the outcome of this case; that I am not of counsel nor in the employ of any of the parties to this action.

    IN WITNESS WHEREOF, I have hereto set my hand and affixed my official notarial seal, this the      day of June, 2002.


                   Notary Public
My Commission Expires 11/30/04
Carol M. Smith, CVR
PACE REPORTING SERVICE
P. O. Box 252
Cary, North Carolina 27512
Telephone: 919/859-0000 (Raleigh)
           910/433-2926 (Fayetteville)
           910/790-5599 (Wilmington)