UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:00 CV 0052 (RNC) |
| v. | : : | |
| MICHAEL BREEN | : | |
| | | |
| MARGARET COWAN, ADMINISTRATRIX OF THE ESTATE OF VICTORIA COOPER | : : : : | NO.: 3:01 CV 0229 (RNC) |
| v. | : : | |
| NORTH BRANFORD | : | JULY 5, 2005 |

**MOTION TO GIVE EFFECT TO ADMISSION**

The defendants in this case move to admit the plaintiff's requests for admission as follows and have the court instruct that such matter has been established:

57. Between his two shots, Breen moved generally toward his right.

**RESPONSE**:   Admitted.

THE DEFENDANTS,
MICHAEL BREEN and TOWN OF
NORTH BRANFORD

_____
Thomas R. Gerarde, ct5640
John J. Radshaw, III, ct19882
Jeffery E. Potter, ct26356
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

2

**<u>CERTIFICATION</u>**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 5th day of July 2005.

David N. Rosen, Esquire  
Rosen & Dolan, PC  
400 Orange Street  
New Haven, CT  06511

 

_____  
Thomas R. Gerarde  
John J. Radshaw, III  
Jeffery E. Potter

2