AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF ___Connecticut___

FILED

Margaret Cowan

V.

Michael Breen, et al

Plaintiff's ~~EXHIBIT AND~~ WITNESS LIST

2005 JUL 14 P 3: 24

DISTRICT COURT

Case Number:  3:00CV52 (RNC)

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE Chatigny | | | PLAINTIFF'S ATTORNEY Rosen, Goren | | DEFENDANT'S ATTORNEY Gerarde, Radshaw |
| TRIAL DATE (S) 7/6/05 - | | | COURT REPORTER Warner, Huntington, Thompson | | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/6/05 | | | Jeffrey Twohill, Wallingford, CT - sworn. |
| 2. | | 7/6/05 | | | Michael Breen, North Branford, CT- sworn |
| | | 7/7/05 | | | " " " - previously sworn |
| 3 | | 7/7/05 | | | Kent Schwendy, Manchester, CT- sworn |
| | | 7/8/05 | | | " " " - previously sworn |
| 4 | | 7/8/05 | | | William Carver, Farmington, CT- sworn |
| 5 | | 7/11/05 | | | James Fyfe (NYPD - by ~~video~~ deposition taken 7/1/05 |
| 6 | | 7/12/05 | | | Leonard Popolizio, North Branford, CT- sworn |
| 7 | | 7/13/05 | | | Dr. Henry Lee, Meriden, CT- sworn. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | \ | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages