AO 187 (Rev. 7/87) Exhibit and Witness List

00CV2 pl ach

# UNITED STATES DISTRICT COURT

DISTRICT OF    Connecticut

FILED

Margaret Cowan

Plaintiff's
**EXHIBIT ~~AND WITNESS~~ LIST**

2005 JUL 14 P 3: 24

V.

Michael Breen, et al

Case Number: 3:00CV52 (RNC)

DISTRICT COURT
T??? CT.

| | | | | | |
|---|---|---|---|---|---|
| **PRESIDING JUDGE** Chatigny | | **PLAINTIFF'S ATTORNEY** Rosen, Goren | | **DEFENDANT'S ATTORNEY** Gerarde, Radshaw | |
| **TRIAL DATE (S)** 7/6/05 - | | **COURT REPORTER** Warner, Huntington | | **COURTROOM DEPUTY** Walker | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | See attached |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

## COOPER V. BREEN, ET AL
## PLAINTIFF'S EXHIBITS

| # | DESCRIPTION |
|---|---|
| 1    7\|6\|05 | July 27 Breen Report |
| 2    7\|13\|05 | Guida Sketch map 9/2/99 |
| 3    7\|6\|05 | Enlargement-Guida Sketch map 9/2/99 |
| 5    7\|6\|05 | photo 6-Aerial Photography Report by Detective Murray 1/7/00   5E -enlargement |
| 6    7\|6\|05 | photo 1-overhead photo of car taken on 10/23/99 |
| 8    7\|13\|05 | sketch map from Officer Breen-8/3/99 |
| 9    7\|6\|05 | aerial photo with marking-Breen ex 7 |
| X | State police video 7/13/99 |
| 15    7\|13\|05 | Photo 1-Color Photography Report 7/13/99 |
| 16    7\|6\|05 | Photo 2-Color Photography Report 7/13/99   (marked by Det.Murray on enlargement) |
| 17    7\|13\|05 | Photo 6-Color Photography Report 7/13/99 |
| 18    7\|6\|05 | Photo 9-Color Photography Report 7/13/99 |
| 19    7\|6\|05 | Photo 10-Color Photography Report 7/13/99 |
| 21    7\|8\|05 | Photo 21-Color Photography Report 7/13/99 |
| 22    7\|13\|05 | Photo 14-Color Photography Report 7/13/99 |
| 23    7\|13\|05 | Photo of Camaro on rail |
| 24    7\|13\|05 | Photo 20-Color Photography Report 7/13/99 |
| 25    7\|13\|05 | Photo 26-Color Photography Report 7/13/99 |
| 26    7\|6\|05 | Photo 29-Color Photography Report 7/13/99 |
| 27    7\|13\|05 | Photo 33-Color Photography Report 7/13/99 |
| 28    7\|6\|05 | Photo 35-Color Photography Report 7/13/99 |
| 29    7\|13\|05 | Photo 37-Color Photography Report 7/13/99 |
| 30    7\|6\|05 | Photo 38-Color Photography Report 7/13/99 |
| 31    7\|6\|05 | Photo 39-Color Photography Report 7/13/99 |

| 32 | 7/13/05 | Photo 40-Color Photography Report 7/13/99 |
| 33 | | Photo 30-State Police Reconstruction Report |
| 34 | | Scene Photo 24-State Police Reconstruction Report |
| 35 | | Photo 28-State Police Reconstruction Report |
| 36 | 7/6/05 | Reconstructed window |
| 37 | 7/6/05 | Survey map of scene   (also marked as Δ's 110 ) |
| 38 | 7/13/05 | Photo 32-State Police Reconstruction Report |
| 39 | 7/6/05 | P-19-Envelopes with Glass - Murray depo exhibits |
| 40 | | P-20-Envelopes with Glass - Murray depo exhibits |
| 41 | | P-21-Envelopes with Glass - Murray depo exhibits |
| 42 | 7/6/05 | P-22-Envelopes with Glass - Murray depo exhibits |
| 43 | 7/6/05 | P-23-Envelopes with Glass - Murray depo exhibits |
| 44 | 7/11/05 by A | Photo 1-Color Print Photography Report done of hood by Detective Guida 8/23/99 |
| 47 | 7/13/05 | photo 2-from 2nd Bullet Trajectory Photography Report by Detective Murray 1/13/00 |
| 48 | 7/12/05 | photo 3-2nd Bullet Trajectory Photography Report by Detective Murray 1/13/00 |
| 49 | 7/6/05 | Photo 5-Photo of Hood with String & Protractor 7/22/99 |
| 50 | | Withdrawn |
| 53 | 7/11/05 ✓ | P-12-bullet recovered from scene - Murray exhibits |
| 54 | 7/13/05 | P-13-bullet jacket recovered from scene - Murray exhibits |
| 55 | | P-14-shell casings recovered from scene - Murray exhibits |
| 56 | | P-15-shell casings recovered from scene - Murray exhibits |
| 57 | | P-16-bullet with attached jacket recovered from scene - Murray exhibits |
| 58 | | P-18-bullet jacket recovered from scene - Murray exhibits |
| 59 | | P-24-Envelopes with Glass - Murray depo exhibits |
| 60 | | P-25-Envelopes with Glass - Murray depo exhibits |
| 61 | | handcuffs P-32 |

| 62 | 7/13/05 | Registration P-33 |
| 63 | ↓ | Towing bill P-34 |
| ✗ | | Items from hood, P-36 |
| 65 | 7/13/05 | Broken glass P-42 |
| 66 | 7/6/05 | photo of glass-Twohill Exhibit 2 |
| 67 | 7/6/05 | photo of glass-Twohill Exhibit 3 |
| 68 | 7/6/05 | photo of glass-Twohill Exhibit 4 |
| 69 | 7/6/05 | photo of glass-Twohill exhibit 5 |
| 70 | 7/6/05 | photo of glass- Twohill exhibit 6 |
| 71 | 7/13/05 | not to scale sketch of the found bullet |
| 72 | 7/13/05 | Firearms Exam from James Stephenson & Edward Jachimowicz |
| 73 | 7/13/05 | 8/2/99 ⌐ Supplemental CSP report 7/15/99 |
| (74) ? | 7/13/05 | Cross Slope Report |
| ✗ | | ~~Victim's shirt~~ |
| 76 | 7/8/05 | Autopsy Photos +(76 A) on 7/8/05 |
| 78 | 7/13/05 | Autopsy report "Evidence of Injury" section, redacted |
| ✗ | | 7/26/92 medical record of visit to eye doctor |
| ✗ | | Report of Dr. Forkiotis |
| 81 | 7/13/05 | Reconstruction Report **just use the regular report - replace redacted pages with original pages** |
| ⊗ | 201 ID | Report from Charles Manning, Ph.D, P.E.  (not going) |
| ✗ | | Withdrawn |
| ✗ | | Still frames from animation showing Dr. Manning's conclusions **we are still waiting to get this.** |
| 86 ✗ | | animation to demonstrate Schwendy conclusions |
| ✗ | | Prior version of animation, showing Dr. Manning's conclusions |
| ✗ | | Image showing comparison of Manning & Schwendy calculations **this is** |
| ✗ | | Schwendy table - input data |
| 90 ✗ | | Schwendy table - relative location calculations |

(73)

| 91 | Schwendy table-reconstruction calculations |
|---|---|
| 92 | Schwendy table - relative location calculations |
| 93 | Schwendy table - time line reconstruction calculations |
| 94 | Enlargement of animation still frames side by side **we are supposed to get a replacement page for this- with better color.** |
| 95 | model of scene, hard copy of animation still frames and objects depicted in animation |
| 96   7/12/05 | photo of bullet strikes in hood |
| 97   7/12/05 | photo of bullet strikes in hood |
| 98   7/12/05   ✓ | photo of bullet strikes in hood |
| 99 | photo of bullet strikes in hood |
| 100 | photo of bullet strikes in hood |
| 101 | photo of bullet strikes in hood |
| 102 | photo of bullet strikes in hood |
| 103 | photo of bullet strikes in hood |
| 104   7/12/05 | N. Branford policy re use of force as of 7/13/99 |
| 105 | N. Branford policy re use of force, as changed after shooting |
| 106   7/13/05 | Glock and Smith & Wesson informational material |
| 107 | Exemplar Glock 22 |
| 108 | Exemplar cartridge |
| 109   7/13/05 | Autostats data re Camaro |
| 111   7/6/05 | Photo of Vicki Cooper **this is the new photo from jinny blaisdell** |
| 113   7/11/05 | Statement of Stephen Small, 8/11/99 |
| 132   7/11/05 | Defendants' responses to requests for admission number 24,52, 78-81, 93, 161-166 |
| 133   7/6/05 | Schwendy photograph of Camaro hood |
| 134 | Schwendy photograph of Camaro hood |
| 135 | Schwendy photograph of Camaro hood |

| 136 | 7\|6\|05 | Schwendy photograph of Camaro hood | |
|---|---|---|---|
| 137 | 7\|6\|05 | Schwendy photograph of Camaro hood | |
| ~~138~~ | | Schwendy photograph of Camaro hood | |
| 139 | 7\|6\|05 | Schwendy photograph of Camaro hood | |
| 140 | 7\|7\|05 | Schwendy photograph of exemplar hood | |
| 141 | 7\|7\|05 | Schwendy photograph of exemplar hood | |
| 142 | 7\|7\|05 | Schwendy photograph of exemplar hood | |
| ~~143~~ | | Schwendy photograph of exemplar hood | |
| 144 | 7\|7\|05 | Schwendy photograph of test procedure | 144E - enlargement |
| 145 | 7\|7\|05 | Schwendy photograph of test procedure | |
| 146 | 7\|7\|05 | Schwendy photograph of test procedure | |
| 147 | 7\|7\|05 | Schwendy photo of test procedure | |
| 148 | 7\|7\|05 | Schwendy photograph of test bullet strikes | |
| 149 | 7\|7\|05 | Schwendy photograph of test bullet strikes | |
| 150 | 7\|7\|05 | Photo - Schwendy | |
| 151 | 7\|7\|05 | Photo - Schwendy | |
| ✗ 77 | 7\|7\|05 | CSP #5 Photo - B+W | |
| ✗ 200A 200B 200C | 7\|7\|05 | Drawings made in Court by Schwendy | |
| ~~154~~ | ~~7\|8\|05~~ | ~~Schwendy photograph. (same as 149)~~ | |
| ✗ 45 | 7\|12\|05 | Bullet Strike Photograph w/white tape on hood | |
| ~~201~~ | ~~7\|12\|05~~ | ~~Dr. Manning's Report (w/ Eberhardt~~ (10) | |
| ✗ 202 | 7\|12\|05 | Dr. Eberhardt's measurements A - F | |
| ✗ 203 | 7\|12\|05 | Dr. Eberhardt's Glass Spread calculation | |
| ✗ 204 | 7\|12\|05 | ~~# Wick drawing from deposition of scene~~ 205 ✓ (204A - F) | Cardboard drawings Eberhardt |
| ✓ ~~110~~ | ~~7\|7\|05~~ | ~~Bullet Strike photo~~ | |
| ✗ 152 | 7\|7\|05 | Bullet Strike Shot | |
| ✗ 153 | 7\|7\|05 | Schwendy Report | |
| ✓ 205 | 7\|12\|05 | Eberhardt drawing from depo  wicks | |
| ✓ 208 | 7\|13\|05 | Response to R for A. #67 | |

AO 187A (Rev. 7/87) ⊕                 **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | | | VS. | | CASE NO. |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 206 | | 7/6/05 | | | Camaro Hood |
| 207 | | 7/6/05 | | | Test Hood |
| 209 | | 7/13/05 | | | Lee photo from book |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |