# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Margaret Cowan

v.

Michael Breen, et al

Defendant's
EXHIBIT AND WITNESS LIST

Case Number: 3:00CV52 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Rosen, Goren | Gerarde, Radshaw |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/6/05 - | Warner, Huntington | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 7/11/05 | | | Thomas Murray, Hartford, CT - sworn (CSP) |
| | 2 | 7/12/05 | | | Dr. Alan Eberhardt, Raleigh, NC - sworn |
| | 3 | 7/12/05 | | | Lt. Daniel Wicks, Boston, MA - sworn |
| | | 7/13/05 | | | Lt. Daniel Wicks - previously sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages