# UNITED STATES DISTRICT COURT

DISTRICT OF   Connecticut

Margaret Cowan

V.

Michael Breen, et al

Defendants/2

**EXHIBIT ~~AND WITNESS~~ LIST** 2/1

Case Number: 3:00CV52 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Rosen, Goren | Gerarde, Radshaw |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/6/05 - | Warner, Huntington | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 108 | 7/8/05 | ✓ | ✓ | Fuss + O'Neill report - photographs |
| | 109 | 7/8/05 | ✓ | ✓ | " " " - Figure #1 diagram |
| | 110 | 7/8/05 | ✓ | ✓ | Conklin + Soroka Survey Map - Rt 80 intersection |
| | D-1 | 7/11/05 | | ✓ | CSP Initial Report by Trooper Murray. (redacted to jury) |
| | D-2 | | | ✓ | CSP Supplemental Report by Det Topulos |
| | D-3 | | | ✓ | CSP Supplemental Report |
| | D-4 | | | ✓ | Consent to Search by Guerette |
| | D-5 | | | ✓ | Video by Det. Guida |
| | D-7 | | | ✓ | Sketch re: Shell casings location |
| | D-8 | | | ✓ | Sketch Map Report by Guida - supplemental |
| | D-10 | | | ✓ | Property Inventory Seized from incident |
| | D-11 | | | ✓ | Request to Lab to examine evidence |
| | D-16 | | | ✓ | CME Postmortem Report |
| | D-15 | | | ✓ | CME Report |
| | D-21 | | | ✓ | Supplemental Report re: trajectory photography 11/5/99 |
| | D-22 | | | ✓ | Supplemental Report re: crown in road - Rt 80 |
| | D-23 | | | ✓ | Color Photography Report by Det. Schaefer |
| | D-24 | | | ✓ | State Police Photos from investigation |
| | D-25 | | | ✓ | |
| | D-26 | | | ✓ | |
| | D-27 | | | ✓ | |
| | D-28 | | | ✓ | |
| | D-29 | ✓ | | ✓ | ↓ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST — CONTINUATION**

| | | | | VS. | | CASE NO. |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | D.30 | 7/11/05 | | ✓ | State Police Photos from investigation | |
| | D.31 | | | ✓ | | |
| | D.32 | | | ✓ | | |
| | D.33 | | | ✓ | | |
| | D.34 | | | ✓ | | |
| | D.35 | | | ✓ | | |
| | D.36 | | | ✓ | | |
| | D.37 | | | ✓ | | |
| | D.38 | | | ✓ | | |
| | D.39 | | | ✓ | | |
| | D.40 | | | ✓ | | |
| | D.41 | | | ✓ | | |
| D43 | ~~D43~~ | | | ✓ | | 43 E enlargement |
| D44 | ~~D44~~ | | | ✓ | | |
| | D45 | | | ✓ | | |
| | D46 | | | ✓ | | |
| | D47 | | | ✓ | | |
| | D48 | | | ✓ | | |
| | D49 | | | ✓ | | |
| | D50 | | | ✓ | | |
| | D51 | | | ✓ | | |
| | D52 | | | ✓ | | |
| | D53 | | | ✓ | | |
| | D54 | | | ✓ | | |
| | D55 | | | ✓ | | |
| | D56 | ↓ | | ✓ | ↓ | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

Margaret Cowan vs. Michael Breen, et al    CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | D 57 | 7/11/05 | | ✓ | State Police photos from investigation |
| | D 58 | | | ✓ | "                "                " |
| | D 60 | | | ✓ | Glock Technical Info |
| | D 62 | | | ✓ | Survey Map from scene (Conklin)   62E - Enlargement |
| | D 65 | | | ✓ | State Police Videotape watched in Court |
| | D 66 | | | ✓ | Supplemental Report by Murray re: Lee Reconstruction |
| | D 67 | | | ✓ | Dr. Lee's reconstruction report |
| | D 68 | | | ✓ | CSP - Aerial Photo |
| | D 69 | | | ✓ | |
| | D 70 | | | ✓ | |
| | D 71 | | | ✓ | |
| | D 72 | | | ✓ | 72E - enlargement |
| | D 73 | | | ✓ | 73E - enlargement |
| | D 74 | | | ✓ | |
| | D 75 | | | ✓ | |
| | D 76 | | | | CSP Ground Photo |
| | D 77 | | | | |
| | D 78 | | | | |
| | D 79 | | | | |
| | D 80 | | | | |
| | D 81 | | | | |
| | D 82 | | | | |
| | D 83 | | | | |
| | D 84 | | | | |
| | D 85 | | | | |
| | D 86 | ↓ | | ↓ | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

Margaret Cowan - vs. Michael Breen, et al  
CASE NO. 3:00CV52(RNC)

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| D | 87 | 7/11/05 | | ✓ | CSP Ground Photo |
| | 88 | | | ✓ | |
| | 89 | | | ✓ | |
| | 90 | | | ✓ | |
| | 91 | | | ✓ | |
| | 92 | | | ✓ | |
| | 93 | | | ✓ | 93E enlargement |
| | 94 | | | ✓ | |
| | 95 | | | ✓ | |
| | 96 | | | ✓ | |
| | 97 | | | ✓ | |
| | 98 | | | ✓ | |
| | 99 | | | ✓ | |
| | 100 | | | ✓ | |
| | 101 | | | ✓ | |
| | 102 | | | ✓ | |
| | 103 | | | ✓ | |
| | 104 | | | ✓ | |
| | 105 | | | | ↓ |
| | 107 | | | ✓ | Schwendy Photo      107E-Enlargement |
| π 44 | | ↓ | | ✓ | Photo of Hood Strike |

Page ____ of ____ Pages

## Defendants' Exhibit List

## Table of Contents

| | |
|---|---|
| D-1 | CSP Initial Report (Trooper Murray, 3 pages) |
| D-2 | CSP Supplemental Report (Detective Topulos, 1 page) |
| D-3 | CSP Supplemental Report (Detective Murray, 1 page) |
| D-4 | Consent to Search signed by John Gurette |
| D-5 | Video Report by Detective Guida dated 7/30/99 |
| D-6 | Exhibit Withdrawn |
| D-7 | Sketch re location of shell casings |
| D-8 | Supplemental CSP Report entitled "Sketch Map Report," 1 page, Detective William Guida, together with attached sketch |
| ~~D-9~~ | ~~Supplemental CSP Report entitled "Evidence Report" by Detective Twohill, 9 pages, dated 9/7/99~~  w/D |
| D-10 | Inventory of property seized, prepared by Detective Murray dated 8/10/99, 7 pages |
| D-11 | Request for Examination of Physical Evidence prepared by Detective Thomas Murray, dated 7/16/99, 8 pages |
| ~~D-12~~ | Request for Examination directed to Department of Health Services, 1 page, by Detective Murray |
| ~~D-13~~ | Toxicology Final Report, 4 pages, dated 11/3/99 |
| ~~D-14~~ | Exhibit Withdrawn |
| D-15 | Report of Investigation by Office of the Chief Medical Examiner, 4 pages, dated 8/19/99 |
| D-16 | Postmortem Report by Office of Chief Medical Examiner, 6 pages, dated 8/19/99 |
| ~~D-17~~ | Exhibit Withdrawn |
| ~~D-18~~ | Exhibit Withdrawn |
| ~~D-19~~ | Exhibit Withdrawn |
| ~~D-20~~ | Exhibit Withdrawn |

D-21   Supplemental CSP Report entitled "Trajectory Photography Report," 1 page, Detective Murray

D-22   Supplemental CSP Report, 1 page, Detective Murray, regarding measurement of crown on Route 80

D-23   Supplemental CSP report Color Photography report Det. Schaefer, 8-5-99

D-24   Photograph 1 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-25   Photograph 2 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-26   Photograph 3 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-27   Photograph 4 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-28   Photograph 5 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-29   Photograph 6 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-30   Photograph 7 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-31   Photograph 8 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-32   Photograph 9 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-33   Photograph 10 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

| | |
|---|---|
| D-34 | Photograph 11 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-35 | Photograph 25 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-36 | Photograph 26 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-37 | Photograph 27 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-38 | Photograph 28 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-39 | Photograph 29 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-40 | Photograph 30 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-41 | Photograph 31 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-43 | Photograph 33 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-44 | Photograph 34 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-45 | Photograph 35 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |
| D-46 | Photograph 36 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23 |

D-47   Photograph 37 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-48   Photograph 38 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-49   Photograph 39 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-50   Photograph 40 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-51   Photograph 41 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-52   Photograph 42 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-53   Photograph 43 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-54   Photograph 44 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-55   Photograph 45 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-56   Photograph 46 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-57   Photograph 47 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

D-58   Photograph 48 taken by Detective Schaefer and matching the descriptions contained in the Color Photography Report marked as Exhibit 23

| | |
|---|---|
| D-59 | Exhibit Withdrawn |
| D-60 | Technical information re Glock 9mm handgun |
| D-61 | Exhibit Withdrawn |
| D-62 | Survey map of scene--Conklin |
| D-63 | Exhibit Withdrawn |
| D-64 | Exhibit Withdrawn |
| D-65 | State Police Videotape |
| D-66 | Supplemental CSP Report regarding Dr. Henry Lee reconstruction, 2 pages, Detective Murray |
| D-67 | Reconstruction report of Dr. Henry C. Lee |
| D-68 | CSP Aerial Photograph 1 showing Dr. Lee's reconstruction of the event, 10-23-99. |
| D-69 | CSP Aerial Photograph 2 showing Dr. Lee's reconstruction of the event, 10-23-99. |
| D-70 | CSP Aerial Photograph 5 showing Dr. Lee's reconstruction of the event, 10-23-99. |
| D-71 | CSP Aerial Photograph 6 showing Dr. Lee's reconstruction of the event, 10-23-99. |
| D-72 | CSP Aerial Photograph 7 showing Dr. Lee's reconstruction of the event, 10-23-99. |
| D-73 | CSP Aerial Photograph 8 showing Dr. Lee's reconstruction of the event, 10-23-99. |
| D-74 | CSP Aerial Photograph 9 showing Dr. Lee's reconstruction of the event, 10-23-99. |
| D-75 | CSP Aerial Photograph 10 showing Dr. Lee's reconstruction of the event, 10-23-99. |
| D-76 | CSP Ground Photograph 1 showing Dr.Lee's reconstruction of the event |
| D-77 | CSP Ground Photograph 2 showing Dr. Lee's reconstruction of the event |
| D-78 | CSP Ground Photograph 3 showing Dr. Lee's reconstruction of the event |

| | |
|---|---|
| D-79 | CSP Ground Photograph 4 showing Dr. Lee's reconstruction of the event |
| D-80 | CSP Ground Photograph 5 showing Dr. Lee's reconstruction of the event |
| D-81 | CSP Ground Photograph 8 showing Dr. Lee's reconstruction of the event |
| D-82 | CSP Ground Photograph 9 showing Dr. Lee's reconstruction of the event |
| D-83 | CSP Ground Photograph 10 showing Dr. Lee's reconstruction of the event |
| D-84 | CSP Ground Photograph 11 showing Dr. Lee's reconstruction of the event |
| D-85 | CSP Ground Photograph 12 showing Dr. Lee's reconstruction of the event |
| D-86 | CSP Ground Photograph 13 showing Dr. Lee's reconstruction of the event |
| D-87 | CSP Ground Photograph 14showing Dr. Lee's reconstruction of the event |
| D-88 | CSP Ground Photograph 15 showing Dr. Lee's reconstruction of the event |
| D-89 | CSP Ground Photograph 16 showing Dr. Lee's reconstruction of the event |
| D-90 | CSP Ground Photograph 17 showing Dr. Lee's reconstruction of the event |
| D-91 | CSP Ground Photograph 18 showing Dr. Lee's reconstruction of the event |
| D-92 | CSP Ground Photograph 19 showing Dr. Lee's reconstruction of the event |
| D-93 | CSP Ground Photograph 20 showing Dr. Lee's reconstruction of the event |
| D-94 | CSP Ground Photograph 21 showing Dr. Lee's reconstruction of the event |
| D-95 | CSP Ground Photograph 22 showing Dr. Lee's reconstruction of the event |

| | |
|---|---|
| D-96 | CSP Ground Photograph 23 showing Dr. Lee's reconstruction of the event |
| D-97 | CSP Ground Photograph 24 showing Dr. Lee's reconstruction of the event |
| D-98 | CSP Ground Photograph 25 showing Dr. Lee's reconstruction of the event |
| D-99 | CSP Ground Photograph 26 showing Dr. Lee's reconstruction of the event |
| D-100 | CSP Ground Photograph 27 showing Dr. Lee's reconstruction of the event |
| D-101 | CSP Ground Photograph 28 showing Dr. Lee's reconstruction of the event |
| D-102 | CSP Ground Photograph 29 showing Dr. Lee's reconstruction of the event |
| D-103 | CSP Ground Photograph 30 showing Dr. Lee's reconstruction of the event |
| D-104 | CSP Ground Photograph 31 showing Dr. Lee's reconstruction of the event |
| D-105 | CSP Ground Photograph 32 showing Dr. Lee's reconstruction of the event |
| D-106 | Exhibit withdrawn |
| D-107 | Photograph of Mr. Kent Schwendy during test |