COURT'S EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN, ADMINISTRATRIX :
OF THE ESTATE OF :
VICTORIA COOPER, :
       :
       Plaintiff, :
       :
v. : CASE NO. 3:00CV00052 (RNC)
       :
MICHAEL BREEN and the :
TOWN OF NORTH BRANFORD, :
       :
       Defendants. :

**VERDICT FORM**

We the Jury unanimously find as follows:

1. At the moment Officer Breen irrevocably decided to fire the second shot, did he have an objectively reasonable belief that he was in immediate danger of serious injury or death because the driver of the car was trying to hit him?

    Yes  X      No _____

If your answer is Yes, please go to question 2.  If your answer is No, please go to question 3.

2. At the moment Officer Breen irrevocably decided to fire the second shot, did he have an objectively reasonable belief that he could not safely get out of the way to avoid being hit?

    Yes _____     No  X

If your answer is Yes, you have completed your deliberations.
If your answer is No, please go to question 3.

3. Do you find that an award of punitive damages is appropriate?

    Yes _____     No  X

                                    _____
                                            Foreperson