AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    Connecticut

Margaret Cowan

V.

Michael Breen, et al

**Court's EXHIBIT ~~AND WITNESS~~ LIST**

2005 JUL 15

Case Number: 3:00CV52 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Rosen, Goren | Gerarde, Radshaw |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/6/05 - | Warner, Huntington | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/8/05 | | | Note from juror #3 |
| 2 | | 7/14/05 | | | Verdict Form |
| 3 | | 7/14/05 | | | Charges |
| 4 | | 7/14/05 | | | Note from juror #7 |
| 5 | | 7/14/05 | | | Note from juror #7 |
| 6 | | 7/15/05 | | | Note from juror #7 |
| 7 | | 7/15/05 | | | Note from juror #7 |
| 8 | | 7/15/05 | | | Note from juror #7 |
| 9 | | 7/15/05 | | | Note from juror #7 verdict reached. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages