**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:00 CV 0052 (RNC) |
| : | |
| v. : | |
| : | |
| MICHAEL BREEN : | |
| | |
| MARGARET COWAN, : | |
| ADMINISTRATRIX OF THE ESTATE : | |
| OF VICTORIA COOPER : | NO.: 3:01 CV 0229 (RNC) |
| : | |
| v. : | |
| : | |
| NORTH BRANFORD : | JULY 25, 2005 |

### DEFENDANTS' MOTION FOR JUDGMENT OF QUALIFIED IMMUNITY

The defendant, MICHAEL BREEN, hereby moves this court for judgment on the defendant's affirmative defense based on qualified immunity, a question specially reserved by the court. In support of this motion the defendant states:

1. At the trial of this matter the Court determined that the jury would decide the issue of whether the Defendant violated the plaintiff's Fourth Amendment rights, and specifically reserved to itself the determination of whether the Defendant was entitled to qualified immunity.

2. Following trial on the Fourth Amendment issue, the jury answered two questions as follows:

> At the moment Officer Breen irrevocably decided to fire the second shot, did he have an objectively reasonable belief that he was in immediate danger of serious injury or death because the driver of the car was trying to hit him?
>
>       YES__X____              NO_____
>
> At the moment Officer Breen irrevocably decided to pull the trigger to fire the second shot, did he have an objectively reasonable belief that he could not safely get out of the way.
>
>       YES_____             NO___X___

3. Based on the above responses the court entered a plaintiff's verdict on the Fourth Amendment claim against officer Breen.

4. The defendant now moves for a determination that he is entitled to qualified immunity, given that no constitutional violation occurred and the law that formed the basis for the finding of Fourth Amendment liability against him was not clearly established at the time of his use of force; and, even if such law was clearly established, it was objectively reasonable for Officer Breen to believe that his conduct and decisions met constitutional standards existing at the time of his use of force.

A memorandum of law is filed simultaneously with this motion.

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
MICHAEL BREEN and TOWN OF
NORTH BRANFORD

By __/s/ Thomas R. Gerarde____
Thomas R. Gerarde, ct5640
John J. Radshaw, III, ct19882
Jeffery E. Potter, ct26356
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 25th day of July 2005.

David N. Rosen, Esquire
400 Orange Street
New Haven, CT  06511

____/s/ Thomas R. Gerarde____
Thomas R. Gerarde
John J. Radshaw, III
Jeffery E. Potter

3