UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                                              :        CIVIL NO.: 3:00CV00052(RNC)
                                                  ALL CASES

MICHAEL BREEN,                                  :
      Defendant.


MARGARET COWAN,
  as Administratrix of the
  Estate of Victoria Cooper,
      Plaintiff,

V.                                              :        CIVIL NO.: 301CV00229 (RNC)

TOWN OF NORTH BRANFORD                          :        SEPTEMBER 12, 2005
      Defendant.

**STIPULATION OF DISMISSAL**

The parties stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that these cases be dismissed, with prejudice and without costs.

                                                THE PLAINTIFF

                                                By_____
                                                David N. Rosen
                                                400 Orange Street
                                                New Haven, Connecticut 06511
                                                (203) 787-3513
                                                CT00196
                                                E-mail: drosen@davidrosenlaw.com

THE DEFENDANT

By /s/ _____
Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361
CT5640
E-mail: tgerarde@hl-law.com