# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MARGARET COWAN,
   as Administratrix of the
   Estate of Victoria Cooper,
       Plaintiff,

V.                     :      CIVIL NO.: 3:00CV00052(RNC)
                            ALL CASES

MICHAEL BREEN,        :
       Defendant.


MARGARET COWAN,
   as Administratrix of the
   Estate of Victoria Cooper,
       Plaintiff,

V.                     :      CIVIL NO.: 301CV00229 (RNC)

TOWN OF NORTH BRANFORD   :      SEPTEMBER 12, 2005
       Defendant.

## STIPULATION OF DISMISSAL

The parties stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that these cases be dismissed, with prejudice and without costs.

September 20, 2005. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.

THE PLAINTIFF

By _____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com

1