FILED

2005 SEP 22  P 2: 40

**David Rosen & Associates** PC Attorneys at Law

400 Orange Street
New Haven, CT 06511
phone 203.787.3513
fax 203.789.1605
drosen@davidrosenlaw.com

September 21, 2005

Office of the Clerk
United States District Court
450 Main Street
Hartford, Connecticut 06106
**Attn: Joanne Walker**                **BY FAX**

Re:   <u>Cowan v. Breen - Civil No.: 3:00CV00052(DJS)</u>
      <u>Cowan v. Town of North Branford - Civil No.: 301CV00229 (DJS)</u>

Dear Ms. Walker:

    This is just to authorize you or the appropriate persons at the courthouse to dispose of the two car hoods that were marked as exhibits in the above case.

    And thanks from Barbara and me for your help during the trial. It made a real difference to all of us on both sides to have you as our courtroom deputy. You handled your job with great professionalism and with personal warmth that meant a lot to us all.

    With best regards.

                                          Sincerely,

                                          David N. Rosen

DNR/hs