UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103

September 22, 2005

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

      Re:    <u>Margaret Cowan v. Michael Breen, et al</u>
             3:00CV52(RNC)

Dear Attorney Gerarde:

      Defendants' marked exhibits from the July 2005 trial are ready to be returned to you but are too voluminous to mail. They may be picked up at the Clerk's Office between 9:00 am and 4:00 pm. Please call me at 860-240-3210 to make arrangements to pick them up. Exhibits not picked up will be destroyed in 30 days.

      Thank you for your prompt attention to this matter.

                                Sincerely,

                                KEVIN F. ROWE, CLERK


                                By ___/s/_____
                                   Jo-Ann Walker, Deputy Clerk